01:01:29

```
 1

 2

 3

 4                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 5                          EASTERN DIVISION

 6

 7    UNITED STATES OF AMERICA,        Case No. 1:09-cr-00673

 8      Plaintiff,                     Chicago, Illinois
                                       June 2, 2011
 9          v.                         Trial
                                       1:00 P.M. SESSION
10
      RON COLLINS,
11
        Defendant.
12    ------------------------------

13

14                            VOLUME 3-B
                        TRANSCRIPT OF TRIAL
15         BEFORE THE HONORABLE VIRGINIA M. KENDALL
           UNITED STATES DISTRICT JUDGE, AND A JURY
16

17

18    APPEARANCES:

19

20

21    For the Government:    Office of the U.S. Attorney
                             By:  Halley B. Guren, and
                                  Renai S. Rodney
22                           219 S. Dearborn St., 5th Fl.
                             Chicago, IL 60604
23                           (312) 353-5300

24

25
```

For a copy of this transcript, contact April Metzler, CRR
at (312) 408-5154

1

2

3     <u>APPEARANCES (Cont'd)</u>:

4

5

      For the Defendant:        Frank A. Rubino
6                               1001 Brickell Bay Dr., Ste. 2206
                                Miami, FL 33131
7                               (305) 858-5300

8

9

10    <u>COURT REPORTER</u>:            FEDERAL OFFICIAL COURT REPORTER
                                April M. Metzler, RPR, CRR, FCRR
11                              219 South Dearborn St., Rm. 2318-A
                                Chicago, IL 60604
12                              (312) 408-5154
                                April_Metzler@ilnd.uscourts.gov
13

14

15

16

17

18

19

20

21

22

23

24
      **Proceedings recorded by mechanical stenography; transcript
25    produced by notereading.**

I N D E X

1

2

3

4   DESCRIPTION                                                    PAGE

5

6   JORGE LLAMAS, CROSS-EXAMINATION                                675
    BY MR. RUBINO

7

8   JORGE LLAMAS, REDIRECT EXAMINATION                             701
    BY MS. GUREN

9

10  JORGE LLAMAS, RECROSS-EXAMINATION                              705
    BY MR. RUBINO

11

12  JORGE LLAMAS, REDIRECT EXAMINATION                             706
    BY MS. GUREN

13

14  CESAR PEREZ, DIRECT EXAMINATION                                708
    BY MS. RODNEY

15

16  CESAR PEREZ, CROSS-EXAMINATION                                 739
    BY MR. RUBINO

17

18  CESAR PEREZ, REDIRECT EXAMINATION                              748
    BY MS. RODNEY

19

20  ROBERT GREGORY, DIRECT EXAMINATION                             749
    BY MS. RODNEY

21

22  ROBERT GREGORY, CROSS-EXAMINATION                              795
    BY MR. RUBINO

23

24  ROBERT GREGORY, REDIRECT EXAMINATION                           805
    BY MS. RODNEY

25

1    DEAN NEWPORT, DIRECT EXAMINATION                      806
     BY MS. GUREN
2

3    DEAN NEWPORT, CROSS-EXAMINATION                       812
     BY MR. RUBINO
4

5    JASON SOULE, DIRECT EXAMINATION                       813
     BY MS. RODNEY
6

7    NICOLE SMITH, DIRECT EXAMINATION                      821
     BY MS. GUREN
8

9    NICOLE SMITH, CROSS-EXAMINATION                       837
     BY MR. RUBINO
10

|   |   |
|---|---|
| | 1                (Resumed at 1:13 p.m.) |

1                (Resumed at 1:13 p.m.)

2            (Whereupon the following discussion was had in open

3  court, outside the presence of the jury:)

01:13:49  4           (Witness takes the stand.)

01:13:49  5       THE COURT:  I assume you didn't talk about your

01:13:52  6  testimony at lunch.

01:13:53  7        THE WITNESS:  Oh, no.  I went to Arby's.

01:15:32  8        (The jury enters the courtroom.)

01:15:32  9        THE COURT:  Okay, folks, please be seated.

01:15:34  10       I did forget to tell you -- you can sit -- I did

01:15:37  11  forget to tell you when you started about the temperature in

01:15:40  12  the building, but I think you figured it out.  It goes up and

01:15:44  13  down, and we never know when it is going to be anything.  So

01:15:46  14  for the rest of the trial, you're right, come in layers is the

01:15:50  15  way to go.  So bring something that you can put on or take

01:15:53  16  off, because you never know when it will be cold or when it

01:15:59  17  will be hot.

01:15:59  18       Okay.  We've tendered the witness for cross.

01:16:01  19  Mr. Rubino, you may begin when you're ready.

01:16:03  20       MR. RUBINO:  Thank you, your Honor.

01:16:04  21             - - -

01:16:04  22       JORGE LLAMAS, CROSS-EXAMINATION

01:16:04  23  BY MR. RUBINO:

01:16:09  24  Q.  Good afternoon, Mr. Llamas.

01:16:13  25  A.  Good afternoon.

| | | |
|---|---|---|
| 01:16:28 | 1 | Q. Mr. Llamas, you told us that in March 210 [sic] you pled |
| 01:16:33 | 2 | guilty to federal criminal charges of drug dealing, more |
| 01:16:38 | 3 | particularly cocaine, correct? |
| 01:16:41 | 4 | A. Correct. |
| 01:16:42 | 5 | Q. And at that time and still now, because you have not yet |
| 01:16:45 | 6 | been sentenced, you are facing a penalty of ten years to the |
| 01:16:49 | 7 | rest of your life in prison? |
| 01:16:51 | 8 | A. That's correct. |
| 01:16:52 | 9 | Q. What does life in prison mean to you? |
| 01:16:56 | 10 | A. Life, you're gone. |
| 01:17:03 | 11 | Q. Do you understand that that means that there is no parole? |
| 01:17:06 | 12 | A. Yes. |
| 01:17:06 | 13 | Q. There is no early release? |
| 01:17:08 | 14 | A. Yes. |
| 01:17:08 | 15 | Q. There is nothing. You leave prison unfortunately |
| 01:17:13 | 16 | deceased, right? |
| 01:17:14 | 17 | A. Yes, correct. |
| 01:17:15 | 18 | Q. Life truly means life in the federal system. You know |
| 01:17:19 | 19 | that? |
| 01:17:19 | 20 | A. Yes, correct. |
| 01:17:20 | 21 | Q. And that's a pretty ominous thing over your head, is it |
| 01:17:23 | 22 | not, that that possibility exists? |
| 01:17:25 | 23 | A. Sure. |
| 01:17:29 | 24 | Q. Now, you have made a deal, if you will, with the |
| 01:17:32 | 25 | Government, have you not? |

677

| | | |
|---|---|---|
| 01:17:34 | 1 | A.  Yes. |
| 01:17:34 | 2 | Q.  And that deal is that the Government will recommend to a |
| 01:17:40 | 3 | judge a particular sentence, correct? |
| 01:17:42 | 4 | A.  Correct. |
| 01:17:43 | 5 | Q.  Now, obviously the judge can do whatever the judge sees |
| 01:17:46 | 6 | fit, you understand that? |
| 01:17:47 | 7 | A.  Correct. |
| 01:17:48 | 8 | Q.  The judge can accept the recommendation, the judge can |
| 01:17:51 | 9 | give you a sentence lower than the recommendation, or the |
| 01:17:54 | 10 | judge could give you a sentence of the rest of your natural |
| 01:17:58 | 11 | life and die there, correct? |
| 01:18:00 | 12 | A.  Correct. |
| 01:18:00 | 13 | Q.  But you believe, do you not, that the Government's |
| 01:18:03 | 14 | recommendation carries some weight with the Court? |
| 01:18:08 | 15 | A.  Excuse me.  Meaning?  Meaning?  That -- what do you mean, |
| 01:18:13 | 16 | Counsel? |
| 01:18:13 | 17 | Q.  What I mean is that it means a lot to you to have the |
| 01:18:18 | 18 | Government look at a federal judge and say, Judge, we'd like |
| 01:18:20 | 19 | you to give this man this sentence? |
| 01:18:23 | 20 | A.  Oh, correct. |
| 01:18:24 | 21 | Q.  That's a big deal to you, isn't it? |
| 01:18:26 | 22 | A.  Yeah, correct. |
| 01:18:27 | 23 | Q.  Because if they kept their mouth shut, you could get a lot |
| 01:18:31 | 24 | more, couldn't you? |
| 01:18:32 | 25 | A.  Correct. |

| | | |
|---|---|---|
| 01:18:34 | 1 | Q. Now, you told us on more than one occasion in your |
| 01:18:39 | 2 | testimony you were here to tell the truth, right? |
| 01:18:41 | 3 | A. Correct. |
| 01:18:41 | 4 | Q. You're not here to save your skin? |
| 01:18:43 | 5 | A. No. |
| 01:18:43 | 6 | Q. You're not here to get a lower sentence? |
| 01:18:49 | 7 | A. Well, technically, one -- one -- you need one for the |
| 01:18:55 | 8 | other, so -- |
| 01:18:55 | 9 | Q. So you're just here for the beauty of the truth, not to |
| 01:18:59 | 10 | get any benefits for yourself, right, just truth for the sake |
| 01:19:03 | 11 | of truth and truth only? |
| 01:19:03 | 12 | A. Well, regardless of whatever, that's what I'm here for is |
| 01:19:07 | 13 | the truth. |
| 01:19:07 | 14 | Q. So just the beauty of selling the pure truth and just let |
| 01:19:11 | 15 | the chips fall where they may, huh? |
| 01:19:14 | 16 | A. Correct. |
| 01:19:14 | 17 | Q. Have you always told the truth? |
| 01:19:16 | 18 | A. For the most part, yes. |
| 01:19:19 | 19 | Q. Now, you've used marijuana for how long, over |
| 01:19:25 | 20 | fifteen years? |
| 01:19:26 | 21 | A. Roughly fifteen years. |
| 01:19:28 | 22 | Q. You used it right up to the time of your arrest, did you |
| 01:19:31 | 23 | not? |
| 01:19:32 | 24 | A. Yes. |
| 01:19:33 | 25 | Q. And it's kind of debatable whether you used it after your |

| | | |
|---|---|---|
| 01:19:36 | 1 | arrest, isn't it? |
| 01:19:37 | 2 | A.  Well, debatable in the sense that I guess they haven't |
| 01:19:45 | 3 | done the correct testing for marijuana, that it's not as black |
| 01:19:48 | 4 | and white as other drugs. |
| 01:19:49 | 5 | Q.  So those drug tests are no good, are they? |
| 01:19:53 | 6 | A.  Well, yeah. |
| 01:19:54 | 7 | Q.  They convict innocent -- or they accuse innocent people of |
| 01:19:58 | 8 | drugs when they haven't used them, right? |
| 01:20:00 | 9 | MS. GUREN:  Objection, your Honor. |
| 01:20:01 | 10 | THE COURT:  That's sustained as argumentative. |
| 01:20:03 | 11 | BY MR. RUBINO: |
| 01:20:04 | 12 | Q.  Well, you failed four or five drug tests, right? |
| 01:20:07 | 13 | A.  That's correct. |
| 01:20:07 | 14 | Q.  And they were administered to you by federal probation, |
| 01:20:11 | 15 | correct? |
| 01:20:11 | 16 | A.  That's correct. |
| 01:20:12 | 17 | Q.  And on those four or five occasions federal probation was |
| 01:20:15 | 18 | wrong every single time, weren't they? |
| 01:20:17 | 19 | A.  Well, in my case, yes.  I can't speak to -- |
| 01:20:20 | 20 | Q.  And then they gave you another drug test, which showed |
| 01:20:24 | 21 | opiates, correct? |
| 01:20:27 | 22 | A.  That's correct. |
| 01:20:28 | 23 | Q.  And the federal government was wrong again, right? |
| 01:20:31 | 24 | A.  Well, yeah.  Well, I never -- I wouldn't even know what an |
| 01:20:34 | 25 | opiate is. |

01:20:35    1    Q.  So you used the term it was a false positive?

01:20:40    2    A.  Correct.

01:20:40    3    Q.  So they made another mistake in your case?

01:20:43    4    A.  Well, not that they make a mistake.  It's not them making

01:20:46    5    a mistake.  It's just -- you know, we're all human.  Humans

01:20:49    6    make mistakes.

01:20:50    7    Q.  Six times?

01:20:51    8    A.  Huh?

01:20:52    9    Q.  On every single drug test --

01:20:53    10         MS. GUREN:  Objection, your Honor.

01:20:54    11         THE COURT:  Overruled.  You can answer the question.

01:20:56    12    Six times?

01:20:57    13         THE WITNESS:  No, it wasn't six times.  That's false.

01:21:00    14    BY MR. RUBINO:

01:21:00    15    Q.  I thought you had four or five --

01:21:02    16    A.  Four or five.

01:21:03    17    Q.  -- plus one.  My math gives me five -- how about five or

01:21:07    18    six then, I'll retract six times.

01:21:08    19         Since it was four or five plus one, let's say five or

01:21:13    20    six.

01:21:13    21    A.  That's fair.

01:21:13    22    Q.  So they were wrong five or six times?

01:21:14    23    A.  It's not that they are wrong.  It's just THC, for whatever

01:21:18    24    reason, they haven't -- you know, it's -- it's a real gray

01:21:23    25    area.

| | | |
|---|---|---|
| 01:21:24 | 1 | Q. Oh, I see. |
| 01:21:24 | 2 | So the test said you were using drugs, but the test |
| 01:21:27 | 3 | was wrong, correct? |
| 01:21:28 | 4 | A. Well, yeah. |
| 01:21:29 | 5 | Q. Okay. Now, you were asked about picking up and delivering |
| 01:21:44 | 6 | drugs for the Flores brothers from July of '02 through March |
| 01:21:48 | 7 | of '04. Remember that period? |
| 01:21:50 | 8 | A. Yes. |
| 01:21:50 | 9 | Q. Let me ask you this: How many times did you pick up drugs |
| 01:21:54 | 10 | or deliver drugs for the Flores brothers from April '08 |
| 01:22:00 | 11 | through December '08? |
| 01:22:03 | 12 | A. From April '08 to December '08? |
| 01:22:06 | 13 | Q. Yes. |
| 01:22:07 | 14 | A. Ooh. I don't know. |
| 01:22:10 | 15 | Q. Lots of times? |
| 01:22:12 | 16 | A. Not as much, because like I said, I wasn't on the |
| 01:22:17 | 17 | day-to-day. So it wasn't as much as prior '04. |
| 01:22:22 | 18 | Q. But it was still going strong, wasn't it, from April '08 |
| 01:22:25 | 19 | to December of '08? |
| 01:22:28 | 20 | A. Yeah. |
| 01:22:29 | 21 | Q. And during that same period from April '08 to December of |
| 01:22:34 | 22 | '08, you were picking up money also for the Flores brothers, |
| 01:22:38 | 23 | were you not? |
| 01:22:39 | 24 | A. Well, not 'til -- technically your dates are a little off, |
| 01:22:43 | 25 | because I was out of the country October 1st of '08 'til |

682

| | | |
|---|---|---|
| 01:22:47 | 1 | December 3rd, 4th, 5th of '08.  So you could say, you know, |
| 01:22:52 | 2 | April to September.  That's more fair. |
| 01:22:54 | 3 | Q.  Okay.  You were out of the country from when 'til when? |
| 01:22:58 | 4 | A.  Well, in '08 I believe I was out of the country three |
| 01:23:00 | 5 | different times, but I know for a fact -- |
| 01:23:04 | 6 | Q.  During that period? |
| 01:23:05 | 7 | A.  Yes.  So I know for a fact in '08, October 1st, I was |
| 01:23:10 | 8 | going to Mexico 'til roughly December 4th or 5th. |
| 01:23:13 | 9 | Q.  October 1st you went to Mexico? |
| 01:23:16 | 10 | A.  Yes. |
| 01:23:16 | 11 | Q.  And when did you return? |
| 01:23:17 | 12 | A.  Roughly December 4th or 5th, between the -- anywhere from |
| 01:23:22 | 13 | the 3rd to the 6th. |
| 01:23:23 | 14 | Q.  Okay.  So up 'til October 1st, were the Flores brothers |
| 01:23:29 | 15 | actively engaged in drug trafficking? |
| 01:23:32 | 16 | A.  That's correct. |
| 01:23:33 | 17 | Q.  Up 'til October 1st? |
| 01:23:34 | 18 | A.  Yes. |
| 01:23:35 | 19 | Q.  Now, October 1st through December 4th, which is just a |
| 01:23:40 | 20 | hair over two months, right? |
| 01:23:41 | 21 | A.  Yes. |
| 01:23:42 | 22 | Q.  You were in Mexico? |
| 01:23:43 | 23 | A.  Yes. |
| 01:23:43 | 24 | Q.  Were you in Mexico with the Flores brothers? |
| 01:23:46 | 25 | A.  At times, yes. |

| | | |
|---|---|---|
| 01:23:48 | 1 | Q. Okay. |
| 01:23:48 | 2 | A. I went to see them, but at times I would go see other |
| 01:23:53 | 3 | people in Mexico. |
| 01:23:54 | 4 | Q. Okay. During that period, October to December, were the |
| 01:23:58 | 5 | Flores brothers still actively involved in drug dealing? |
| 01:24:01 | 6 | MS. GUREN: Objection, your Honor, foundation. |
| 01:24:04 | 7 | THE COURT: That's overruled. There's plenty of time |
| 01:24:06 | 8 | period set forth. |
| 01:24:08 | 9 | THE WITNESS: Okay. Could you repeat, sir? |
| 01:24:11 | 10 | BY MR. RUBINO: |
| 01:24:11 | 11 | Q. During the period you were in Mexico -- |
| 01:24:13 | 12 | A. Yes. |
| 01:24:13 | 13 | Q. -- from October 1st through December 4th -- |
| 01:24:15 | 14 | A. Yes. |
| 01:24:15 | 15 | Q. -- my question to you is: Were the Flores brothers |
| 01:24:18 | 16 | actively involved in drug dealing? |
| 01:24:20 | 17 | A. Yes, to my knowledge, yes. |
| 01:24:30 | 18 | Q. Now, you told us there came a time in March of '04 -- |
| 01:24:37 | 19 | correct me if I'm wrong -- when a seizure was made at a |
| 01:24:39 | 20 | warehouse, and based upon that seizure you went to Mexico? |
| 01:24:44 | 21 | A. Correct. |
| 01:24:45 | 22 | Q. Have I got it right? |
| 01:24:48 | 23 | A. Correct, yeah. |
| 01:24:49 | 24 | Q. Okay. Now, do you remember being interviewed by the DEA |
| 01:24:54 | 25 | agents on March 18th and April 15th? |

684

| | | |
|---|---|---|
| 01:24:59 | 1 | A. Of what year? |
| 01:25:00 | 2 | Q. Oh, I'm sorry. Of '09. Sorry. |
| 01:25:02 | 3 | A. Of '09? |
| 01:25:03 | 4 | Q. Yes, sir. |
| 01:25:04 | 5 | A. March, what did you say, 15? |
| 01:25:06 | 6 | Q. 18th. And April 15th. |
| 01:25:09 | 7 | A. Yeah, that's about fair. |
| 01:25:10 | 8 | Q. Okay. And do you remember having a conversation with them |
| 01:25:16 | 9 | wherein you told them in approximately early '04, you told the |
| 01:25:23 | 10 | agents, that you were conducting counter-surveillance for the |
| 01:25:28 | 11 | Flores drug trafficking organization, when you believed you |
| 01:25:36 | 12 | observed law enforcement presence? |
| 01:25:38 | 13 | A. Yes, that's correct. |
| 01:25:38 | 14 | Q. You remember telling them that, and you told them the |
| 01:25:41 | 15 | truth? |
| 01:25:42 | 16 | A. Yes, that's correct. |
| 01:25:43 | 17 | Q. And did you further tell the agents that you felt like |
| 01:25:49 | 18 | hiding out in Mexico because of the heat, if you will? |
| 01:25:51 | 19 | A. Yeah, that's fair. |
| 01:25:52 | 20 | Q. Okay. But you decided not to leave until months later? |
| 01:25:57 | 21 | A. No, that wasn't months later. |
| 01:25:59 | 22 | Q. Okay. You didn't tell them, But decided not to leave |
| 01:26:03 | 23 | until months later? You didn't tell the agents that? |
| 01:26:07 | 24 | A. No, I left on [sic] March -- I didn't leave months later. |
| 01:26:10 | 25 | It was a month after the seizure. |

```
01:26:12    1   Q.  Okay.  A month --
01:26:15    2   A.  -- after the seizure.
01:26:15    3   Q.  And do you remember telling them that your reason for not
01:26:17    4   leaving immediately was due to the twins and someone else who
01:26:25    5   learned of your desire to leave -- let me finish.  Maybe the
01:26:32    6   whole thing in context.
01:26:34    7   A.  Okay.
01:26:34    8   Q.  Do you remember further stating that, The twins kept
01:26:38    9   pushing you to work -- referring to delivering cocaine for
01:26:42   10   them -- and they told you that if you did not continue to
01:26:50   11   work, they would report it to a Mexican man?
01:26:53   12   A.  No --
01:26:53   13           MS. GUREN:  Objection, your Honor, improper
01:26:55   14   impeachment.
01:26:56   15           THE COURT:  It is.  It's improper -- it's not
01:26:58   16   impeachment and it's hearsay, so sustained.
01:27:03   17   BY MR. RUBINO:
01:27:04   18   Q.  Did you not immediately leave because you were either
01:27:10   19   directly or indirectly threatened by the Flores brothers?
01:27:15   20   A.  No.
01:27:16   21   Q.  The Flores brothers never threatened you?
01:27:20   22   A.  No.
01:27:20   23   Q.  Did the Flores brothers ever tell you that --
01:27:25   24           MS. GUREN:  Objection, hearsay.
01:27:26   25           MR. RUBINO:  Coconspirator hearsay, 801(d)(2)(E).
```

01:27:30  1          THE COURT:  I don't know what he's going to say,
01:27:32  2  whether it's for the reaction.  Because if it's a threat, then
01:27:35  3  it would be not for the truth of the matter asserted.  So I'm
01:27:39  4  not sure where you're going with it.
01:27:41  5  BY MR. RUBINO:
01:27:42  6  Q.  Okay.  Did the Flores brothers ever tell you that there
01:27:47  7  was someone above them in the drug trafficking organization in
01:27:51  8  Mexico?
01:27:51  9          MS. GUREN:  Objection.
01:27:52  10          THE COURT:  Okay.  Sustained.
01:27:56  11  BY MR. RUBINO:
01:27:57  12  Q.  At any time did anyone in the drug trafficking
01:28:01  13  organization threaten you, threaten your life, threaten your
01:28:06  14  family, make you feel insecure, whatever way we want to phrase
01:28:10  15  that, that would have caused you to be fearful?
01:28:15  16  A.  I was never threatened.
01:28:17  17  Q.  (Indicating.)
01:28:18  18  A.  I was never threatened.  I was never threatened.
01:28:21  19  Q.  I understand.
01:28:30  20          Now, you told us that when you returned to the United
01:28:34  21  States from Mexico in '04, okay, that you were then only
01:28:40  22  seeing one person?
01:28:42  23  A.  Primarily, yes.
01:28:44  24  Q.  And that was because, you said, and check -- and correct
01:28:48  25  me if I'm wrong, because of your smoking habit?

687

| | | |
|---|---|---|
| 01:28:51 | 1 | A. Correct. |
| 01:28:51 | 2 | Q. Is that the words you used? |
| 01:28:54 | 3 | A. That's correct. |
| 01:28:55 | 4 | Q. Now, it really was a marijuana smoking addiction, wasn't |
| 01:28:59 | 5 | it? |
| 01:29:00 | 6 | A. Yes. |
| 01:29:01 | 7 | Q. I mean, you were using large, large amounts of marijuana |
| 01:29:07 | 8 | on a daily basis, were you not? |
| 01:29:09 | 9 | A. Correct, that's correct. |
| 01:29:10 | 10 | Q. During the whole period that you're testifying about? |
| 01:29:13 | 11 | A. That's correct. |
| 01:29:17 | 12 | Q. Now, you told us the total amount of deliveries you made |
| 01:29:22 | 13 | would have been nine tons? |
| 01:29:25 | 14 | A. Give or take. |
| 01:29:26 | 15 | Q. Okay. Give or take. |
| 01:29:27 | 16 | That's 18,000 pounds or 9,000 kilos; am I correct? |
| 01:29:37 | 17 | A. Uh -- |
| 01:29:39 | 18 | Q. A ton being 2,000 pounds. |
| 01:29:42 | 19 | A. You're off on that count, but on the keys, you're right. |
| 01:29:45 | 20 | Q. Okay. Roughly, 6-, 7-, 8-, 9,000 kilos? |
| 01:29:49 | 21 | A. Yes. |
| 01:29:49 | 22 | Q. I mean, like a -- vast, huge amounts? |
| 01:29:52 | 23 | A. Yes. |
| 01:29:54 | 24 | Q. And you were paid close to a million dollars, correct? |
| 01:30:00 | 25 | A. Correct. |

688

| | | |
|---|---|---|
| 01:30:03 | 1 | Q.  And for this huge amount of cocaine and for a million |
| 01:30:10 | 2 | dollars the Government's going to recommend five years, |
| 01:30:16 | 3 | seven months, right? |
| 01:30:19 | 4 | A.  Uh -- |
| 01:30:20 | 5 | Q.  67 months? |
| 01:30:21 | 6 | A.  Could you rephrase that again?  Sorry about that. |
| 01:30:24 | 7 | Q.  The Government's recommendation, you understand to be, |
| 01:30:30 | 8 | five years, seven months? |
| 01:30:33 | 9 | A.  Correct. |
| 01:30:34 | 10 | Q.  And did they agree to that recommendation knowing that you |
| 01:30:41 | 11 | had distributed over -- or up to 9,000 kilos? |
| 01:30:46 | 12 | MS. GUREN:  Objection to what the Government knew. |
| 01:30:48 | 13 | THE COURT:  It's sustained, speculation. |
| 01:30:51 | 14 | BY MR. RUBINO: |
| 01:30:52 | 15 | Q.  Now, with respect to Ron Collins, the gentleman seated |
| 01:30:58 | 16 | here, you referred to him as Ron Ron? |
| 01:31:01 | 17 | A.  Correct. |
| 01:31:01 | 18 | Q.  Did you ever know him by the name of Hollywood? |
| 01:31:05 | 19 | A.  No.  Hollywood was someone else. |
| 01:31:07 | 20 | Q.  Who was Hollywood? |
| 01:31:09 | 21 | A.  Someone else. |
| 01:31:10 | 22 | Q.  Who? |
| 01:31:12 | 23 | A.  Well, one of the other customers. |
| 01:31:14 | 24 | Q.  What was his name? |
| 01:31:15 | 25 | A.  Callie (phonetic). |

```
01:31:16   1    Q.  (Indicating.)
01:31:17   2    A.  Callie.
01:31:19   3    Q.  And his first name?
01:31:21   4    A.  I don't know.
01:31:22   5    Q.  You don't know.  That was his last name?
01:31:25   6    A.  No.  Callie was just what we called him.  Callie or
01:31:29   7    Hollywood.
01:31:29   8    Q.  Okay.  And how about somebody named Whody, have you ever
01:31:32   9    heard that?
01:31:35  10    A.  Yes.
01:31:35  11    Q.  Okay.  And who is Whody?
01:31:35  12    A.  You got to be more specific.  There's -- you're -- your
01:31:39  13    client could be Whody.  Anybody could be Whody.  The jury
01:31:42  14    could be Whody.  Whody's just another name like for dude.  I
01:31:49  15    said you got to be more specific.
01:31:51  16    Q.  Now, you told us in the fall of '06 you met Ron Collins at
01:31:58  17    an Outback steakhouse, correct?
01:32:03  18    A.  It's correct, but to a certain extent -- I wasn't there to
01:32:07  19    meet him.  Cesar was.  I was just tagging along.
01:32:10  20    Q.  Okay.  So you and Cesar were there and met Ron Collins?
01:32:13  21    A.  Yes.
01:32:14  22    Q.  Okay.  Now, you told us that was the first time that you
01:32:19  23    had ever met Ron Collins?
01:32:21  24    A.  To my knowledge, yes.
01:32:23  25    Q.  Okay.  Now, do you remember being interviewed by Agent
```

| | | |
|---|---|---|
| 01:32:28 | 1 | Bagley of the DEA on October 6, 210 [sic]? |
| 01:32:33 | 2 | A. Yes. |
| 01:32:34 | 3 | Q. And at that interview did you not tell him that you had |
| 01:32:40 | 4 | met Ron Collins in Mexico and that was the first time you had |
| 01:32:46 | 5 | met Ron Collins? |
| 01:32:50 | 6 | A. The way I'm going to explain this is Ron Collins -- |
| 01:32:54 | 7 | Q. Well, not to interrupt the witness, but did you tell him |
| 01:32:58 | 8 | that, which is a yes or no? |
| 01:33:01 | 9 | A. Yes. |
| 01:33:02 | 10 | Q. So you told Agent Bagley that you first met Ron Ron in |
| 01:33:09 | 11 | Mexico in 2004? |
| 01:33:13 | 12 | A. No, not 2004, no, it wasn't 2004. |
| 01:33:15 | 13 | Q. You didn't tell him you met him in Mexico in 2004? |
| 01:33:20 | 14 | A. No, it wasn't 2004. It could have been -- it could have |
| 01:33:21 | 15 | been '05 or '06. But he was there with Justin Turner, with |
| 01:33:26 | 16 | someone else, and I didn't see your defendant by -- per se. I |
| 01:33:31 | 17 | seen Justin. But he was there. |
| 01:33:35 | 18 | Q. Okay. Let me try this again. |
| 01:33:38 | 19 | A. Sure. |
| 01:33:46 | 20 | Q. You remember Agent Bagley? |
| 01:33:48 | 21 | A. Yes. |
| 01:33:48 | 22 | Q. And you remember being interviewed by him on October 6th, |
| 01:33:53 | 23 | 210 [sic]? |
| 01:33:54 | 24 | A. Yes. |
| 01:33:55 | 25 | Q. Here's my question, which I'd appreciate a yes or no, and |

| | | |
|---|---|---|
| 01:34:00 | 1 | then if you want to explain it, that's fine.  Did you at that |
| 01:34:05 | 2 | time identify as someone known as Ron Ron and did you first |
| 01:34:10 | 3 | state you met Ron Ron in Mexico in '04?  Did you say that to |
| 01:34:14 | 4 | Agent Bagley? |
| 01:34:18 | 5 | A.  I don't recall. |
| 01:34:19 | 6 | Q.  You don't recall if you said that? |
| 01:34:21 | 7 | A.  No. |
| 01:34:21 | 8 | Q.  Okay.  Well, did you first meet Ron Collins in Mexico in |
| 01:34:28 | 9 | 2004? |
| 01:34:29 | 10 | A.  Well, I didn't -- I never seen him in Mexico in 2004. |
| 01:34:32 | 11 | Q.  I'm sorry? |
| 01:34:32 | 12 | A.  I'm saying I didn't see him personally in Mexico in 2004. |
| 01:34:35 | 13 | Q.  Okay.  So you never met him in Mexico? |
| 01:34:38 | 14 | A.  No. |
| 01:34:40 | 15 | Q.  Met that -- |
| 01:34:41 | 16 | A.  Did I see him with my two eyes?  No. |
| 01:34:43 | 17 | Q.  Well, that's what I'm asking you. |
| 01:34:46 | 18 | A.  Well, yeah. |
| 01:35:01 | 19 | Q.  Other than the one time you were with -- or alleged to be |
| 01:35:06 | 20 | with -- Perez at the Outback, all the other times you've told |
| 01:35:10 | 21 | us about, the four, five, or six times that you allegedly |
| 01:35:13 | 22 | picked up money from Ron Collins, you claim to be alone on |
| 01:35:17 | 23 | those occasions, correct? |
| 01:35:20 | 24 | A.  It depended if -- like I said, if I was picking up his |
| 01:35:25 | 25 | car, I was with someone else.  So to say I was by myself all |

692

01:35:30    1    the time, no.

01:35:31    2    Q.  Okay.  But who else could come in here and corroborate

01:35:34    3    your testimony?

01:35:34    4            MS. GUREN:  Objection, your Honor.

01:35:36    5            THE COURT:  Sustained.

01:35:36    6    BY MR. RUBINO:

01:35:36    7    Q.  Who else was with you?

01:35:40    8    A.  My coworkers.

01:35:42    9    Q.  I can't hear you.

01:35:42    10   A.  My coworkers.

01:35:44    11   Q.  Well, I want to be more specific than that.

01:35:47    12           You went and picked up money.  You gave us a

01:35:50    13   description of a corner you went to and such-and-such an

01:35:54    14   intersection, 13th and was it Indiana?

01:35:56    15   A.  Prairie, Prairie.

01:35:57    16   Q.  13th and Prairie?

01:35:59    17   A.  Yeah, right off of Indiana.

01:36:02    18   Q.  Who was with you, anyone?

01:36:14    19   A.  Yeah, I believe Hector Siminthal (phonetic), Monkey.

01:36:23    20   Q.  I thought Monkey was with you, you told us, when you

01:36:26    21   picked up the car?

01:36:28    22   A.  Yeah.  He could have been with me for the what you call

01:36:31    23   it.

01:36:31    24   Q.  Well, he could have been or he was?  I mean --

01:36:34    25   A.  There's a good chance that he was in that case, because --

| | | |
|---|---|---|
| 01:36:37 | 1 | Q.  The odds are for it, but you're not positive beyond any |
| 01:36:42 | 2 | reasonable doubt, are you? |
| 01:36:43 | 3 | MS. GUREN:  Objection, your Honor. |
| 01:36:47 | 4 | THE COURT:  Overruled. |
| 01:36:48 | 5 | BY MR. RUBINO: |
| 01:36:49 | 6 | Q.  Are you? |
| 01:36:49 | 7 | A.  Repeat the question, sir? |
| 01:36:50 | 8 | Q.  Well, let me ask you this. |
| 01:36:51 | 9 | A.  Sure. |
| 01:36:52 | 10 | Q.  Didn't you tell us -- and maybe I misunderstood you. |
| 01:36:55 | 11 | Didn't you tell us on the money pickups you were |
| 01:36:58 | 12 | always alone? |
| 01:36:59 | 13 | A.  Yeah, for the most part, yeah.  But like I said, someone |
| 01:37:01 | 14 | could have tagged along.  There wasn't -- it was not uncommon |
| 01:37:04 | 15 | for someone to tag along with me. |
| 01:37:19 | 16 | Q.  Now, did you give the car back to Ron Collins, the Lincoln |
| 01:37:25 | 17 | MKX?  Did you actually return it to him or did someone else? |
| 01:37:30 | 18 | A.  I -- I believe I drove it. |
| 01:37:30 | 19 | Q.  On the return? |
| 01:37:32 | 20 | A.  Yes. |
| 01:37:32 | 21 | Q.  Not the pickup? |
| 01:37:33 | 22 | A.  Yes. |
| 01:37:37 | 23 | Q.  You acquired it in the summer of '08, you told us? |
| 01:37:42 | 24 | A.  Correct. |
| 01:37:43 | 25 | Q.  And you were there when the car was acquired, because you |

| | | |
|---|---|---|
| 01:37:46 | 1 | told us how pretty -- |
| 01:37:48 | 2 | A. Correct. |
| 01:37:48 | 3 | Q. -- it was? |
| 01:37:49 | 4 | A. Correct. |
| 01:37:50 | 5 | Q. And you were there when the car was given back to Collins, |
| 01:37:54 | 6 | you tell us? |
| 01:37:54 | 7 | A. Yeah, I gave him the keys. |
| 01:37:56 | 8 | Q. I'm sorry? |
| 01:37:57 | 9 | A. I gave him the keys. |
| 01:37:58 | 10 | Q. You distinctly remember doing this? |
| 01:38:00 | 11 | A. Yeah. |
| 01:38:01 | 12 | Q. But you told us, did you not, that you did it in November |
| 01:38:04 | 13 | of '08? |
| 01:38:05 | 14 | MS. GUREN: Objection. |
| 01:38:06 | 15 | THE WITNESS: No. |
| 01:38:09 | 16 | THE COURT: Hold on, hold on. That's overruled. Go |
| 01:38:11 | 17 | ahead. |
| 01:38:11 | 18 | BY MR. RUBINO: |
| 01:38:11 | 19 | Q. Did you tell us that you returned the car in November of |
| 01:38:14 | 20 | '08? |
| 01:38:16 | 21 | A. If I did, you know, I could have -- |
| 01:38:19 | 22 | Q. Well -- |
| 01:38:20 | 23 | A. -- misspoke. But it was in -- how could I say this? From |
| 01:38:26 | 24 | the scope of how big everything is, you know -- |
| 01:38:28 | 25 | Q. You know, here's -- I don't mean to cut you off. |

| | | |
|---|---|---|
| 01:38:31 | 1 | A. No problem. Go ahead. |
| 01:38:32 | 2 | Q. But my question simply is -- |
| 01:38:33 | 3 | A. Sure. |
| 01:38:34 | 4 | Q. -- an hour ago when you were sitting there -- |
| 01:38:37 | 5 | A. Yes. |
| 01:38:37 | 6 | Q. -- on your direct examination -- |
| 01:38:40 | 7 | A. Yes. |
| 01:38:40 | 8 | Q. -- did you not say -- |
| 01:38:41 | 9 | MS. GUREN: Objection, form. |
| 01:38:42 | 10 | THE COURT: Okay. Sustained. Go ahead and ask the |
| 01:38:45 | 11 | question. |
| 01:38:46 | 12 | BY MR. RUBINO: |
| 01:38:46 | 13 | Q. An hour ago when asked -- |
| 01:38:49 | 14 | THE COURT: No. Okay. So the form is sustained. |
| 01:38:52 | 15 | You can impeach a different way. Go ahead. |
| 01:39:04 | 16 | BY MR. RUBINO: |
| 01:39:05 | 17 | Q. Did the Floreses have any legitimate businesses? |
| 01:39:12 | 18 | A. To my knowledge, just a barber shop. |
| 01:39:16 | 19 | Q. Did they have anything to do with the music business? |
| 01:39:21 | 20 | A. I believe one of them did. |
| 01:39:24 | 21 | Q. And did that brother have a music company, which had |
| 01:39:32 | 22 | various artists under contract? |
| 01:39:35 | 23 | A. Oh. Various? |
| 01:39:37 | 24 | Q. Or an artist, better phrased, an artist named Magic? Let |
| 01:39:42 | 25 | me get right to it. |

| | | |
|---|---|---|
| 01:39:44 | 1 | A. Yeah, yeah, I ... |
| 01:39:45 | 2 | Q. So do you remember which brother it was, whether it was -- |
| 01:39:48 | 3 | A. I want to say it was Junior. |
| 01:39:50 | 4 | Q. Okay. And his full name is? |
| 01:39:52 | 5 | A. Margarito. |
| 01:39:54 | 6 | Q. Margarito, right? |
| 01:39:55 | 7 | A. Flores, Junior I want to say. |
| 01:39:58 | 8 | Q. So Margarito had a legitimate business that was in the |
| 01:40:01 | 9 | music business? |
| 01:40:03 | 10 | A. Yeah. |
| 01:40:05 | 11 | Q. Okay. And he had an artist under contract whose name was |
| 01:40:08 | 12 | Magic, correct? |
| 01:40:09 | 13 | A. Correct. |
| 01:40:09 | 14 | Q. Magic was not a drug dealer, was he? |
| 01:40:12 | 15 | A. To my knowledge -- |
| 01:40:13 | 16 | MS. GUREN: Objection, foundation. |
| 01:40:14 | 17 | THE COURT: Okay. Sustained. |
| 01:40:15 | 18 | BY MR. RUBINO: |
| 01:40:16 | 19 | Q. Do you know if Magic was a drug dealer? |
| 01:40:19 | 20 | THE COURT: You can answer that. |
| 01:40:20 | 21 | THE WITNESS: Oh, no, no. Magic was not a drug |
| 01:40:23 | 22 | dealer, to my knowledge. |
| 01:40:25 | 23 | BY MR. RUBINO: |
| 01:40:25 | 24 | Q. In Mexico where they had these phones and all the drug |
| 01:40:30 | 25 | dealers' names were on the phones -- |

01:40:31 1    A.   Correct.

01:40:32 2    Q.   -- was there a phone with Magic's name on it?

01:40:39 3    A.   That -- it could have gotten mixed up with them, probably.

01:40:43 4    But, no, that phone, to my knowledge, was always in Junior's

01:40:48 5    pocket.

01:40:49 6    Q.   To your knowledge, that dropped off.  I ...

01:40:51 7    A.   To my -- to my knowledge, whatchamacallit, Junior always

01:40:58 8    had Magic's phone in his pocket, you know, like the customers'

01:41:02 9    phones were somewhere else, in other words.

01:41:06 10   Q.   Now, the Flores twins had an older brother named Mondo

01:41:14 11   (phonetic), did they not?

01:41:16 12   A.   That's correct.

01:41:18 13   Q.   Mondo was also involved in their drug dealing activities,

01:41:22 14   was he not?

01:41:24 15   A.   To my knowledge, he did his time for what he did and that

01:41:30 16   was it.  When they were doing their thing, it was totally

01:41:33 17   separate.

01:41:34 18   Q.   Now, he was a Mexican citizen, was he not, not an American

01:41:38 19   citizen?

01:41:39 20   A.   Yes.

01:41:39 21   Q.   And, in fact, after he had his problems then, as you say,

01:41:43 22   did his time, he was deported, was he not?

01:41:47 23   A.   That's correct.

01:41:47 24   Q.   And he went back to Mexico and lived there?

01:41:50 25   A.   To my knowledge, yes.

| | | |
|---|---|---|
| 01:41:51 | 1 | Q. Are you aware if after the twins were arrested -- |
| 01:41:58 | 2 | A. Uh-huh. |
| 01:41:59 | 3 | Q. -- and brought to the United States, which is end of |
| 01:42:01 | 4 | November -- |
| 01:42:02 | 5 | A. December, roughly. |
| 01:42:03 | 6 | Q. Exactly, roughly. |
| 01:42:04 | 7 | Are you aware if Mondo came to the United States and |
| 01:42:08 | 8 | started collecting the outstanding drug money? |
| 01:42:12 | 9 | A. Mondo collecting money? No. That I -- |
| 01:42:15 | 10 | Q. I'm sorry. I can't hear you. |
| 01:42:17 | 11 | A. My opinion, there's no way Mondo would have collected the |
| 01:42:21 | 12 | money, but that's my opinion. |
| 01:42:22 | 13 | Q. After they were brought here end of December? |
| 01:42:28 | 14 | A. Yes. |
| 01:42:28 | 15 | Q. Okay. During that period did you go out and collect the |
| 01:42:31 | 16 | outstanding drug money? |
| 01:42:33 | 17 | A. Hell no, no way. |
| 01:42:35 | 18 | Q. Who, if anyone, went out and collected the -- |
| 01:42:38 | 19 | MS. GUREN: Objection, your Honor. |
| 01:42:38 | 20 | BY MR. RUBINO: |
| 01:42:38 | 21 | Q. -- outstanding drug money, if you know? |
| 01:42:39 | 22 | THE COURT: Okay. If he knows, he said, so |
| 01:42:41 | 23 | overruled. You can answer the question. |
| 01:42:42 | 24 | THE WITNESS: That I know of? |
| 01:42:44 | 25 | BY MR. RUBINO: |

| | |
|---|---|
| 01:42:45 | 1 |
| 01:42:45 | 2 |
| 01:42:49 | 3 |
| 01:42:52 | 4 |
| 01:42:56 | 5 |
| 01:42:59 | 6 |
| 01:43:02 | 7 |
| 01:43:07 | 8 |
| 01:43:11 | 9 |
| 01:43:15 | 10 |
| 01:43:21 | 11 |
| 01:43:23 | 12 |
| 01:43:25 | 13 |
| 01:43:27 | 14 |
| 01:43:27 | 15 |
| 01:43:31 | 16 |
| 01:43:34 | 17 |
| 01:43:37 | 18 |
| 01:43:41 | 19 |
| 01:43:45 | 20 |
| 01:43:47 | 21 |
| 01:43:49 | 22 |
| 01:43:54 | 23 |
| 01:43:56 | 24 |
| 01:43:59 | 25 |

Q.  Yeah.

Do you know if anyone went out on behalf of the twins and collected the outstanding drug money?

A.  No, not on behalf of the twins.  That someone might have been wanting to come up on their own maybe, but not on -- because nobody knew what the debts were.

Q.  Okay.  Now, did you tell us in your direct examination that codes were used on the phone?

A.  Well, yeah.  Well, the certain terminology, but the code would refer to a number for -- you know, it's something else.

Q.  I don't think I understand.

A.  Okay.  A code is basically this.

Q.  Codes that were used?

A.  Yeah, yeah.

Q.  I'm talking about something that was actually used.  Okay?

A.  Yeah.  The code, basically like the one that we gave the defendant, which was -- I believe his number was 26.  Okay. The way -- the way this goes to the law enforcement, it's rather kind of easy, you know, you just pick a number from one to a hundred.  All right.  As long as you and the person that you're giving the number to knows what number you're multiplying by, then he just divides and gets the number.  So that way you evade law enforcement --

Q.  Huh?  Run that by me again.

A.  When you have the -- it's a little complicated, but it's

01:44:02  1    not -- it's not at all.

01:44:02  2         Okay.  For instance, when you're calling your mother

01:44:08  3    or anybody, well, you ain't got nothing to worry about.  But

01:44:11  4    when you're in the DTO, you do have to evade law enforcement,

01:44:17  5    you know.  So, therefore, when you're giving your mom a

01:44:22  6    number, well, you're going to say 773 XXX, you know, with no

01:44:27  7    hesitation.  But since you're doing something illegal, you

01:44:31  8    can't give the number just like that.  Because if there's a

01:44:34  9    tap or anything, you know, wiretap surveillance whatever, you

01:44:39  10   know, the Government is hearing.  Well, they could hear the

01:44:42  11   number.  So, therefore, if you code it up, you block it up,

01:44:45  12   it's a little bit harder for them to get it, in other words.

01:44:48  13   Q.  So the codes were used for phone numbers or to identify

01:44:52  14   people?

01:44:53  15   A.  It -- well, look.  Code -- the code number is for the

01:44:58  16   numbers.  The -- whether terminology was used for X, Y, and Z,

01:45:04  17   yeah.

01:45:05  18   Q.  Now, had you overheard the Flores brothers when they were

01:45:11  19   on the telephone speaking to their distributors or their

01:45:20  20   clients, had you heard them use code?

01:45:24  21         MS. GUREN:  Objection, your Honor, hearsay.

01:45:24  22         THE COURT:  Okay.  Overruled.  To the extent that you

01:45:28  23   know whether they used codes on the phone, you can answer the

01:45:31  24   question.

01:45:31  25         THE WITNESS:  Oh, yeah, yeah, they would use codes.

BY MR. RUBINO:

Q.  Would they use codes for locations?

A.  Yes.

Q.  Would they use codes for the amount of drugs?

A.  Well, like I said, there's not technically codes.  It's just terminology.  It's just -- in other words.

          MR. RUBINO:  Okay.  I have nothing further.  Thank you.

          THE COURT:  Okay.  Any redirect, Ms. Guren?

          MS. GUREN:  Yes, your Honor.

                        - - -

          JORGE LLAMAS, REDIRECT EXAMINATION

BY MS. GUREN:

Q.  I don't want to go too down this road, but I do just want to clarify.

          When you were talking about multiplying 26, for example, by a number, are you referring to a phone number?

A.  Yes, yes, yes.  Like I said, you multiply like, for instance, 26 times 773, you know, that's a block, and then the next three numbers times 26, that's a block, and the last four numbers and then you say all the whole numbers and, you know, we know where the numbers break off.

Q.  And did you previously testify on cross that you sometimes gave that code number to the defendant?

A.  Well, no.  It's not that I gave -- I gave it to him, so

| | | |
|---|---|---|
| 01:46:33 | 1 | that that way he could get his own phones for the future. |
| 01:46:37 | 2 | Q.  Okay. |
| 01:46:38 | 3 | A.  You know, so this way I wouldn't be the -- like the |
| 01:46:40 | 4 | middleman is out of the way, in other words. |
| 01:46:43 | 5 | Q.  I also want to get back to some questions you were asked |
| 01:46:46 | 6 | on cross-examination about Mexico and whether or not you knew |
| 01:46:49 | 7 | Ron Collins was there.  You were cut off on your explanation |
| 01:46:52 | 8 | or your ability to say what you were trying to say. |
| 01:46:55 | 9 | You had said you didn't personally see him, but what |
| 01:46:58 | 10 | did you mean? |
| 01:47:00 | 11 | A.  In the summer of '04 and in the summer of '05 and in the |
| 01:47:06 | 12 | summer of '06, them three years, the twins had extravagant |
| 01:47:12 | 13 | birthday parties, so it wasn't uncommon for their customers, |
| 01:47:16 | 14 | their friends, et cetera, to come down per se to see them. |
| 01:47:21 | 15 | Q.  And so you said that Justin Turner was there? |
| 01:47:25 | 16 | A.  Yes, Justin Turner was there.  He was a customer. |
| 01:47:28 | 17 | Q.  And how did you know that the defendant was down there? |
| 01:47:30 | 18 | A.  I heard. |
| 01:47:31 | 19 | Q.  So you heard, but you didn't personally see? |
| 01:47:34 | 20 | A.  Exactly. |
| 01:47:34 | 21 | Q.  And that's what you meant when you were talking to law |
| 01:47:37 | 22 | enforcement? |
| 01:47:37 | 23 | A.  Exactly, exactly. |
| 01:47:38 | 24 | Q.  I also just want to clarify that interview that you had |
| 01:47:41 | 25 | with Patrick -- |

| | | |
|---|---|---|
| 01:47:44 | 1 | A.  Yes. |
| 01:47:44 | 2 | Q.  -- Pat Bagley. |
| 01:47:46 | 3 | Defense counsel said you identified a photo as the |
| 01:47:49 | 4 | guy you saw in Mexico.  In terms of that process of that |
| 01:47:52 | 5 | interview, when you first sat down with the Government that |
| 01:47:54 | 6 | day, did they show you a photograph of the defendant? |
| 01:47:59 | 7 | A.  Yeah. |
| 01:48:00 | 8 | Q.  Did they ask you who -- if you recognized that person? |
| 01:48:03 | 9 | A.  Yeah.  They just showed me a picture, and I was like, Oh, |
| 01:48:06 | 10 | that's Ron Ron, you know, the twins -- whatever -- whatever |
| 01:48:09 | 11 | recollection I had, I gave them. |
| 01:48:11 | 12 | Q.  After they showed you this photo that you identified as |
| 01:48:14 | 13 | Ron Ron, did they then start asking you questions about your |
| 01:48:17 | 14 | dealings with Ron Ron? |
| 01:48:18 | 15 | A.  Correct. |
| 01:48:18 | 16 | Q.  In part of that continued interview, did you say that you |
| 01:48:22 | 17 | had heard that the defendant was in Mexico? |
| 01:48:24 | 18 | A.  Yes. |
| 01:48:27 | 19 | Q.  You were also asked some questions on cross about when you |
| 01:48:31 | 20 | returned the car to the defendant? |
| 01:48:34 | 21 | A.  Yes. |
| 01:48:34 | 22 | Q.  Just to clarify, didn't you say on direct examination that |
| 01:48:37 | 23 | it was September 2008 -- |
| 01:48:39 | 24 | A.  Yeah, I'm pretty sure it was -- my memory's pretty good. |
| 01:48:44 | 25 | I want to say it was September.  'Cause like I said, I made it |

| | | |
|---|---|---|
| 01:48:47 | 1 | clear with counsel that from October 1st to December, I know I |
| 01:48:51 | 2 | wasn't in the country, you know. So, therefore, like I said, |
| 01:48:53 | 3 | that wouldn't have come out of my mouth, because I knew I |
| 01:48:58 | 4 | wasn't in the country. There's no ifs, ands, or buts. |
| 01:49:01 | 5 | Q. You were also asked some questions about Magic. |
| 01:49:03 | 6 | Were you ever in a car when cocaine was delivered to |
| 01:49:05 | 7 | Magic? |
| 01:49:07 | 8 | A. To Magic? |
| 01:49:07 | 9 | Q. Yes. |
| 01:49:08 | 10 | A. No. |
| 01:49:08 | 11 | Q. Did you ever deliver cocaine yourself to Magic? |
| 01:49:09 | 12 | A. Hell -- no, no, no, no, no. |
| 01:49:11 | 13 | Q. Were you ever in a car that went to deliver cocaine to Ron |
| 01:49:15 | 14 | Ron? |
| 01:49:15 | 15 | A. To Ron Ron, yes. |
| 01:49:17 | 16 | Q. You were also asked some questions about your marijuana |
| 01:49:21 | 17 | use and your tests. When you tested positive for opiates, was |
| 01:49:25 | 18 | that also one of the same tests where you tested positive for |
| 01:49:28 | 19 | marijuana? |
| 01:49:29 | 20 | A. Yeah. It was -- well, they test you once, so whatever |
| 01:49:32 | 21 | if -- whatever you are going to have new, it's going to come |
| 01:49:35 | 22 | out, basically. |
| 01:49:37 | 23 | Q. You were also asked some questions about your plea |
| 01:49:41 | 24 | agreement and the importance of the Government's |
| 01:49:44 | 25 | recommendation. |

For a copy of this transcript, contact April Metzler, CRR
at (312) 408-5154

| 01:49:44 | 1 | A. Yes. |
| 01:49:45 | 2 | Q. Do you understand that in your sentencing your defense |
| 01:49:48 | 3 | counsel will also be there? |
| 01:49:49 | 4 | A. Of course. |
| 01:49:50 | 5 | Q. Do you expect your defense counsel to advocate on your |
| 01:49:53 | 6 | behalf? |
| 01:49:54 | 7 | A. Yes, yes, yes. |
| 01:49:55 | 8 | Q. Do you understand that in -- you being up here telling the |
| 01:50:00 | 9 | truth is part of your agreement with the Government? |
| 01:50:03 | 10 | A. Correct. |
| 01:50:05 | 11 | MS. GUREN: One moment, your Honor? |
| 01:50:08 | 12 | THE COURT: Okay. |
| 01:50:08 | 13 | MS. GUREN: No further questions. |
| 01:50:10 | 14 | THE COURT: Mr. Rubino? |
| 01:50:10 | 15 | - - - |
| 01:50:10 | 16 | JORGE LLAMAS, RECROSS-EXAMINATION |
| 01:50:10 | 17 | BY MR. RUBINO: |
| 01:50:14 | 18 | Q. You were just asked about your interview with Agent |
| 01:50:19 | 19 | Bagley? |
| 01:50:19 | 20 | A. Correct. |
| 01:50:21 | 21 | Q. And you're telling us that you told Agent Bagley that you |
| 01:50:29 | 22 | had heard Ron Collins was in Mexico? |
| 01:50:33 | 23 | A. Correct. |
| 01:50:33 | 24 | Q. Is that your statement? |
| 01:50:35 | 25 | A. My statement is -- |

| | | |
|---|---|---|
| 01:50:38 | 1 | Q. That you told him you heard he was in Mexico? |
| 01:50:42 | 2 | A. Yeah. |
| 01:50:43 | 3 | Q. My question is, is that what you told Agent Bagley? |
| 01:50:47 | 4 | A. Yes. |
| 01:50:47 | 5 | Q. You did not tell Agent Bagley: Llamas -- you did not tell |
| 01:50:53 | 6 | Agent Bagley that you first met Ron Ron, met, m-e-t, versus |
| 01:50:58 | 7 | heard -- you know the difference between met and heard? |
| 01:51:01 | 8 | A. Yes. |
| 01:51:01 | 9 | Q. So you never told Agent Bagley that you met Ron Ron in |
| 01:51:06 | 10 | Mexico? |
| 01:51:08 | 11 | A. Like I told counsel, I never seen him -- |
| 01:51:15 | 12 | Q. My question is what -- I didn't ask you that. I asked for |
| 01:51:18 | 13 | what you told Agent Bagley. |
| 01:51:20 | 14 | Did you tell him that you met Ron Ron in Mexico? |
| 01:51:25 | 15 | A. Not to -- |
| 01:51:27 | 16 | Q. Yes or no? |
| 01:51:28 | 17 | A. No. |
| 01:51:29 | 18 | MR. RUBINO: Thank you. |
| 01:51:30 | 19 | THE COURT: Anything else? |
| 01:51:31 | 20 | MS. GUREN: Very briefly. |
| 01:51:31 | 21 | - - - |
| 01:51:31 | 22 | JORGE LLAMAS, REDIRECT EXAMINATION |
| 01:51:34 | 23 | BY MS. GUREN: |
| 01:51:34 | 24 | Q. Do you know the exact words that you said to Agent Bagley? |
| 01:51:36 | 25 | A. The exact words would have -- would have been like I told |

| | | |
|---|---|---|
| 01:51:40 | 1 | you, that he was there with Justin Turner and Justin said he |
| 01:51:46 | 2 | was there, you know. |
| 01:51:47 | 3 | Q.  So is it possible that Agent Bagley, in listening to what |
| 01:51:49 | 4 | you said, wrote down understanding one thing? |
| 01:51:52 | 5 | A.  Yeah, yeah, that's possible.  You know, we're all human. |
| 01:51:54 | 6 | Q.  Is it possible he didn't ask you follow-up questions to |
| 01:51:57 | 7 | clarify whether or not you had met him in person? |
| 01:51:59 | 8 | A.  That's correct. |
| 01:52:00 | 9 | MS. GUREN:  No further questions. |
| 01:52:01 | 10 | THE COURT:  Okay.  Sir, you may step down and be |
| 01:52:04 | 11 | excused. |
| 01:52:04 | 12 | THE WITNESS:  That's it, ma'am? |
| 01:52:05 | 13 | THE COURT:  That's all, yes. |
| 01:52:07 | 14 | THE WITNESS:  Okay. |
| 01:52:08 | 15 | (Witness leaves the stand.) |
| 01:52:10 | 16 | THE COURT:  And you can call your next witness. |
| 01:52:11 | 17 | THE WITNESS:  Can I take this? |
| 01:52:13 | 18 | THE COURT:  Why don't you give that to the |
| 01:52:15 | 19 | prosecutors? |
| 01:52:17 | 20 | MS. RODNEY:  Your Honor, Government calls Cesar |
| 01:52:20 | 21 | Perez. |
| 01:52:21 | 22 | THE COURT:  Okay. |
| 01:52:23 | 23 | (Witness takes the stand.) |
| 01:52:27 | 24 | THE COURT:  Right up here, sir. |
| 01:52:30 | 25 | Please raise your right hand. |

708

| | | |
|---|---|---|
| 01:52:32 | 1 | (The witness was sworn.) |
| 01:52:37 | 2 | THE COURT:  Have a seat. |
| 01:52:37 | 3 | - - - |
| 01:52:37 | 4 | CESAR PEREZ, DIRECT EXAMINATION |
| 01:52:37 | 5 | BY MS. RODNEY: |
| 01:52:45 | 6 | Q.  Good afternoon. |
| 01:52:45 | 7 | A.  Good afternoon. |
| 01:52:46 | 8 | Q.  Will you please state and spell your name for the record? |
| 01:52:48 | 9 | A.  Cesar Perez, C-e-s-a-r P-e-r-e-z. |
| 01:52:53 | 10 | Q.  Mr. Perez, how old are you? |
| 01:52:55 | 11 | A.  32. |
| 01:52:56 | 12 | Q.  Where were you born? |
| 01:52:58 | 13 | A.  In Illinois, Chicago. |
| 01:53:02 | 14 | Q.  How far did you go in school? |
| 01:53:03 | 15 | A.  GED. |
| 01:53:05 | 16 | Q.  Are you currently working? |
| 01:53:07 | 17 | A.  Yes. |
| 01:53:08 | 18 | Q.  And where do you work? |
| 01:53:09 | 19 | A.  I Send Deliveries (phonetic). |
| 01:53:12 | 20 | Q.  What do you do there? |
| 01:53:13 | 21 | A.  I deliver and install appliances. |
| 01:53:16 | 22 | Q.  Are you currently living in the Chicagoland area? |
| 01:53:19 | 23 | A.  Yes. |
| 01:53:19 | 24 | Q.  And how long have you lived here? |
| 01:53:23 | 25 | A.  Last fifteen, sixteen years. |

| | | |
|---|---|---|
| 01:53:28 | 1 | Q. Now, Mr. Perez, I'd like to turn your attention to April |
| 01:53:32 | 2 | of 2010. At that time did you plead guilty to a federal drug |
| 01:53:36 | 3 | charge? |
| 01:53:36 | 4 | A. Yes. |
| 01:53:37 | 5 | Q. What did you plead guilty to? |
| 01:53:39 | 6 | A. Distributing [sic] of cocaine. |
| 01:53:45 | 7 | Q. And how many kilograms of cocaine did you admit to |
| 01:53:48 | 8 | distributing, as part of the charge you pled guilty to? |
| 01:53:51 | 9 | A. Thousands. |
| 01:53:53 | 10 | Q. And did you enter into a plea agreement with the |
| 01:53:56 | 11 | Government regarding this offense? |
| 01:53:58 | 12 | A. Yes. |
| 01:54:00 | 13 | Q. Under the terms of your plea agreement, what are you |
| 01:54:03 | 14 | required to do here today? |
| 01:54:04 | 15 | A. Tell the truth. |
| 01:54:08 | 16 | Q. In exchange for your truthful testimony, what do you |
| 01:54:10 | 17 | expect to receive from the Government in return? |
| 01:54:12 | 18 | A. A third off my sentencing. |
| 01:54:17 | 19 | Q. And do you know how many months that'll be? |
| 01:54:19 | 20 | A. No. |
| 01:54:22 | 21 | Q. Is it approximately 138 months? |
| 01:54:26 | 22 | A. Yes. |
| 01:54:27 | 23 | Q. Now, is that a recommendation that you're expecting the |
| 01:54:30 | 24 | Government to make to the judge in your case? |
| 01:54:33 | 25 | A. Yes. |

| | | |
|---|---|---|
| 01:54:33 | 1 | Q.  And is that a different judge than the judge in the |
| 01:54:35 | 2 | courtroom here today? |
| 01:54:36 | 3 | A.  Yes. |
| 01:54:38 | 4 | Q.  Now, do you know, as you sit here today, what your |
| 01:54:41 | 5 | sentence will be for sure? |
| 01:54:42 | 6 | A.  No. |
| 01:54:44 | 7 | Q.  And what do you have to do in order to receive a |
| 01:54:47 | 8 | recommendation for a reduced sentence from the Government? |
| 01:54:50 | 9 | A.  Just tell the truth. |
| 01:54:54 | 10 | Q.  And what is your understanding of what will happen to your |
| 01:54:57 | 11 | agreement with the Government for a recommendation for a |
| 01:55:00 | 12 | reduced sentence, if you lie during your testimony today? |
| 01:55:02 | 13 | A.  I'll lose the deal. |
| 01:55:05 | 14 | Q.  And will you receive a recommendation? |
| 01:55:06 | 15 | A.  No. |
| 01:55:08 | 16 | Q.  Now, do you understand the offense to which you've pleaded |
| 01:55:11 | 17 | guilty carries a maximum term of imprisonment of life? |
| 01:55:14 | 18 | A.  Yes. |
| 01:55:15 | 19 | Q.  Mr. Perez, have you ever used drugs? |
| 01:55:18 | 20 | A.  Yes. |
| 01:55:18 | 21 | Q.  What kind of drugs have you used? |
| 01:55:21 | 22 | A.  Cocaine, weed. |
| 01:55:23 | 23 | Q.  When did you first use cocaine? |
| 01:55:27 | 24 | A.  In about '01. |
| 01:55:30 | 25 | Q.  And how often did you use cocaine? |

| | | |
|---|---|---|
| 01:55:33 | 1 | A.  Weekly. |
| 01:55:35 | 2 | Q.  When is the last time you used cocaine? |
| 01:55:37 | 3 | A.  Probably '08. |
| 01:55:39 | 4 | Q.  Did you use cocaine on a weekly basis between 2001 and |
| 01:55:45 | 5 | 2008? |
| 01:55:45 | 6 | A.  Sometimes. |
| 01:55:46 | 7 | Q.  And when did you first use marijuana? |
| 01:55:49 | 8 | A.  Probably about the same time, '01. |
| 01:55:52 | 9 | Q.  And how often did you use marijuana? |
| 01:55:55 | 10 | A.  Once a month, maybe, if that. |
| 01:55:58 | 11 | Q.  And when's the last time you used marijuana? |
| 01:56:01 | 12 | A.  '08. |
| 01:56:04 | 13 | Q.  What part of '08, when you say '08? |
| 01:56:07 | 14 | A.  November, maybe. |
| 01:56:08 | 15 | Q.  And was that the last time you also used cocaine? |
| 01:56:12 | 16 | A.  Right. |
| 01:56:13 | 17 | Q.  And when you were using cocaine, what quantities were you |
| 01:56:16 | 18 | using on a weekly basis? |
| 01:56:18 | 19 | A.  Up to an eightball. |
| 01:56:19 | 20 | Q.  And is that approximately three and a half grams -- |
| 01:56:22 | 21 | A.  3.5, yes. |
| 01:56:25 | 22 | Q.  And are you using drugs today? |
| 01:56:30 | 23 | A.  No. |
| 01:56:30 | 24 | Q.  Now, I'd like to direct your attention to the year 2001. |
| 01:56:31 | 25 | Were you working during that time? |

712

| | | |
|---|---|---|
| 01:56:33 | 1 | A.  Yes. |
| 01:56:34 | 2 | Q.  And what did you do to make money? |
| 01:56:36 | 3 | A.  I worked for the twins. |
| 01:56:38 | 4 | Q.  And what are the twins' names? |
| 01:56:42 | 5 | A.  Pedro and Margarito Flores. |
| 01:56:44 | 6 | Q.  And what did you -- what type of work did you do for the |
| 01:56:47 | 7 | twins? |
| 01:56:48 | 8 | A.  Distribute cocaine, pick up some money, drop off |
| 01:56:52 | 9 | cellphones. |
| 01:56:56 | 10 | Q.  How long did you do this type of work for the twins? |
| 01:56:59 | 11 | A.  From like '01 to '08. |
| 01:57:05 | 12 | Q.  And when did you meet the twins? |
| 01:57:11 | 13 | A.  Maybe '97, maybe '98. |
| 01:57:16 | 14 | Q.  Now, Mr. Perez, I'm going to direct your attention to the |
| 01:57:19 | 15 | screen in front of you.  Your Honor, may I show the witness a |
| 01:57:22 | 16 | photo.  I'm not publishing it just yet. |
| 01:57:24 | 17 | THE COURT:  That's fine. |
| 01:57:25 | 18 | MS. RODNEY:  Actually, may I have permission to |
| 01:57:28 | 19 | publish the photo?  It's been previously admitted into |
| 01:57:30 | 20 | evidence, Government Exhibit Photo 1. |
| 01:57:33 | 21 | THE COURT:  Sure. |
| 01:57:33 | 22 | MS. RODNEY:  And Government Exhibit Photo 2. |
| 01:57:35 | 23 | THE COURT:  Yes. |
| 01:57:43 | 24 | BY MS. RODNEY: |
| 01:57:44 | 25 | Q.  Mr. Perez, do you recognize the individual depicted in |

| | | |
|---|---|---|
| 01:57:47 | 1 | Government Exhibit Photo 1? |
| 01:57:49 | 2 | A.  Yes. |
| 01:57:49 | 3 | Q.  And who is that? |
| 01:57:50 | 4 | A.  Pedro. |
| 01:57:55 | 5 | Q.  Now, directing your attention to another photo on the |
| 01:57:58 | 6 | right side of the screen, do you recognize the individual |
| 01:58:01 | 7 | depicted in Government Exhibit Photo 2? |
| 01:58:04 | 8 | A.  Margarito, Junior. |
| 01:58:11 | 9 | Q.  So did you begin working for the twins in 2001? |
| 01:58:15 | 10 | A.  Yes. |
| 01:58:16 | 11 | Q.  And why did you begin working for them? |
| 01:58:18 | 12 | A.  It's kind of -- need to get some money. |
| 01:58:22 | 13 | Q.  When you first started working for the twins in 2001, what |
| 01:58:27 | 14 | did your work generally consist of? |
| 01:58:29 | 15 | A.  Picking up and dropping off kilos. |
| 01:58:34 | 16 | Q.  Kilos of what? |
| 01:58:35 | 17 | A.  Cocaine. |
| 01:58:38 | 18 | Q.  And how were you contacted to perform that work? |
| 01:58:41 | 19 | A.  By cellphone. |
| 01:58:42 | 20 | Q.  And who contacted you? |
| 01:58:43 | 21 | A.  One of the twins. |
| 01:58:47 | 22 | Q.  And did you receive instructions when they contacted you |
| 01:58:51 | 23 | by phone? |
| 01:58:51 | 24 | A.  Yes. |
| 01:58:52 | 25 | Q.  And did you follow those instructions after you received |

01:58:55   1   them?

01:58:56   2   A.  Yes.

01:58:58   3   Q.  Now, in 2001 when you first started working for them, were

01:59:01   4   you working by yourself or with others?

01:59:03   5   A.  By myself.

01:59:05   6   Q.  Did you later begin working with others?

01:59:08   7   A.  Yes.

01:59:08   8   Q.  Approximately when?

01:59:13   9   A.  Okay.  Maybe '02, '03.

01:59:17  10   Q.  And who were some of the people that you worked with

01:59:19  11   around that time?

01:59:21  12   A.  Sosa, Rollie, T, Danny.

01:59:27  13   Q.  Do you know Sosa's real name?

01:59:30  14   A.  Jorge Llamas.

01:59:32  15   Q.  What is T's real name?

01:59:34  16   A.  Antonio Aguilera.

01:59:37  17   Q.  And do you know Danny's last name?

01:59:39  18   A.  Torres.

01:59:44  19   Q.  Now, when you talked about picking up cocaine, who did you

01:59:48  20   pick up the cocaine from?

01:59:49  21   A.  Different people.

01:59:53  22   Q.  And who were these people in relationship to the Flores

01:59:59  23   brothers?

01:59:59  24   A.  The people supplying the Flores brothers.

02:00:03  25   Q.  And did you begin picking up cocaine from these people in

02:00:07    1    2001?

02:00:07    2    A.  Yes.

02:00:11    3    Q.  How did you know where to pick up the cocaine from?

02:00:14    4    A.  The twins would call me and let me know.

02:00:18    5    Q.  What information did they give you regarding those

02:00:21    6    pickups?

02:00:22    7    A.  Where to go, what time, what to look for.

02:00:27    8    Q.  And where did you go when you received these instructions?

02:00:30    9    A.  Anywhere, stores, warehouse [sic], parking lots,

02:00:34   10    neighborhoods.

02:00:36   11    Q.  How did you travel to pick up the cocaine?

02:00:38   12    A.  My car.

02:00:41   13    Q.  Did anyone go with you to pick up the cocaine?

02:00:44   14    A.  Sometimes.

02:00:47   15    Q.  And what purpose did that person serve to go pick up the

02:00:52   16    cocaine with you?

02:00:53   17    A.  Just followed me, make sure everything went okay.

02:00:56   18    Q.  Now, once you arrived at these various places to pick up

02:00:58   19    the cocaine, what did you do?

02:01:00   20    A.  Just put it in my car or swapped cars.

02:01:05   21    Q.  To pick up the cocaine you swapped cars?

02:01:08   22    A.  Right.

02:01:10   23    Q.  Approximately how much cocaine did you receive during

02:01:13   24    these pickups?

02:01:14   25    A.  Anywhere from 25 to 300 at a time, kilos.

| | | |
|---|---|---|
| 02:01:19 | 1 | Q. Kilograms? |
| 02:01:21 | 2 | A. Yes. |
| 02:01:26 | 3 | Q. And how did you transport the cocaine that you received? |
| 02:01:30 | 4 | A. In my vehicle. |
| 02:01:31 | 5 | Q. Where did you put it in your vehicle? |
| 02:01:33 | 6 | A. If it fit, in the compartment. If it didn't, I'd just |
| 02:01:39 | 7 | ride it out in the trunk or back seat. |
| 02:01:39 | 8 | Q. You say compartment, what type of compartment are you |
| 02:01:40 | 9 | referring to? |
| 02:01:40 | 10 | A. The hidden compartment. |
| 02:01:40 | 11 | Q. The hidden compartment? |
| 02:01:45 | 12 | A. Yes. |
| 02:01:45 | 13 | Q. What did you do with the cocaine that you picked up? |
| 02:01:47 | 14 | A. Take it to one of our houses, a stash house they call it. |
| 02:01:51 | 15 | Q. And what did you do, once you took it to the stash house? |
| 02:01:54 | 16 | A. Just do a count and verify if they are all good. |
| 02:01:58 | 17 | Q. And after you verified it -- verified the count, what did |
| 02:02:02 | 18 | you do? |
| 02:02:02 | 19 | A. Call the twins. |
| 02:02:05 | 20 | Q. Did you pick up cocaine in the way you've just described |
| 02:02:08 | 21 | on more than one occasion? |
| 02:02:11 | 22 | A. Yes. |
| 02:02:11 | 23 | Q. And who instructed you to do those pickups each time? |
| 02:02:15 | 24 | A. Pedro or Margarito. |
| 02:02:17 | 25 | Q. And how did they communicate with you each time? |

For a copy of this transcript, contact April Metzler, CRR
at (312) 408-5154

02:02:20  1  A.  Cellphone.

02:02:21  2  Q.  I'm sorry.  I didn't hear.

02:02:22  3  A.  Through cellphone.

02:02:25  4  Q.  And did you take the cocaine you picked up and drop it off

02:02:29  5  at the same location each time?

02:02:31  6  A.  No.

02:02:31  7  Q.  Where did you take it?

02:02:32  8  A.  Different stash houses around the city.

02:02:36  9  Q.  How often did you pick up kilograms of cocaine?

02:02:40  10  A.  Sometimes once a week.

02:02:42  11  Q.  Were there other amounts of time that you picked it up?

02:02:46  12  A.  Yes.

02:02:47  13  Q.  More than once a week or less than --

02:02:50  14  A.  Less than once a week.

02:02:52  15  Q.  How long did you pick up cocaine for the twins, while you

02:02:55  16  were working for them?

02:02:58  17  A.  Through the whole time that I was working for them.

02:03:04  18  Q.  Were you paid for picking up cocaine for the twins?

02:03:08  19  A.  Yes.

02:03:08  20  Q.  How much were you paid?

02:03:09  21  A.  100 a kilogram.

02:03:10  22  Q.  $100?

02:03:12  23  A.  Yes.

02:03:17  24  Q.  Did you also deliver cocaine for the twins?

02:03:19  25  A.  Yes.

| | | |
|---|---|---|
| 02:03:20 | 1 | Q. And when did you begin doing this type of work? |
| 02:03:23 | 2 | A. Also when I started off in '01. |
| 02:03:29 | 3 | Q. Who instructed you to make these deliveries? |
| 02:03:32 | 4 | A. The twins. |
| 02:03:33 | 5 | Q. And how did you receive those instructions? |
| 02:03:35 | 6 | A. Cellphone. |
| 02:03:37 | 7 | Q. Did you always receive your instructions by cellphone from |
| 02:03:40 | 8 | the twins? |
| 02:03:41 | 9 | A. Yes. |
| 02:03:42 | 10 | Q. Who were you making these cocaine deliveries to? |
| 02:03:44 | 11 | A. Their customers. |
| 02:03:46 | 12 | Q. Whose customers? |
| 02:03:47 | 13 | A. The twins' customers. |
| 02:03:49 | 14 | Q. Did you deliver to more than one of the twins' customers? |
| 02:03:53 | 15 | A. Yes. |
| 02:03:54 | 16 | Q. Approximately how many different customers did you deliver |
| 02:03:57 | 17 | cocaine to? |
| 02:04:00 | 18 | A. I'd say twelve to about fifteen, maybe. |
| 02:04:03 | 19 | Q. How often did you deliver cocaine to the twins' customers? |
| 02:04:07 | 20 | A. Sometimes weekly. |
| 02:04:10 | 21 | Q. Approximately how many times total did you deliver cocaine |
| 02:04:13 | 22 | to the twins' customers while you worked for them? |
| 02:04:22 | 23 | A. Maybe a hundred times. |
| 02:04:24 | 24 | Q. And where were these customers located? |
| 02:04:27 | 25 | A. All over Chicagoland, downtown, suburbs. |

| | | |
|---|---|---|
| 02:04:30 | 1 | Q.  Describe the types of places where you've met the |
| 02:04:36 | 2 | customers. |
| 02:04:36 | 3 | A.  On the streets, alleys, parking lots, stores, parking |
| 02:04:42 | 4 | garages downtown. |
| 02:04:47 | 5 | Q.  When is the last delivery you made to the twins' |
| 02:04:50 | 6 | customers? |
| 02:04:50 | 7 | A.  It was '08. |
| 02:04:52 | 8 | Q.  What part of '08? |
| 02:04:57 | 9 | A.  I'd say December. |
| 02:05:03 | 10 | Q.  When you delivered cocaine to the customers, did you |
| 02:05:05 | 11 | deliver by yourself or with others? |
| 02:05:08 | 12 | A.  Both. |
| 02:05:11 | 13 | Q.  Did you deliver by yourself more often than not or did you |
| 02:05:16 | 14 | deliver with others more often than not? |
| 02:05:18 | 15 | A.  By myself more often. |
| 02:05:20 | 16 | Q.  Did you drive a vehicle to make these deliveries? |
| 02:05:23 | 17 | A.  Yes. |
| 02:05:23 | 18 | Q.  And where was the cocaine stored inside of your vehicle? |
| 02:05:26 | 19 | A.  Inside the hidden compartment. |
| 02:05:28 | 20 | Q.  Did you store anything else inside of the hidden |
| 02:05:31 | 21 | compartment? |
| 02:05:31 | 22 | A.  Sometimes cash. |
| 02:05:33 | 23 | Q.  Where did you receive the cash from that you put in the |
| 02:05:36 | 24 | compartment? |
| 02:05:36 | 25 | A.  The customers. |

| | | |
|---|---|---|
| 02:05:40 | 1 | Q.  Once you met your various -- or the twins' various |
| 02:05:45 | 2 | customers, how did you give them the cocaine? |
| 02:05:48 | 3 | A.  Duffle bags. |
| 02:05:52 | 4 | Q.  Did you hand them a duffle bag, or what did you do with |
| 02:05:55 | 5 | it? |
| 02:05:55 | 6 | A.  Yeah.  I'd hand it to them or put it in their back seat. |
| 02:05:59 | 7 | If they had a compartment, they'd put it in their compartment. |
| 02:06:04 | 8 | Q.  Did you exchange the cocaine with the customers any other |
| 02:06:08 | 9 | way? |
| 02:06:08 | 10 | A.  Sometimes they'd take the vehicle, my vehicle. |
| 02:06:12 | 11 | Q.  The customer would take your vehicle? |
| 02:06:14 | 12 | A.  Yes. |
| 02:06:16 | 13 | Q.  Did you receive the customer's vehicle when this happened? |
| 02:06:20 | 14 | A.  Yes. |
| 02:06:21 | 15 | Q.  And did you later get your vehicle back from the |
| 02:06:24 | 16 | customers? |
| 02:06:25 | 17 | A.  Yes. |
| 02:06:29 | 18 | Q.  Now, you've talked about receiving cash or money from the |
| 02:06:31 | 19 | customers.  Did you receive money from the customers each time |
| 02:06:34 | 20 | you delivered cocaine to them? |
| 02:06:36 | 21 | A.  No. |
| 02:06:37 | 22 | Q.  About how often did you receive money from the customers |
| 02:06:41 | 23 | you delivered to? |
| 02:06:43 | 24 | A.  Probably less than 50 percent of the time. |
| 02:06:47 | 25 | Q.  Did you receive money from the customers but not give them |

721

| | | |
|---|---|---|
| 02:06:50 | 1 | cocaine on some occasions? |
| 02:06:52 | 2 | A. Can you repeat that? |
| 02:06:54 | 3 | Q. Did you receive money from the customers but not actually |
| 02:06:56 | 4 | give them cocaine when you met them? |
| 02:06:58 | 5 | A. Sometimes. |
| 02:07:06 | 6 | Q. When you received money from a customer, what did you do |
| 02:07:09 | 7 | with it? |
| 02:07:11 | 8 | A. Just take it to the stash house. |
| 02:07:13 | 9 | Q. Did you do anything with it at the stash house? |
| 02:07:18 | 10 | A. No, not me. |
| 02:07:19 | 11 | Q. And you didn't count the money at the stash house? |
| 02:07:21 | 12 | A. No. I'd hand it to one of the other guys that was in |
| 02:07:27 | 13 | charge of the money. |
| 02:07:27 | 14 | Q. How was the money packaged that you received from the |
| 02:07:29 | 15 | customers you met? |
| 02:07:30 | 16 | A. Various ways, just in rubber bands, plastic bags, paper |
| 02:07:34 | 17 | bags, shoe boxes, duffle bags, luggages [sic]. |
| 02:07:39 | 18 | Q. Did you deliver the same amount of cocaine to each |
| 02:07:42 | 19 | customer that you met? |
| 02:07:43 | 20 | A. No. |
| 02:07:44 | 21 | Q. What amounts of cocaine did you deliver? |
| 02:07:46 | 22 | A. Anywhere from five to 50, up. |
| 02:07:50 | 23 | Q. Kilogram quantities? |
| 02:07:53 | 24 | A. Yes. |
| 02:07:53 | 25 | Q. How did you know to deliver these amounts? |

| | | |
|---|---|---|
| 02:07:56 | 1 | A.  The twins. |
| 02:07:59 | 2 | Q.  Approximately how many kilograms of cocaine in total did |
| 02:08:03 | 3 | you deliver to the twins' customers? |
| 02:08:06 | 4 | A.  A lot.  I'd say over a thousand. |
| 02:08:08 | 5 | Q.  Were you paid for delivering cocaine to the twins' |
| 02:08:12 | 6 | customers? |
| 02:08:12 | 7 | A.  Yes. |
| 02:08:13 | 8 | Q.  How much were you paid? |
| 02:08:14 | 9 | A.  $100 a kilogram. |
| 02:08:22 | 10 | Q.  You also talk about delivering cellphones for the twins' |
| 02:08:26 | 11 | customers -- to the twins' customers.  Who instructed you to |
| 02:08:30 | 12 | deliver cellphones? |
| 02:08:31 | 13 | A.  The twins. |
| 02:08:35 | 14 | Q.  Did you know what the cellphones were for? |
| 02:08:37 | 15 | A.  To communicate with the twins. |
| 02:08:39 | 16 | Q.  How often did you deliver cellphones to the twins' |
| 02:08:43 | 17 | customers? |
| 02:08:45 | 18 | A.  Maybe once a month. |
| 02:08:49 | 19 | Q.  Now, other than what you've just testified to, did you do |
| 02:08:52 | 20 | any other type of work for the twins between 2001 and 2008? |
| 02:08:57 | 21 | A.  Sometimes get the cars, and ... |
| 02:09:00 | 22 | Q.  When you say get the cars, what do you mean? |
| 02:09:03 | 23 | A.  Pick up the cars from wherever they had them made, with |
| 02:09:06 | 24 | the compartments, and drop them off in various locations. |
| 02:09:09 | 25 | Q.  Pick up the cars that who had made? |

| | | |
|---|---|---|
| 02:09:11 | 1 | A. The twins. |
| 02:09:13 | 2 | Q. And where did you take these cars? |
| 02:09:15 | 3 | A. Sometimes to the customers, sometimes just drop them off |
| 02:09:18 | 4 | on the streets with the keys inside. |
| 02:09:22 | 5 | Q. And how often did you deliver -- or drop off cars for the |
| 02:09:26 | 6 | twins? |
| 02:09:27 | 7 | A. Not often. |
| 02:09:28 | 8 | Q. Were you paid for that work? |
| 02:09:30 | 9 | A. No. |
| 02:09:32 | 10 | Q. Approximately how much money were you paid for working for |
| 02:09:34 | 11 | the twins between 2001 to 2008? |
| 02:09:37 | 12 | A. I'd say a million. |
| 02:09:39 | 13 | Q. A million dollars? |
| 02:09:41 | 14 | A. Yes. |
| 02:09:42 | 15 | Q. Now, looking around the courtroom, do you see anyone to |
| 02:09:44 | 16 | whom you delivered cocaine, while you were working for the |
| 02:09:47 | 17 | twins? |
| 02:09:48 | 18 | A. Yes, I do. |
| 02:09:49 | 19 | Q. Can you please point out this person and identify them by |
| 02:09:52 | 20 | a piece of clothing? |
| 02:09:54 | 21 | A. White-colored shirt, Ron Ron. |
| 02:09:59 | 22 | Q. Where is that person sitting? |
| 02:09:59 | 23 | A. Right over to my right, in a blue coat. |
| 02:10:03 | 24 | MS. RODNEY: Your Honor, may the record reflect that |
| 02:10:04 | 25 | the witness has identified the defendant? |

| | | |
|---|---|---|
| 02:10:06 | 1 | THE COURT:  It will. |
| 02:10:08 | 2 | BY MS. RODNEY: |
| 02:10:09 | 3 | Q.  And by what name did you know the defendant? |
| 02:10:11 | 4 | A.  Ron Ron. |
| 02:10:16 | 5 | Q.  Now, approximately when did you begin delivering cocaine |
| 02:10:20 | 6 | to the defendant? |
| 02:10:21 | 7 | A.  I'd say like '05. |
| 02:10:24 | 8 | Q.  Did you deliver cocaine to the defendant more than once? |
| 02:10:27 | 9 | A.  Yes, I did. |
| 02:10:29 | 10 | Q.  Approximately how often did you deliver cocaine to the |
| 02:10:32 | 11 | defendant? |
| 02:10:33 | 12 | A.  Sometimes once a week. |
| 02:10:35 | 13 | Q.  Approximately how many times did you deliver cocaine to |
| 02:10:38 | 14 | the defendant? |
| 02:10:41 | 15 | A.  I'd say about twenty times. |
| 02:10:48 | 16 | Q.  What quantity of cocaine did you deliver to the |
| 02:10:52 | 17 | defendant -- |
| 02:10:53 | 18 | MR. RUBINO:  Objection.  Which time? |
| 02:10:54 | 19 | THE COURT:  Okay.  That's for foundation.  It's |
| 02:10:57 | 20 | sustained. |
| 02:10:59 | 21 | BY MS. RODNEY: |
| 02:10:59 | 22 | Q.  When was the last time you delivered cocaine to the |
| 02:11:04 | 23 | defendant? |
| 02:11:04 | 24 | A.  I'd say '07, maybe. |
| 02:11:07 | 25 | Q.  Did you deliver cocaine -- did you deliver the same amount |

| | | |
|---|---|---|
| 02:11:09 | 1 | of cocaine to the defendant each time? |
| 02:11:11 | 2 | A.  No, I didn't. |
| 02:11:12 | 3 | Q.  What quantity of cocaine -- what quantities of cocaine did |
| 02:11:16 | 4 | you deliver to the defendant? |
| 02:11:17 | 5 | A.  From ten to, like, maybe 30. |
| 02:11:21 | 6 | Q.  Is that kilogram quantities? |
| 02:11:22 | 7 | A.  Kilograms. |
| 02:11:28 | 8 | Q.  Did you deliver cocaine to the defendant in the same place |
| 02:11:31 | 9 | each time? |
| 02:11:32 | 10 | A.  No. |
| 02:11:33 | 11 | Q.  What places did you deliver cocaine to the defendant? |
| 02:11:36 | 12 | A.  In downtown Chicago and once at a restaurant out in, |
| 02:11:42 | 13 | like -- off 100-and-something. |
| 02:11:46 | 14 | Q.  Do you remember the name of the restaurant? |
| 02:11:48 | 15 | A.  Oh.  Outback. |
| 02:11:49 | 16 | Q.  And you said downtown in Chicago.  What area? |
| 02:11:54 | 17 | A.  One place off of Monroe and another place off of -- off by |
| 02:12:01 | 18 | Michigan Ave., and also -- I'm sorry -- on 75th Street at a |
| 02:12:07 | 19 | Wal-Mart.  I think it's Darien or Lemont. |
| 02:12:16 | 20 | Q.  Do you remember the time period that you delivered to the |
| 02:12:19 | 21 | defendant at these various places? |
| 02:12:21 | 22 | A.  Just between those times I said, '05, maybe, to '07. |
| 02:12:39 | 23 | Q.  Now, Mr. Perez, I'm going to hand you two exhibit folders. |
| 02:12:59 | 24 |      If I could direct your attention to the exhibits |
| 02:13:00 | 25 | marked Government Exhibit Photo 5 and Government Exhibit |

| | | |
|---|---|---|
| 02:13:04 | 1 | Photo 9.  Do you recognize the images depicted in those |
| 02:13:11 | 2 | exhibits? |
| 02:13:16 | 3 | A.  Yes, I got it. |
| 02:13:16 | 4 | Q.  Do you have those in front of you? |
| 02:13:19 | 5 | A.  Yes, I do. |
| 02:13:24 | 6 | Q.  And what do you see in those exhibits? |
| 02:13:27 | 7 | A.  That would be where one of the places that I seen Ron Ron |
| 02:13:31 | 8 | at. |
| 02:13:33 | 9 | MS. RODNEY:  I'm sorry, your Honor.  May I have just |
| 02:13:34 | 10 | one moment, please? |
| 02:13:35 | 11 | THE COURT:  Sure. |
| 02:13:41 | 12 | BY MS. RODNEY: |
| 02:13:43 | 13 | Q.  And what place where you saw Ron Ron, what area? |
| 02:13:48 | 14 | A.  Right off Monroe Street. |
| 02:13:51 | 15 | Q.  Do you recognize the images both in Government Exhibit |
| 02:13:54 | 16 | Photo 5 and Government Exhibit Photo 9? |
| 02:13:56 | 17 | A.  Yes, I do. |
| 02:14:01 | 18 | Q.  Are the images depicted in Government Exhibit Photo 5 and |
| 02:14:05 | 19 | Government Exhibit Photo 9 a true and accurate depiction of |
| 02:14:09 | 20 | the area on Monroe where you met the defendant? |
| 02:14:11 | 21 | A.  Yes. |
| 02:14:12 | 22 | MS. RODNEY:  Your Honor, the Government moves into |
| 02:14:15 | 23 | evidence Government Exhibit Photo 5 and Photo 9. |
| 02:14:17 | 24 | THE COURT:  Those will be admitted. |
| 02:14:22 | 25 | MS. RODNEY:  Your Honor, may I publish? |

02:14:23   1          THE COURT:  Sure.

02:14:27   2   BY MS. RODNEY:

02:14:28   3   Q.  Mr. Perez, do you see Government Exhibit Photo 5 on the

02:14:32   4   left side of the screen and Government Exhibit Photo 9 on the

02:14:36   5   right side?

02:14:37   6   A.  Yes.

02:14:38   7   Q.  I am going to direct your attention to Government Exhibit

02:14:43   8   Photo 5 -- excuse me -- Photo 9.  Is that an overhead view of

02:14:50   9   the area on Monroe where you met the defendant?

02:14:52  10   A.  Yes, it is.

02:14:54  11   Q.  Now, using the exhibits and referring to the street names

02:14:57  12   on the exhibits, can you indicate where you met the defendant?

02:15:00  13   A.  Sometimes I'd park right off of Monroe Street by the park,

02:15:04  14   the park is across the street.  You can't see it in the

02:15:07  15   picture.  And he'd either come out and meet me, or I would

02:15:11  16   drive into the garage.

02:15:13  17   Q.  And is the garage on Monroe Street or Laflin?

02:15:16  18   A.  It's on Laflin.

02:15:18  19   Q.  Is it on the building depicted on the left side or the

02:15:22  20   right side?

02:15:23  21   A.  What was that?

02:15:24  22   Q.  Is the garage the building on the left side or the right

02:15:30  23   side of the screen?

02:15:30  24   A.  It's on the left side.

02:15:35  25   Q.  Is that the area where you're talking about where the

| | | |
|---|---|---|
| 02:15:38 | 1 | highlight is shown on the exhibit? |
| 02:15:41 | 2 | A.  Yes. |
| 02:15:43 | 3 | Q.  How many times did you deliver to the defendant in this |
| 02:15:46 | 4 | area on Monroe? |
| 02:15:49 | 5 | A.  About -- at least ten times. |
| 02:15:56 | 6 | Q.  How did you arrange to meet the defendant in this area? |
| 02:15:59 | 7 | A.  By orders of the twins. |
| 02:16:04 | 8 | Q.  And how were you contacted? |
| 02:16:05 | 9 | A.  By cellphone. |
| 02:16:06 | 10 | Q.  How did you travel to meet the defendant in this area? |
| 02:16:09 | 11 | A.  In the work car. |
| 02:16:11 | 12 | Q.  What type of car was it? |
| 02:16:13 | 13 | A.  SUV. |
| 02:16:16 | 14 | Q.  Were you alone or with someone else when you met the |
| 02:16:19 | 15 | defendant in this area? |
| 02:16:21 | 16 | A.  Alone. |
| 02:16:24 | 17 | Q.  And when you met the defendant in this area, was he by |
| 02:16:27 | 18 | himself or with others? |
| 02:16:29 | 19 | A.  By himself. |
| 02:16:33 | 20 | Q.  Now, do you remember the first time that you met the |
| 02:16:36 | 21 | defendant in the area on Monroe? |
| 02:16:38 | 22 | A.  No, I don't. |
| 02:16:40 | 23 | Q.  Was it during the time period you were working for the |
| 02:16:43 | 24 | twins? |
| 02:16:43 | 25 | A.  Yes, it was. |

| | | |
|---|---|---|
| 02:16:45 | 1 | Q.  When you met the defendant in this area, did he have a |
| 02:16:48 | 2 | car? |
| 02:16:49 | 3 | A.  Yes. |
| 02:16:52 | 4 | Q.  Describe what happened when you met the defendant at this |
| 02:16:55 | 5 | location? |
| 02:16:55 | 6 | A.  I would either get the cocaine in the bags and hand it to |
| 02:17:01 | 7 | him or put it in his car, or drive in the garage, then he also |
| 02:17:06 | 8 | put it in the back of his car. |
| 02:17:08 | 9 | Q.  How did you know to drive into the garage? |
| 02:17:11 | 10 | A.  When he would come out, he'd get me and we'd drive in |
| 02:17:15 | 11 | there. |
| 02:17:15 | 12 | Q.  And what happened inside the garage? |
| 02:17:17 | 13 | A.  Just give him what -- whatever I had in the car. |
| 02:17:20 | 14 | Q.  How did you give it to him? |
| 02:17:21 | 15 | A.  In a duffle bag. |
| 02:17:24 | 16 | Q.  Did you hand it to him? |
| 02:17:26 | 17 | A.  Sometimes. |
| 02:17:27 | 18 | Q.  Other times what did you do? |
| 02:17:29 | 19 | A.  Just put it in the back seat of his car or in the trunk. |
| 02:17:36 | 20 | Q.  And what kind of car did the defendant have that you put |
| 02:17:39 | 21 | the cocaine in his trunk? |
| 02:17:43 | 22 | A.  A Rover, Infiniti, Lexus, Audi. |
| 02:17:50 | 23 | Q.  Is this at the Monroe location? |
| 02:17:52 | 24 | A.  Yes. |
| 02:17:53 | 25 | Q.  And what color was that car? |

730

| | | |
|---|---|---|
| 02:17:55 | 1 | A.  They were all silver. |
| 02:18:00 | 2 | Q.  Did you receive anything from the defendant when you met |
| 02:18:03 | 3 | him at the Monroe location? |
| 02:18:05 | 4 | A.  Sometimes the cash. |
| 02:18:15 | 5 | Q.  Now, you also talked about meeting the defendant in an |
| 02:18:18 | 6 | area off of Michigan.  Do you remember the cross streets with |
| 02:18:21 | 7 | Michigan? |
| 02:18:22 | 8 | A.  No, I don't. |
| 02:18:23 | 9 | Q.  What city? |
| 02:18:24 | 10 | A.  In Chicago. |
| 02:18:25 | 11 | Q.  What part of the city? |
| 02:18:26 | 12 | A.  Downtown. |
| 02:18:28 | 13 | Q.  And how many times did you meet the defendant in that |
| 02:18:30 | 14 | area? |
| 02:18:31 | 15 | A.  About the same time -- about the same amount of times, up |
| 02:18:35 | 16 | to ten times. |
| 02:18:36 | 17 | Q.  Do you remember the first time you met the defendant in |
| 02:18:38 | 18 | the area off of Michigan? |
| 02:18:40 | 19 | A.  No, I don't. |
| 02:18:41 | 20 | Q.  How did you arrange to meet the defendant in that area? |
| 02:18:44 | 21 | A.  The twins would contact me through cellphone. |
| 02:18:46 | 22 | Q.  How did you travel to meet the defendant in that area? |
| 02:18:49 | 23 | A.  In my car. |
| 02:18:57 | 24 | Q.  Did you travel to the area off Michigan by yourself or |
| 02:19:00 | 25 | with other people? |

| | | |
|---|---|---|
| 02:19:01 | 1 | A. By myself. |
| 02:19:03 | 2 | Q. And when you met the defendant, was he with -- was he by |
| 02:19:06 | 3 | himself or with other people? |
| 02:19:08 | 4 | A. By himself. |
| 02:19:09 | 5 | Q. Was the defendant in a car when you met him? |
| 02:19:12 | 6 | A. Yes. |
| 02:19:14 | 7 | Q. And when you arrived in the area off Michigan, what did |
| 02:19:19 | 8 | you do? |
| 02:19:19 | 9 | A. I'd park, look for his car, or he'd pull up after I got |
| 02:19:24 | 10 | there, and just give him the bag. |
| 02:19:27 | 11 | Q. The bag containing what? |
| 02:19:28 | 12 | A. Cocaine. |
| 02:19:33 | 13 | Q. How did you know where to park? |
| 02:19:36 | 14 | A. The twins would tell me -- well, pretty much it's around |
| 02:19:39 | 15 | the same block all the time. |
| 02:19:42 | 16 | Q. And how -- did you see the defendant when you arrived in |
| 02:19:45 | 17 | this location and park? |
| 02:19:47 | 18 | A. Yes. |
| 02:19:47 | 19 | Q. Where did you see him? |
| 02:19:48 | 20 | A. Parked on the side of the street. |
| 02:19:51 | 21 | Q. Did you go to where the defendant was parked? |
| 02:19:53 | 22 | A. I'd park behind him, in front of him, wherever I could |
| 02:19:56 | 23 | find parking. |
| 02:19:57 | 24 | Q. And once you parked, what happened? |
| 02:19:58 | 25 | A. I'd open up my compartment, get my stuff together, and |

| | | |
|---|---|---|
| 02:20:01 | 1 | then walk over to his car and put it in his car. |
| 02:20:04 | 2 | Q. And what would you put in his car? |
| 02:20:06 | 3 | A. A duffle bag with kilos. |
| 02:20:09 | 4 | Q. How many kilograms of cocaine did the duffle bag hold? |
| 02:20:13 | 5 | A. It depends, could be for ten, twenty, and up. |
| 02:20:16 | 6 | Q. How many kilograms of cocaine did the duffle bag hold that |
| 02:20:20 | 7 | you gave the defendant off the area of Monroe -- Michigan? |
| 02:20:24 | 8 | Excuse me. |
| 02:20:25 | 9 | A. Usually it was about twenty. |
| 02:20:28 | 10 | Q. Did you receive anything from the defendant, when you met |
| 02:20:30 | 11 | him in the area off of Michigan to deliver the cocaine? |
| 02:20:33 | 12 | A. Sometimes. |
| 02:20:34 | 13 | Q. And what did you receive? |
| 02:20:35 | 14 | A. Cash. |
| 02:20:36 | 15 | Q. Do you know how much cash you received? |
| 02:20:38 | 16 | A. No. |
| 02:20:40 | 17 | Q. Did you see what the defendant did with the duffle bags |
| 02:20:43 | 18 | that you gave him? |
| 02:20:44 | 19 | A. No, just -- I put them in his back seat. |
| 02:20:49 | 20 | Q. Did the defendant get out of the car when you gave him the |
| 02:20:53 | 21 | duffle bag? |
| 02:20:53 | 22 | A. No. |
| 02:20:54 | 23 | Q. So you put the duffle bag in his car? |
| 02:20:57 | 24 | A. Yes. |
| 02:21:02 | 25 | Q. Now, you also testified that you met the defendant in an |

| | | |
|---|---|---|
| 02:21:06 | 1 | area off 75th Street in Darien or Lemont? |
| 02:21:10 | 2 | A.  Yes. |
| 02:21:11 | 3 | Q.  Where was that? |
| 02:21:12 | 4 | A.  A Wal-Mart. |
| 02:21:13 | 5 | Q.  How many times did you deliver to the defendant at the |
| 02:21:15 | 6 | Wal-Mart? |
| 02:21:16 | 7 | A.  Twice. |
| 02:21:17 | 8 | Q.  Do you remember the first time you delivered to the |
| 02:21:19 | 9 | defendant in this area? |
| 02:21:20 | 10 | A.  No, I don't. |
| 02:21:21 | 11 | Q.  Was it during the time period you worked for the twins? |
| 02:21:24 | 12 | A.  Yes, it was. |
| 02:21:25 | 13 | Q.  How did you arrange to meet the defendant at the Wal-Mart? |
| 02:21:29 | 14 | A.  The twins called me. |
| 02:21:31 | 15 | Q.  And how did you get to the Wal-Mart? |
| 02:21:33 | 16 | A.  I drove my vehicle there. |
| 02:21:36 | 17 | Q.  Did you go to the Wal-Mart by yourself or with someone |
| 02:21:41 | 18 | else? |
| 02:21:41 | 19 | A.  By myself. |
| 02:21:42 | 20 | Q.  And what -- did you meet the defendant inside the Wal-Mart |
| 02:21:44 | 21 | or outside? |
| 02:21:45 | 22 | A.  Outside in the parking lot. |
| 02:21:48 | 23 | Q.  And when you met the defendant, was he in a car? |
| 02:21:52 | 24 | A.  Yes, he was. |
| 02:21:56 | 25 | Q.  What kind of car was the defendant in when you met him? |

734

| | | |
|---|---|---|
| 02:22:02 | 1 | A.  A Lexus, silver Lexus. |
| 02:22:04 | 2 | Q.  What kind of Lexus was it? |
| 02:22:08 | 3 | A.  430, GS 430. |
| 02:22:10 | 4 | Q.  Is it a car or a truck? |
| 02:22:11 | 5 | A.  It's a car. |
| 02:22:12 | 6 | Q.  When you met the defendant in the Wal-Mart parking lot, |
| 02:22:16 | 7 | explain what happened. |
| 02:22:17 | 8 | A.  I would just give him the bag there, and that was one |
| 02:22:21 | 9 | time.  The second time he took my car and I took his Lexus |
| 02:22:25 | 10 | home. |
| 02:22:25 | 11 | Q.  Let's talk about the first time.  So you met the defendant |
| 02:22:28 | 12 | in the parking lot.  And when you saw him, what did you do? |
| 02:22:31 | 13 | A.  Just gave him the bag, the duffle bag. |
| 02:22:35 | 14 | Q.  Did you put it in his hands or put it in his car? |
| 02:22:38 | 15 | A.  In his car. |
| 02:22:40 | 16 | Q.  How many kilograms of cocaine was in the duffle bag? |
| 02:22:44 | 17 | A.  I don't remember. |
| 02:22:47 | 18 | Q.  Now, the second time you met the defendant at the |
| 02:22:49 | 19 | Wal-Mart, what did you do when you saw him? |
| 02:22:51 | 20 | A.  We switched cars. |
| 02:22:53 | 21 | Q.  How did you give him your car? |
| 02:22:55 | 22 | A.  Just handed him the keys. |
| 02:22:58 | 23 | Q.  And how did you know to do that? |
| 02:23:00 | 24 | A.  The twins told me he was going to be taking my car. |
| 02:23:03 | 25 | Q.  And did you take the defendant's car? |

| | | |
|---|---|---|
| 02:23:06 | 1 | A. Yes, I did. |
| 02:23:07 | 2 | Q. Did you give him your key? |
| 02:23:11 | 3 | A. Yes. |
| 02:23:11 | 4 | Q. What car did you give to the defendant that second time at |
| 02:23:16 | 5 | the Wal-Mart? |
| 02:23:16 | 6 | A. It was -- I think it was an Expedition at the time. |
| 02:23:23 | 7 | Q. And was there cocaine in your car, when you gave it to the |
| 02:23:26 | 8 | defendant? |
| 02:23:27 | 9 | A. Yes. |
| 02:23:27 | 10 | Q. Where was it? |
| 02:23:28 | 11 | A. In the compartment. |
| 02:23:29 | 12 | Q. How much cocaine was in the compartment? |
| 02:23:32 | 13 | A. I don't recall. |
| 02:23:37 | 14 | Q. Did you see what the defendant did with your car, when you |
| 02:23:40 | 15 | gave him your keys? |
| 02:23:41 | 16 | A. He just drove off. |
| 02:23:43 | 17 | Q. And where was the defendant's car? |
| 02:23:46 | 18 | A. I was in it. |
| 02:23:48 | 19 | Q. How long did you have the defendant's car? |
| 02:23:50 | 20 | A. Just overnight. |
| 02:23:52 | 21 | Q. And what did you do with it? |
| 02:23:53 | 22 | A. Parked it in my garage. |
| 02:23:56 | 23 | Q. Did you get your car back from the defendant? |
| 02:23:59 | 24 | A. Yes. |
| 02:23:59 | 25 | Q. And when did you get it back? |

| | | |
|---|---|---|
| 02:24:00 | 1 | A. The next evening. |
| 02:24:03 | 2 | Q. And where did you get it from? |
| 02:24:04 | 3 | A. Same place. |
| 02:24:06 | 4 | Q. Which is where? |
| 02:24:07 | 5 | A. The Wal-Mart. |
| 02:24:08 | 6 | Q. And how did you know to return to the Wal-Mart to get your |
| 02:24:11 | 7 | car? |
| 02:24:12 | 8 | A. Twins called me. |
| 02:24:13 | 9 | Q. And did the defendant bring your car back to the Wal-Mart? |
| 02:24:16 | 10 | A. Yes. |
| 02:24:17 | 11 | Q. Did he say anything to you, when he returned your car to |
| 02:24:21 | 12 | you? |
| 02:24:21 | 13 | A. No. |
| 02:24:22 | 14 | Q. Did you give him his keys back to his car? |
| 02:24:25 | 15 | A. Yes, I did. |
| 02:24:26 | 16 | Q. Did you receive anything from the defendant, when you met |
| 02:24:29 | 17 | him at the Wal-Mart that second time? |
| 02:24:31 | 18 | A. I don't think so. |
| 02:24:34 | 19 | Q. Did you check the compartment of your car after you got it |
| 02:24:37 | 20 | back from the defendant? |
| 02:24:38 | 21 | A. No, I didn't. |
| 02:24:40 | 22 | Q. Now, you also testified about meeting the defendant at an |
| 02:24:44 | 23 | Outback steakhouse. Where was that located? |
| 02:24:47 | 24 | A. It was -- |
| 02:24:47 | 25 | MR. RUBINO: Objection. He never testified about |

02:24:49    1    that.

02:24:50    2         THE COURT:  Okay.  I can't recall we've heard about

02:24:55    3    Outback for a while -- I'm not going to search the record.

02:24:58    4    BY MS. RODNEY:

02:24:59    5    Q.  What other locations did you meet the defendant at?

02:25:01    6    A.  At an Outback steakhouse.

02:25:03    7         THE COURT:  There you go.

02:25:06    8    BY MS. RODNEY:

02:25:06    9    Q.  Where was that located?

02:25:06   10    A.  It was right off the hundreds, right off the expressway.

02:25:10   11    Q.  You said the hundreds, is that the South Suburban area?

02:25:13   12    A.  Yes.

02:25:14   13    Q.  How many times did you meet the defendant at that

02:25:17   14    location?

02:25:18   15    A.  Just one time.

02:25:22   16    Q.  Do you remember when you met the defendant at the Outback?

02:25:23   17    A.  No.

02:25:25   18    Q.  Was it when you were working for the twins?

02:25:27   19    A.  Yes, it was.

02:25:28   20    Q.  How did you arrange to meet the defendant in that area?

02:25:31   21    A.  The twins would contact me.

02:25:34   22    Q.  And how did you travel to that location?

02:25:37   23    A.  In my vehicle.

02:25:38   24    Q.  And what kind of car were you driving?

02:25:42   25    A.  Different cars.

738

| | | |
|---|---|---|
| 02:25:46 | 1 | Q. Do you know what kind of car you were -- |
| 02:25:49 | 2 | A. The white Expedition at the time too. |
| 02:25:52 | 3 | Q. When you went to the Outback, were you by yourself or with |
| 02:25:55 | 4 | someone else? |
| 02:25:55 | 5 | A. I was with Danny. |
| 02:26:00 | 6 | Q. When you arrived at the Outback, what did you do? |
| 02:26:04 | 7 | A. I went inside, sat at the bar. |
| 02:26:08 | 8 | Q. And why did you go inside -- are you referring to the |
| 02:26:11 | 9 | restaurant? |
| 02:26:11 | 10 | A. Yeah, went inside of Outback and sat at the bar with Danny |
| 02:26:15 | 11 | 'til we found Ron Ron. |
| 02:26:18 | 12 | Q. And where did you see the defendant? |
| 02:26:21 | 13 | A. In the restaurant eating. |
| 02:26:23 | 14 | Q. And when you saw him, what did you do? |
| 02:26:26 | 15 | A. Like signaled him down, let him know I was there. |
| 02:26:31 | 16 | Q. And once you let him know you were there, what happened? |
| 02:26:34 | 17 | A. We walked outside. |
| 02:26:35 | 18 | Q. And what happened once you got outside? |
| 02:26:38 | 19 | A. We went to my car, and I got the bag out of the truck. |
| 02:26:43 | 20 | Q. When you say we went to the car, who are you referring to? |
| 02:26:47 | 21 | A. Me, Ron Ron, and Danny. |
| 02:26:50 | 22 | Q. And at your car what happened? |
| 02:26:52 | 23 | A. I just opened up my compartment and grabbed the bag I had |
| 02:26:56 | 24 | for him. |
| 02:26:57 | 25 | Q. And what did you do with it? |

02:26:59  1    A.  Placed it in his car.

02:27:03  2    Q.  Do you recall how the defendant was dressed, when you met

02:27:07  3    him at the Outback?

02:27:08  4    A.  I just know he had a doo rag on, a lot of jewelry.  That's

02:27:12  5    about it.

02:27:14  6    Q.  Did the defendant say anything to you at that meeting?

02:27:18  7    A.  No.

02:27:24  8    Q.  Did you deliver to the defendant at any other locations?

02:27:29  9    A.  No.

02:27:32  10   Q.  Now, you've mentioned the names Danny, Antonio Aguilera,

02:27:36  11   and Jorge Llamas.  Did you discuss your testimony today with

02:27:40  12   those individuals?

02:27:41  13   A.  No.

02:27:42  14         MS. RODNEY:  May I have a moment, your Honor?

02:27:44  15         THE COURT:  You may.

02:27:49  16         MS. RODNEY:  I don't have anything further at this

02:27:52  17   time.

02:27:52  18         THE COURT:  Okay.  Mr. Rubino?

02:27:52  19                           - - -

02:27:52  20            CESAR PEREZ, CROSS-EXAMINATION

02:27:52  21   BY MR. RUBINO:

02:28:14  22   Q.  Good afternoon, sir.

02:28:15  23   A.  Good afternoon.

02:28:30  24   Q.  Mr. Perez, in April 2010 you told us you made a plea

02:28:35  25   agreement with the Government, correct?

| | | |
|---|---|---|
| 02:28:36 | 1 | A.  Yes. |
| 02:28:36 | 2 | Q.  And you, in fact, went before a Court and you entered a |
| 02:28:39 | 3 | plea of guilty to drug dealing charges, did you not? |
| 02:28:42 | 4 | A.  Yes. |
| 02:28:42 | 5 | Q.  And those charges carry a minimum penalty of ten years, do |
| 02:28:45 | 6 | they not? |
| 02:28:46 | 7 | A.  Correct. |
| 02:28:47 | 8 | Q.  And they carry a maximum penalty of life in prison with no |
| 02:28:52 | 9 | possibility of parole, correct? |
| 02:28:53 | 10 | A.  Yes. |
| 02:28:54 | 11 | Q.  And you understand what life in prison with no parole |
| 02:28:58 | 12 | means, do you not? |
| 02:28:59 | 13 | A.  Yes, I do. |
| 02:29:00 | 14 | Q.  What's it mean to you? |
| 02:29:02 | 15 | A.  The rest of my life. |
| 02:29:03 | 16 | Q.  It means you die in prison, right? |
| 02:29:06 | 17 | A.  Correct. |
| 02:29:07 | 18 | Q.  Now, you're out on bond, are you not, and have been such? |
| 02:29:14 | 19 | A.  Yes. |
| 02:29:15 | 20 | Q.  And while you're out on bond have you seen Mr. Llamas? |
| 02:29:22 | 21 | A.  No, I haven't seen him. |
| 02:29:25 | 22 | Q.  Okay.  Have you seen Mr. Torres? |
| 02:29:30 | 23 | A.  No, Mr. Torres, no. |
| 02:29:34 | 24 | Q.  Now, part of your agreement with the Government is that |
| 02:29:39 | 25 | they are going to recommend to the Court that you receive a |

| | | |
|---|---|---|
| 02:29:43 | 1 | sentence of approximately eleven years, correct? |
| 02:29:47 | 2 | A. Yes. |
| 02:29:53 | 3 | Q. Now, one of the things in your plea agreement is you agree |
| 02:29:57 | 4 | to a forfeiture of $1 million, do you not? |
| 02:30:01 | 5 | A. Yes. |
| 02:30:02 | 6 | Q. Have you turned that million dollars over to the |
| 02:30:05 | 7 | Government yet? |
| 02:30:05 | 8 | A. No. |
| 02:30:06 | 9 | Q. When do you intend to do that? |
| 02:30:09 | 10 | A. I don't have it. |
| 02:30:13 | 11 | Q. But you agreed to give it to them, correct? |
| 02:30:16 | 12 | A. Yes. |
| 02:30:18 | 13 | Q. You also agreed to, quote, tell the truth, did you not? |
| 02:30:22 | 14 | A. Yes, I did. |
| 02:30:23 | 15 | Q. And basically the reason you're here today is to fulfill |
| 02:30:33 | 16 | your plea agreement by testifying, so you can get your |
| 02:30:39 | 17 | eleven-year sentence instead of possibly life, right? |
| 02:30:43 | 18 | A. Correct. |
| 02:30:47 | 19 | Q. Now, during the time you've testified about, during that |
| 02:30:54 | 20 | entire time, you were using cocaine, were you not? |
| 02:30:56 | 21 | A. No. |
| 02:30:57 | 22 | Q. Well, did you use -- you've testified about a period from, |
| 02:31:02 | 23 | when, '05 through '07? |
| 02:31:04 | 24 | A. Right. |
| 02:31:05 | 25 | Q. Were you not using cocaine from '05 through '07? |

| | | |
|---|---|---|
| 02:31:10 | 1 | A. Oh, yeah, I was. |
| 02:31:11 | 2 | Q. You were? |
| 02:31:12 | 3 | A. Yes. |
| 02:31:12 | 4 | Q. So the time you previously testified about is the same. |
| 02:31:15 | 5 | You were using cocaine during the time you were testifying |
| 02:31:18 | 6 | about, is my question? |
| 02:31:20 | 7 | A. Yes. |
| 02:31:21 | 8 | Q. Okay. Now, when you got out on bond and you're supervised |
| 02:31:28 | 9 | by pretrial, do they give you drug tests? |
| 02:31:31 | 10 | A. Yes, they do. |
| 02:31:32 | 11 | Q. And have you passed all of your drug tests? |
| 02:31:34 | 12 | A. Yes, I have. |
| 02:31:35 | 13 | Q. And is that because you haven't used any drugs since then? |
| 02:31:39 | 14 | A. Yes. |
| 02:31:41 | 15 | Q. Now, you first told us about picking up cocaine? |
| 02:31:48 | 16 | A. Yes. |
| 02:31:49 | 17 | Q. So you're talking then about the people that are supplying |
| 02:31:54 | 18 | the twins, right? |
| 02:31:55 | 19 | A. Yes. |
| 02:31:56 | 20 | Q. Can you get a little closer? Sorry. |
| 02:31:59 | 21 | A. Yes. |
| 02:31:59 | 22 | Q. Okay. Okay. Who did you go and pick up cocaine from for |
| 02:32:05 | 23 | the twins? |
| 02:32:06 | 24 | A. Different people. |
| 02:32:07 | 25 | Q. Can you name them for me? |

| | | |
|---|---|---|
| 02:32:10 | 1 | A.  No, I didn't get names. |
| 02:32:10 | 2 | Q.  I'm sorry? |
| 02:32:11 | 3 | A.  I did not get names. |
| 02:32:12 | 4 | Q.  So you do not know the names of any of the people that you |
| 02:32:15 | 5 | picked up cocaine from; is that your testimony? |
| 02:32:20 | 6 | A.  Yes. |
| 02:32:22 | 7 | Q.  And did anyone else go with you, when you would pick up |
| 02:32:26 | 8 | cocaine from these unknown people? |
| 02:32:29 | 9 | A.  Sometimes, yes. |
| 02:32:30 | 10 | Q.  Who would go with you? |
| 02:32:31 | 11 | A.  T-bag, Danny, Sosa, any of those guys. |
| 02:32:42 | 12 | Q.  Now, besides picking up drugs, cocaine for the twins, you |
| 02:32:52 | 13 | used to pick up guns for them, didn't you? |
| 02:32:55 | 14 | A.  I did once. |
| 02:32:59 | 15 | Q.  On one occasion you purchased five guns for them, didn't |
| 02:33:03 | 16 | you? |
| 02:33:03 | 17 | A.  Correct. |
| 02:33:05 | 18 | Q.  Two .9 millimeter handguns, a .45 caliber handgun, |
| 02:33:11 | 19 | correct? |
| 02:33:12 | 20 | A.  (No response.) |
| 02:33:13 | 21 | Q.  A .38 black revolver; is that correct? |
| 02:33:17 | 22 | A.  Yes. |
| 02:33:17 | 23 | Q.  A stainless steel .357 magnum? |
| 02:33:20 | 24 | A.  Yes. |
| 02:33:23 | 25 | Q.  And why did you pick up these guns for the twins? |

| | | |
|---|---|---|
| 02:33:26 | 1 | A. Because Pedro had asked me to. |
| 02:33:29 | 2 | Q. And why did Pedro want them? |
| 02:33:31 | 3 | A. Well, he said, We're going to hand them out to some of his |
| 02:33:35 | 4 | customers. |
| 02:33:35 | 5 | Q. And was the purpose of that, to protect the drug loads? |
| 02:33:39 | 6 | A. I'm not too sure what the purpose was for. |
| 02:33:42 | 7 | Q. Did you think they were going to use them for hunting? |
| 02:33:45 | 8 | A. No. |
| 02:33:48 | 9 | Q. Now, you also picked up a machine gun, did you not? |
| 02:33:54 | 10 | A. Yes, I did. |
| 02:33:55 | 11 | Q. An AK47. |
| 02:33:58 | 12 | And what did you do with that? |
| 02:34:00 | 13 | A. Left it at the stash house. |
| 02:34:03 | 14 | Q. And it eventually was seized at the stash house, wasn't |
| 02:34:06 | 15 | it? |
| 02:34:06 | 16 | A. Yes. |
| 02:34:07 | 17 | Q. And it was kept at the stash house to protect the drugs at |
| 02:34:11 | 18 | the stash house, was it not? |
| 02:34:13 | 19 | A. No. It was supposed to be passed out or given away. |
| 02:34:16 | 20 | Obviously, they never got rid of it. |
| 02:34:18 | 21 | Q. Given -- so you got it so they could give it away? |
| 02:34:22 | 22 | A. Correct. |
| 02:34:22 | 23 | Q. As, like, a Christmas gift for someone? |
| 02:34:25 | 24 | A. Could be. |
| 02:34:26 | 25 | MS. RODNEY: Objection, your Honor, form of the |

02:34:27    1    question.

02:34:27    2         THE COURT:  Okay.  It's sustained.

02:34:30    3         MR. RUBINO:  I don't know how else to phrase it.

02:34:32    4         THE COURT:  Was it a gift?

02:34:39    5         Are you shaking your head at me?

02:34:40    6         MR. RUBINO:  I'm sorry, your Honor.

02:34:47    7    BY MR. RUBINO:

02:34:48    8    Q.  So the purpose of the machine gun was not to protect the

02:34:52    9    drug stash house where it was kept, right?

02:34:55    10   A.  No guns.  We weren't supposed to have drugs with the guns

02:34:59    11   in the houses.

02:35:00    12   Q.  But you did?

02:35:01    13   A.  Yeah.  It was supposed to be a one-time thing and they

02:35:04    14   were supposed to get rid of it, and they didn't.

02:35:15    15   Q.  Now, you told us that you were paid $1 million for your

02:35:22    16   drug trafficking activities, correct?

02:35:25    17   A.  Yes.

02:35:29    18   Q.  Sir, isn't it true that you were paid over a million and a

02:35:33    19   half?

02:35:33    20   A.  No.

02:35:35    21   Q.  Do you remember being interviewed on July 15th, '09 by

02:35:41    22   Special Agent Don Wood, Chris Riley, and task force agent John

02:35:47    23   Comiskey?  You were interviewed by them in Summit, Illinois.

02:35:52    24   Do you remember that?

02:35:53    25   A.  Okay, yes.

| | | |
|---|---|---|
| 02:35:54 | 1 | Q.  And at that time didn't you tell them that you had been |
| 02:35:57 | 2 | paid over -- or not over.  Strike that. |
| 02:36:01 | 3 | Didn't you tell them that you had been paid |
| 02:36:04 | 4 | approximately a million and a half dollars? |
| 02:36:07 | 5 | A.  No.  I said a million to a million and a half. |
| 02:36:10 | 6 | Q.  You said a million to a million and a half? |
| 02:36:16 | 7 | A.  (No response.) |
| 02:36:17 | 8 | Q.  What did you do with a million and a half dollars? |
| 02:36:20 | 9 | A.  Spent it all. |
| 02:36:21 | 10 | Q.  Spent every penny of it? |
| 02:36:24 | 11 | A.  Oh, yeah. |
| 02:36:30 | 12 | Q.  Now, you told us the last delivery you made to Ron Collins |
| 02:36:36 | 13 | was in '07; is that correct? |
| 02:36:38 | 14 | A.  Yes. |
| 02:36:40 | 15 | Q.  (Indicating.) |
| 02:36:41 | 16 | A.  Yes. |
| 02:36:41 | 17 | Q.  When in '07? |
| 02:36:43 | 18 | A.  I really don't recall the month. |
| 02:36:48 | 19 | Q.  Early '07, mid '07, late '07? |
| 02:36:56 | 20 | A.  I'd say mid. |
| 02:36:56 | 21 | Q.  Is that a guess? |
| 02:36:58 | 22 | A.  Yes. |
| 02:37:06 | 23 | Q.  Now, on almost all occasions you've testified about, |
| 02:37:11 | 24 | you've told us that when you met Ron -- when you claimed to |
| 02:37:15 | 25 | have met Ron Collins, you were alone and he was alone, right? |

| | | |
|---|---|---|
| 02:37:18 | 1 | A.  Yes. |
| 02:37:19 | 2 | Q.  So there would be absolutely no witnesses to any of these |
| 02:37:22 | 3 | events, would there? |
| 02:37:23 | 4 | A.  Right. |
| 02:37:29 | 5 | Q.  Now, you told us that you met Ron Collins on one occasion |
| 02:37:36 | 6 | at the Outback steakhouse, correct? |
| 02:37:37 | 7 | A.  Yes. |
| 02:37:37 | 8 | Q.  Was that the first time you ever met Ron Collins? |
| 02:37:44 | 9 | A.  No. |
| 02:37:46 | 10 | Q.  You had met him before that? |
| 02:37:49 | 11 | A.  Yes. |
| 02:37:50 | 12 | Q.  How many times? |
| 02:37:52 | 13 | A.  I don't know.  About twenty times, maybe. |
| 02:37:55 | 14 | Q.  Twenty times before the Outback you had met him -- |
| 02:38:00 | 15 | A.  Yes. |
| 02:38:00 | 16 | Q.  -- correct? |
| 02:38:01 | 17 | A.  Yes. |
| 02:38:02 | 18 | Q.  And you told us that Daniel was with you, correct? |
| 02:38:07 | 19 | A.  Yes. |
| 02:38:09 | 20 | Q.  That's Daniel Torres? |
| 02:38:10 | 21 | A.  Yes. |
| 02:38:10 | 22 | Q.  Are you positive Daniel Torres was with you? |
| 02:38:14 | 23 | A.  Yes. |
| 02:38:14 | 24 | Q.  No doubt in your mind? |
| 02:38:16 | 25 | A.  Yes. |

| | | |
|---|---|---|
| 02:38:17 | 1 | Q.  And that's the only time you saw Ron Collins or delivered |
| 02:38:22 | 2 | drugs to him at the Outback steakhouse? |
| 02:38:25 | 3 | A.  Yes. |
| 02:38:28 | 4 | Q.  And that's with Daniel Torres, correct? |
| 02:38:31 | 5 | A.  Correct. |
| 02:38:31 | 6 | Q.  Not Jorge Llamas? |
| 02:38:33 | 7 | A.  Not Jorge Llamas. |
| 02:38:34 | 8 | Q.  You're positive? |
| 02:38:36 | 9 | A.  Yes. |
| 02:38:37 | 10 | MR. RUBINO:  Thank you.  I have nothing further. |
| 02:38:39 | 11 | THE COURT:  Okay.  Any redirect? |
| 02:38:41 | 12 | MS. RODNEY:  Yes, your Honor, just one moment. |
| 02:38:41 | 13 | - - - |
| 02:38:41 | 14 | CESAR PEREZ, REDIRECT EXAMINATION |
| 02:38:41 | 15 | BY MS. RODNEY: |
| 02:38:52 | 16 | Q.  Mr. Perez, did you carry guns when you delivered cocaine |
| 02:38:55 | 17 | to the customers? |
| 02:38:56 | 18 | A.  No, I did not. |
| 02:38:58 | 19 | Q.  You were asked about your one-million-dollar forfeiture |
| 02:39:03 | 20 | that you agreed to, and you testified that you have not paid |
| 02:39:06 | 21 | that.  Do you understand that you still owe $1 million to the |
| 02:39:11 | 22 | Government? |
| 02:39:11 | 23 | A.  Yes, I do. |
| 02:39:12 | 24 | MS. RODNEY:  Your Honor, may I just have a moment? |
| 02:39:14 | 25 | THE COURT:  Sure. |

| | | |
|---|---|---|
| 02:39:15 | 1 | MS. RODNEY:  I have nothing further.  Thank you. |
| 02:39:16 | 2 | THE COURT:  All right.  Anything on that, Mr. Rubino? |
| 02:39:18 | 3 | MR. RUBINO:  No, ma'am. |
| 02:39:19 | 4 | THE COURT:  Okay, folks.  We'll take our afternoon |
| 02:39:21 | 5 | break.  Thank you. |
| 02:39:32 | 6 | (The jury leaves the courtroom.) |
| 03:12:06 | 7 | (Recess taken.) |
| 03:12:10 | 8 | (The jury enters the courtroom.) |
| 03:12:29 | 9 | THE COURT:  Okay, folks.  Please be seated.  I hope |
| 03:12:32 | 10 | you had a nice break and a great snack to keep you going for |
| 03:12:36 | 11 | the next two hours. |
| 03:12:37 | 12 | So please call your next witness. |
| 03:12:40 | 13 | MS. RODNEY:  Thank you.  The Government calls Robert |
| 03:12:43 | 14 | Gregory. |
| 03:12:43 | 15 | THE COURT:  Okay. |
| 03:12:55 | 16 | (Witness takes the stand.) |
| 03:12:56 | 17 | THE COURT:  Right up here, sir. |
| 03:13:02 | 18 | Please raise your right hand. |
| 03:13:06 | 19 | (The witness was sworn.) |
| 03:13:10 | 20 | THE COURT:  Okay.  Have a seat. |
| 03:13:10 | 21 | - - - |
| 03:13:10 | 22 | ROBERT GREGORY, DIRECT EXAMINATION |
| 03:13:10 | 23 | BY MS. RODNEY: |
| 03:13:18 | 24 | Q.  Mr. Gregory, will you please state and spell your name for |
| 03:13:22 | 25 | the record? |

750

| | | |
|---|---|---|
| 03:13:22 | 1 | A. Robert Gregory, R-o-b-e-r-t G-r-e-g-o-r-y. |
| 03:13:28 | 2 | Q. How old are you, Mr. Gregory? |
| 03:13:30 | 3 | A. 35. |
| 03:13:31 | 4 | Q. And where were you born? |
| 03:13:33 | 5 | A. Milwaukee. |
| 03:13:34 | 6 | Q. Can you make sure to speak into the microphone, please? |
| 03:13:37 | 7 | How far did you go in school? |
| 03:13:40 | 8 | A. GED. |
| 03:13:41 | 9 | Q. Are you currently working? |
| 03:13:43 | 10 | A. Yes. |
| 03:13:44 | 11 | Q. And what do you do? |
| 03:13:46 | 12 | A. Property management. |
| 03:13:47 | 13 | Q. And what does that mean? |
| 03:13:50 | 14 | A. Rehab houses and upkeep of the houses. |
| 03:13:55 | 15 | Q. And how long have you done that type of work? |
| 03:13:58 | 16 | A. Since August of '09. |
| 03:14:03 | 17 | Q. Do you currently live in the Milwaukee area? |
| 03:14:06 | 18 | A. Yes. |
| 03:14:07 | 19 | Q. And how long have you lived there? |
| 03:14:10 | 20 | A. My whole life. |
| 03:14:12 | 21 | Q. Now, turning your attention to January of 2011, did you |
| 03:14:15 | 22 | plead guilty to a federal drug charge? |
| 03:14:18 | 23 | A. Yes. |
| 03:14:19 | 24 | Q. And what did you plead guilty to? |
| 03:14:23 | 25 | A. Conspiracy charge. |

| 03:14:25 | 1 | Q. Conspiracy to do what? |
| 03:14:27 | 2 | A. Sell cocaine. |
| 03:14:30 | 3 | Q. And what else did the conspiracy involve? |
| 03:14:32 | 4 | A. And crack. |
| 03:14:34 | 5 | Q. And what years did your conduct cover that you pleaded |
| 03:14:37 | 6 | guilty to? |
| 03:14:39 | 7 | A. (No response.) |
| 03:14:40 | 8 | Q. What years did your conduct cover that you pleaded guilty |
| 03:14:43 | 9 | to? |
| 03:14:43 | 10 | A. Ten to life. |
| 03:14:46 | 11 | Q. No, that's a different question. |
| 03:14:48 | 12 | You pled guilty to conspiracy to sell drugs, correct? |
| 03:14:52 | 13 | A. Yes. |
| 03:14:52 | 14 | Q. In what period did you sell drugs from, that you pled |
| 03:14:56 | 15 | guilty to? |
| 03:14:57 | 16 | A. '06 to '09. |
| 03:15:02 | 17 | Q. Now, under the terms of your plea agreement, what do you |
| 03:15:04 | 18 | have to do here today? |
| 03:15:05 | 19 | A. Give a truthful testimony. |
| 03:15:08 | 20 | Q. And what do you expect from the Government in return, in |
| 03:15:11 | 21 | exchange for your truthful testimony? |
| 03:15:13 | 22 | A. A downward departure. |
| 03:15:17 | 23 | Q. Now, is that a recommendation you expect the Government to |
| 03:15:19 | 24 | make, in exchange for your cooperation? |
| 03:15:22 | 25 | A. Yes. |

03:15:23  1   Q.  And who would the Government make that recommendation to?

03:15:27  2   A.  The court in Milwaukee.

03:15:31  3   Q.  So to the judge in your case?

03:15:33  4   A.  Yes.

03:15:35  5   Q.  Do you know, as you sit here today, what your sentence

03:15:39  6   will be?

03:15:40  7   A.  No.

03:15:46  8   Q.  Do you have an understanding of what will happen with your

03:15:49  9   agreement with the Government to receive a recommendation for

03:15:52  10  a downward departure, if you lie during your testimony?

03:15:55  11  A.  Yes.

03:15:56  12  Q.  And what is that understanding?

03:15:59  13  A.  There's going to be no recommendation made.

03:16:04  14  Q.  Now, the offense that you pleaded guilty to, do you

03:16:06  15  understand that that offense carries a maximum penalty of life

03:16:10  16  imprisonment?

03:16:11  17  A.  Yes.

03:16:11  18  Q.  And do you know that penalty carries a maximum fine of

03:16:16  19  $4 million?

03:16:17  20  A.  Yes.

03:16:17  21  Q.  Now, I'd like to direct you to the time period --

03:16:20  22  actually, before I go to that.

03:16:21  23          Mr. Gregory, have you used drugs before?

03:16:24  24  A.  Yes.

03:16:25  25  Q.  What type of drugs have you used?

| | | |
|---|---|---|
| 03:16:27 | 1 | A.  Marijuana. |
| 03:16:29 | 2 | Q.  And when did you use marijuana? |
| 03:16:32 | 3 | A.  From '97 to 2009. |
| 03:16:38 | 4 | Q.  What part of 2009? |
| 03:16:39 | 5 | A.  Early 2009. |
| 03:16:41 | 6 | Q.  And how often did you use drugs, marijuana, during that |
| 03:16:45 | 7 | time period? |
| 03:16:46 | 8 | A.  A couple times out of the week. |
| 03:16:49 | 9 | Q.  (Indicating.) |
| 03:16:51 | 10 | A.  A couple times out of the month, a few times a week, a |
| 03:16:55 | 11 | couple times a month. |
| 03:16:56 | 12 | Q.  Did you use drugs regularly between the late '90s and |
| 03:17:00 | 13 | 2009? |
| 03:17:00 | 14 | A.  Periodically, not a lot. |
| 03:17:06 | 15 | Q.  I'm sorry.  I didn't hear you. |
| 03:17:07 | 16 | A.  I used drugs periodically, not every day. |
| 03:17:12 | 17 | Q.  What quantity of marijuana did you use, when you used it? |
| 03:17:15 | 18 | A.  A blunt, a dime bag, however you want to word it. |
| 03:17:20 | 19 | Q.  Okay.  Now, I'd like to direct you to the time period |
| 03:17:23 | 20 | between 2006 and 2009.  Were you working during that time? |
| 03:17:27 | 21 | A.  No. |
| 03:17:28 | 22 | Q.  What did you do to make money? |
| 03:17:32 | 23 | A.  Sold drugs. |
| 03:17:34 | 24 | Q.  What kind of drugs? |
| 03:17:36 | 25 | A.  Cocaine. |

| | | |
|---|---|---|
| 03:17:38 | 1 | Q.  When did you first begin selling cocaine? |
| 03:17:43 | 2 | A.  Late '90s. |
| 03:17:45 | 3 | Q.  And what kind of cocaine were you selling at that time? |
| 03:17:48 | 4 | A.  Crack. |
| 03:17:50 | 5 | Q.  How long did you sell crack cocaine? |
| 03:17:53 | 6 | A.  'Til like around 2002. |
| 03:17:59 | 7 | Q.  And in 2002 what did you begin doing? |
| 03:18:02 | 8 | A.  Started middleman in cocaine. |
| 03:18:07 | 9 | Q.  And when you say middleman in cocaine, explain what that |
| 03:18:10 | 10 | means. |
| 03:18:12 | 11 | A.  I get it from somebody and sell it to someone else. |
| 03:18:18 | 12 | Q.  So you get the cocaine from someone and sell that cocaine |
| 03:18:22 | 13 | to another person? |
| 03:18:23 | 14 | A.  Yes. |
| 03:18:23 | 15 | Q.  And you refer to that as middlemanning? |
| 03:18:26 | 16 | A.  Yes. |
| 03:18:27 | 17 | Q.  And what quantities of cocaine did you middleman? |
| 03:18:31 | 18 | A.  Four and -- four and a half ounces to nine ounces. |
| 03:18:37 | 19 | Q.  And was this powder cocaine or crack cocaine that you |
| 03:18:39 | 20 | middlemanned? |
| 03:18:41 | 21 | A.  Powder. |
| 03:18:43 | 22 | Q.  How often did you do these middlemanning transactions? |
| 03:18:47 | 23 | A.  Whenever someone called me that needed it. |
| 03:18:53 | 24 | Q.  About how often was that? |
| 03:18:56 | 25 | A.  Once every other week. |

| | | |
|---|---|---|
| 03:19:01 | 1 | Q.  Now, at some point did you begin regularly selling cocaine |
| 03:19:04 | 2 | yourself? |
| 03:19:05 | 3 | A.  Yes. |
| 03:19:06 | 4 | Q.  And when did that begin? |
| 03:19:09 | 5 | A.  Like late 2005. |
| 03:19:15 | 6 | Q.  After -- or beginning in late 2005, did you develop your |
| 03:19:19 | 7 | own customer base? |
| 03:19:21 | 8 | A.  Yes. |
| 03:19:21 | 9 | Q.  Approximately how many different customers did you sell |
| 03:19:25 | 10 | cocaine to? |
| 03:19:26 | 11 | A.  Seven. |
| 03:19:29 | 12 | Q.  And where were your customers located? |
| 03:19:31 | 13 | A.  In Milwaukee. |
| 03:19:33 | 14 | Q.  What quantities of cocaine did you sell to your customers? |
| 03:19:44 | 15 | A.  Four and a half ounces to nine ounces at that time. |
| 03:19:46 | 16 | Q.  Did that amount change? |
| 03:19:49 | 17 | A.  Yes. |
| 03:19:49 | 18 | Q.  And to what amount did it change to? |
| 03:19:52 | 19 | A.  It changed up to a half a kilo. |
| 03:19:58 | 20 | Q.  How long did you sell cocaine to your own customers? |
| 03:20:02 | 21 | A.  To early 2009. |
| 03:20:08 | 22 | Q.  And what happened in early 2009?  Did you stop selling |
| 03:20:12 | 23 | cocaine? |
| 03:20:13 | 24 | A.  Yes. |
| 03:20:17 | 25 | Q.  How often did you sell cocaine to your own customers |

| | | |
|---|---|---|
| 03:20:21 | 1 | between late 2005 and early 2009? |
| 03:20:26 | 2 | A.  It varied.  I'll say, if I had to average it out, once a |
| 03:20:35 | 3 | week.  It's different quantities, though. |
| 03:20:39 | 4 | Q.  Could it be more often than once a week or less often? |
| 03:20:43 | 5 | A.  It would be more sometimes. |
| 03:20:45 | 6 | Q.  More frequently than once a week sometimes? |
| 03:20:48 | 7 | A.  Yeah. |
| 03:20:52 | 8 | Q.  And how much did you charge for a half kilogram of cocaine |
| 03:20:55 | 9 | that you sold to your customers? |
| 03:20:58 | 10 | A.  The prices varied too. |
| 03:21:02 | 11 | Q.  Okay.  How much did you charge? |
| 03:21:08 | 12 | A.  About 9500. |
| 03:21:14 | 13 | Q.  Did you sell other quantities, other than a half kilogram? |
| 03:21:19 | 14 | A.  Yes. |
| 03:21:19 | 15 | Q.  What are those quantities? |
| 03:21:22 | 16 | A.  I sold whole kilograms too. |
| 03:21:24 | 17 | Q.  How much did you charge for a whole kilogram? |
| 03:21:29 | 18 | A.  From 22,000 to 32,000. |
| 03:21:37 | 19 | Q.  Approximately how much money did you make each time you |
| 03:21:40 | 20 | sold a kilogram of cocaine to your customers? |
| 03:21:43 | 21 | A.  About a thousand. |
| 03:21:45 | 22 | Q.  Is that per kilogram? |
| 03:21:47 | 23 | A.  Yeah. |
| 03:21:50 | 24 | Q.  Now, during the time period that you sold cocaine to your |
| 03:21:54 | 25 | customers, between late '05 and early 2009, how did you obtain |

| | | |
|---|---|---|
| 03:21:59 | 1 | the cocaine that you sold? |
| 03:22:01 | 2 | A.  I got it from a cocaine supplier in Chicago. |
| 03:22:07 | 3 | Q.  And who was that person? |
| 03:22:09 | 4 | A.  Ron Ron. |
| 03:22:11 | 5 | Q.  Did you get your cocaine from anyone else? |
| 03:22:14 | 6 | A.  Yes. |
| 03:22:15 | 7 | Q.  Was it at that same time period? |
| 03:22:19 | 8 | A.  Later time. |
| 03:22:21 | 9 | Q.  And who was that person? |
| 03:22:23 | 10 | A.  It was another cocaine supplier in Chicago. |
| 03:22:26 | 11 | Q.  And what is that person's name? |
| 03:22:28 | 12 | A.  Twan (phonetic). |
| 03:22:30 | 13 | Q.  And when did you first meet Ron Ron? |
| 03:22:34 | 14 | A.  It was, like, early 2006. |
| 03:22:38 | 15 | Q.  And where were you, when you met Ron Ron? |
| 03:22:41 | 16 | A.  At this car shop. |
| 03:22:43 | 17 | Q.  What is the name of the car shop? |
| 03:22:45 | 18 | A.  Lee. |
| 03:22:48 | 19 | Q.  I'm sorry? |
| 03:22:49 | 20 | A.  Lee's. |
| 03:22:49 | 21 | Q.  And where is that located? |
| 03:22:52 | 22 | A.  On Jefferson and Polk. |
| 03:22:55 | 23 | Q.  In what city is that? |
| 03:22:57 | 24 | A.  Chicago. |
| 03:22:59 | 25 | Q.  And why were you at Lee's that day? |

```
03:23:02   1   A.  Getting some work done to one of my cars.
03:23:05   2   Q.  And what car were you driving that day?
03:23:08   3   A.  A black BMW.
03:23:10   4   Q.  Mr. Gregory, I'm going to hand you two photographs marked
03:23:15   5   Government Exhibit Photo 14 and Government Exhibit Photo 15.
03:23:23   6   Can you take a look at those two exhibits?  You can take them
03:23:30   7   out of the folder.
03:23:38   8         Do you recognize the images -- or the image depicted
03:23:41   9   in Government Exhibit Photo 14?
03:23:44  10   A.  Yes.
03:23:49  11   Q.  And what is it?
03:23:50  12   A.  It's a picture of Lee's.
03:23:53  13   Q.  Is Government Exhibit Photo 14 a true and accurate
03:23:56  14   depiction of Lee's?
03:23:58  15   A.  Yes.
03:23:59  16         MS. RODNEY:  Your Honor, Government moves into
03:24:02  17   evidence Government Exhibit Photo 14.
03:24:03  18         THE COURT:  Okay.  It will be admitted.
03:24:05  19         MS. RODNEY:  And may I publish?
03:24:06  20         THE COURT:  You may.
03:24:20  21   BY MS. RODNEY:
03:24:21  22   Q.  Now, Mr. Gregory, is the image depicted on the screen,
03:24:24  23   Government Exhibit 14, Lee's auto shop, where you met the
03:24:27  24   defendant in early 2006?
03:24:29  25   A.  Yes.
```

| | | |
|---|---|---|
| 03:24:30 | 1 | Q.  And now can you take a look at Government Exhibit Photo 15 |
| 03:24:34 | 2 | in front of you? |
| 03:24:36 | 3 | A.  Yeah. |
| 03:24:38 | 4 | Q.  And what is in Government Exhibit Photo 15? |
| 03:24:41 | 5 | A.  It's a -- |
| 03:24:42 | 6 | Q.  I'm sorry.  Government Exhibit -- I apologize. |
| 03:24:44 | 7 | Government Exhibit Photo 14 is shown on the screen. |
| 03:24:48 | 8 | Can you now turn your attention to the other photograph I've |
| 03:24:51 | 9 | handed you, Government Exhibit Photo 15? |
| 03:24:54 | 10 | What is depicted in Government Exhibit Photo 15? |
| 03:24:57 | 11 | A.  Like a -- an overhead view of Lee's. |
| 03:25:03 | 12 | Q.  And is Government Exhibit Photo 15 a true and accurate |
| 03:25:08 | 13 | depiction of the overhead view of the Lee's auto shop? |
| 03:25:12 | 14 | A.  Yes. |
| 03:25:13 | 15 | MS. RODNEY:  Your Honor, Government moves into |
| 03:25:16 | 16 | evidence Government Exhibit Photo 15. |
| 03:25:17 | 17 | THE COURT:  Okay.  It will be admitted. |
| 03:25:24 | 18 | MS. RODNEY:  And may I publish? |
| 03:25:27 | 19 | THE COURT:  You may. |
| 03:25:28 | 20 | BY MS. RODNEY: |
| 03:25:29 | 21 | Q.  And, Mr. Gregory, can you indicate where on Government |
| 03:25:36 | 22 | Exhibit Photo 15 Lee's is by referring to the street names on |
| 03:25:38 | 23 | the exhibit? |
| 03:25:40 | 24 | A.  It's on Jefferson Street. |
| 03:25:45 | 25 | Q.  And what is the cross street? |

| | | |
|---|---|---|
| 03:25:48 | 1 | A. Polk. |
| 03:25:52 | 2 | Q. Is it at the corner? |
| 03:25:55 | 3 | A. The shop? |
| 03:25:56 | 4 | Q. Yes. |
| 03:25:56 | 5 | A. The shop is in the middle. It's in the middle of the |
| 03:26:00 | 6 | picture. |
| 03:26:02 | 7 | Q. Is this the area in front of the shop? |
| 03:26:05 | 8 | A. Yeah. |
| 03:26:08 | 9 | MS. RODNEY: And for the record, I've just |
| 03:26:09 | 10 | highlighted the lower center portion of Government Exhibit |
| 03:26:12 | 11 | Photo 15. |
| 03:26:13 | 12 | BY MS. RODNEY: |
| 03:26:15 | 13 | Q. Now, how did you meet Ron Ron at Lee's? |
| 03:26:20 | 14 | A. He was buying -- he was buying everybody something to eat. |
| 03:26:28 | 15 | Q. Did he buy you something to eat? |
| 03:26:30 | 16 | A. Yeah, he bought me something to eat. |
| 03:26:32 | 17 | Q. Did you get your food from Ron Ron? |
| 03:26:34 | 18 | A. No, I didn't end up getting the food, but he had bought |
| 03:26:37 | 19 | it. |
| 03:26:37 | 20 | Q. And what happened? Why didn't you get your food? |
| 03:26:40 | 21 | A. It was a mixup in the order or something of that nature. |
| 03:26:45 | 22 | Q. Did Ron Ron say anything to you at Lee's? |
| 03:26:49 | 23 | A. He asked me where I was from, and ... |
| 03:26:53 | 24 | Q. And how did you respond? |
| 03:26:54 | 25 | A. From Milwaukee. |

| | | |
|---|---|---|
| 03:26:55 | 1 | Q. Did Ron Ron say anything else to you? |
| 03:26:58 | 2 | A. He asked me what they was going for up there. |
| 03:27:02 | 3 | Q. And what did you understand Ron Ron to mean when he said |
| 03:27:06 | 4 | that? |
| 03:27:06 | 5 | A. Cocaine. |
| 03:27:10 | 6 | Q. Cocaine. What -- how much cocaine was going for up there? |
| 03:27:14 | 7 | A. How much a key of cocaine was going for up there. |
| 03:27:19 | 8 | Q. And did you respond to his question? |
| 03:27:20 | 9 | A. Yeah. |
| 03:27:22 | 10 | Q. What did you say? |
| 03:27:23 | 11 | A. I said, Like 19. |
| 03:27:25 | 12 | Q. 19 what? |
| 03:27:26 | 13 | A. 19,000. |
| 03:27:28 | 14 | Q. Was that the price of cocaine in Milwaukee at the time? |
| 03:27:31 | 15 | A. That was a good price for it at the time. |
| 03:27:34 | 16 | Q. And did Ron Ron say anything in response to you? |
| 03:27:38 | 17 | A. He said, What if I can get it to you for that same price? |
| 03:27:46 | 18 | Q. And did you say anything back? |
| 03:27:48 | 19 | A. Yeah. I said, That'll be -- That was cool, if he could do |
| 03:27:52 | 20 | it like that. |
| 03:27:53 | 21 | Q. And why did you respond that way? |
| 03:27:55 | 22 | A. Because that was a good price. |
| 03:27:59 | 23 | Q. And what happened next? |
| 03:28:02 | 24 | A. We exchanged numbers. |
| 03:28:05 | 25 | Q. Do you remember what phone number he gave you? |

| | | |
|---|---|---|
| 03:28:08 | 1 | A. Yeah.  414-2 -- 807-1085 number. |
| 03:28:15 | 2 | Q. Was that the phone number he gave you? |
| 03:28:17 | 3 | A. No, he gave me his number. |
| 03:28:19 | 4 | Q. Do you remember what number Ron Ron gave you? |
| 03:28:21 | 5 | A. No, I can't remember the number. |
| 03:28:23 | 6 | Q. What did you do with the number he gave you? |
| 03:28:25 | 7 | A. I stored it in my phone. |
| 03:28:27 | 8 | Q. Under what name did you store it? |
| 03:28:29 | 9 | A. Ron. |
| 03:28:31 | 10 | Q. And in how many phones total did you store the name Ron? |
| 03:28:34 | 11 | A. I stored it probably in several phones. |
| 03:28:39 | 12 | Q. Now, looking around the courtroom, do you see the |
| 03:28:42 | 13 | individual you met at Lee's that day by the name of Ron Ron? |
| 03:28:45 | 14 | A. Yes. |
| 03:28:45 | 15 | Q. Can you point out this person and identify that person by |
| 03:28:48 | 16 | a piece of clothing? |
| 03:28:50 | 17 | A. He is sitting over there with the suit on. |
| 03:28:54 | 18 | Q. Which person? |
| 03:28:55 | 19 | A. The black person. |
| 03:28:58 | 20 | MS. RODNEY:  Your Honor, may the record reflect that |
| 03:29:00 | 21 | the witness has identified the defendant? |
| 03:29:01 | 22 | THE COURT:  It will. |
| 03:29:14 | 23 | BY MS. RODNEY: |
| 03:29:14 | 24 | Q. Mr. Gregory, I'm handing you what's been marked as |
| 03:29:18 | 25 | Government Exhibit Phone 3 and Government Exhibit Phone 4. |

03:29:24  1   Can you take a look at those exhibits -- excuse me --

03:29:27  2   Government Exhibit Phone 2 and Government Exhibit Phone -- I'm

03:29:30  3   sorry, your Honor.  I gave the witness the wrong exhibit.

03:29:33  4            THE COURT:  That's fine.  Go ahead and give him a

03:29:35  5   different one.

03:29:45  6   BY MS. RODNEY:

03:29:47  7   Q.  Mr. Gregory, I've handed you what's been marked as

03:29:50  8   Government Exhibit Phone 2 and Government Exhibit Phone 3.  Do

03:29:54  9   you recognize those exhibits?

03:29:55  10  A.  Yes.

03:29:56  11  Q.  And what are they?

03:29:58  12  A.  They are two of my old phones.

03:30:01  13  Q.  How do you recognize them as your old phones?

03:30:06  14  A.  Because I had powered them up and went through them.

03:30:09  15  Q.  And did you initial the exhibits after you looked through

03:30:12  16  them?

03:30:12  17  A.  Yes.

03:30:13  18  Q.  And are your initials reflected on the exhibit stickers on

03:30:18  19  Government Exhibit Phone 2 and Government Exhibit Phone 3?

03:30:21  20  A.  Yes.

03:30:21  21  Q.  When you looked through the phones, did you look through

03:30:25  22  the phonebook?

03:30:26  23  A.  Yes.

03:30:26  24  Q.  And whose name is included in the phonebook?

03:30:29  25  A.  Ron.

| | | |
|---|---|---|
| 03:30:31 | 1 | Q. Now, what phone numbers are associated with Government |
| 03:30:35 | 2 | Exhibit Phone 2 and Government Exhibit Phone 3? |
| 03:30:36 | 3 | A. The (414) 807-1085 number. |
| 03:30:42 | 4 | Q. Both phones have the same phone number? |
| 03:30:44 | 5 | A. Yes. |
| 03:30:44 | 6 | Q. Did you use both phones at the same time? |
| 03:30:47 | 7 | A. No. |
| 03:30:49 | 8 | Q. When did you use those phones? |
| 03:30:56 | 9 | A. '06 and '07. |
| 03:31:00 | 10 | Q. And the name Ron that you found in the phonebook, does |
| 03:31:05 | 11 | that refer to the defendant? |
| 03:31:06 | 12 | A. Yes. |
| 03:31:07 | 13 | Q. Now, do Government Exhibit Phone 2 and Government Exhibit |
| 03:31:11 | 14 | Phone 3 appear to be in substantially the same condition as |
| 03:31:13 | 15 | when you first used them? |
| 03:31:15 | 16 | A. Yeah. |
| 03:31:16 | 17 | MS. RODNEY: Your Honor, the Government moves into |
| 03:31:18 | 18 | evidence Government Exhibit Phone 2 and Phone 3. |
| 03:31:21 | 19 | THE COURT: Okay. They will be admitted. |
| 03:31:25 | 20 | BY MS. RODNEY: |
| 03:31:26 | 21 | Q. Now, Mr. Gregory, returning to your first meeting with Ron |
| 03:31:29 | 22 | Ron, the defendant, at Lee's, was the defendant in a car at |
| 03:31:34 | 23 | the time? |
| 03:31:34 | 24 | A. Yes. |
| 03:31:35 | 25 | Q. And what kind of car did you see him in? |

| | | |
|---|---|---|
| 03:31:38 | 1 | A.  He had like a pearl A8 Audi. |
| 03:31:45 | 2 | Q.  After you met the defendant that day, did you see him |
| 03:31:48 | 3 | again? |
| 03:31:49 | 4 | A.  Yeah. |
| 03:31:51 | 5 | Q.  Did you speak to him again after that day? |
| 03:31:53 | 6 | A.  Yes. |
| 03:31:54 | 7 | Q.  And when did you speak to him? |
| 03:31:57 | 8 | A.  I called him the next day. |
| 03:31:59 | 9 | Q.  How did you contact him? |
| 03:32:01 | 10 | A.  With the phone number he gave me. |
| 03:32:05 | 11 | Q.  And what was the number of -- the cellphone number -- what |
| 03:32:08 | 12 | was your cellphone number that you used to contact Ron Ron? |
| 03:32:11 | 13 | A.  The (414) 804-8710 number. |
| 03:32:17 | 14 | Q.  And where were you calling the defendant from? |
| 03:32:18 | 15 | A.  In Milwaukee. |
| 03:32:19 | 16 | Q.  What did you say to the defendant during that |
| 03:32:21 | 17 | conversation? |
| 03:32:24 | 18 | A.  I was seeing what was up. |
| 03:32:29 | 19 | Q.  And what did he say to you in response? |
| 03:32:31 | 20 | A.  When could I meet him at the shop. |
| 03:32:34 | 21 | Q.  What did you say? |
| 03:32:37 | 22 | A.  I think I said -- I think I said, Right now. |
| 03:32:41 | 23 | Q.  Did you go meet the defendant at the shop? |
| 03:32:44 | 24 | A.  Yes. |
| 03:32:44 | 25 | Q.  And did you understand him to be referring to Lee's? |

03:32:47  1   A.  Yes.

03:32:50  2   Q.  When did you meet the defendant at Lee's?

03:32:52  3   A.  I think the day that I talked to him, like in the early --

03:32:57  4   in the -- it's the later afternoon.  It was still light

03:33:02  5   outside, later afternoon.

03:33:04  6   Q.  Did you drive down to Chicago to meet the defendant?

03:33:06  7   A.  Yes.

03:33:08  8   Q.  And did you meet the defendant at Lee's?

03:33:10  9   A.  Yes.

03:33:11  10  Q.  And how was the defendant dressed during that meeting?

03:33:15  11  A.  I don't remember exactly what he had on, but he got -- it

03:33:22  12  was a nice jewelry.

03:33:24  13  Q.  What kind of jewelry?

03:33:25  14  A.  It looked like platinum and white diamonds.

03:33:28  15  Q.  Where, what kind of --

03:33:31  16  A.  I think a chain and a bracelet.

03:33:35  17  Q.  Was anyone else with you when you met the defendant at

03:33:40  18  Lee's that day?

03:33:40  19  A.  No.

03:33:40  20  Q.  What happened when you met him at Lee's?

03:33:43  21  A.  Told me to jump in with him.

03:33:45  22  Q.  Jump in what?

03:33:47  23  A.  His car.

03:33:48  24  Q.  And what kind of car was that?

03:33:49  25  A.  He had a silver BMW 645.

767

| | | |
|---|---|---|
| 03:33:55 | 1 | Q. Did you get in the car with him? |
| 03:33:56 | 2 | A. Yeah. |
| 03:33:57 | 3 | Q. Where did you all go? |
| 03:33:58 | 4 | A. To some restaurant. |
| 03:34:00 | 5 | Q. In the Chicago area? |
| 03:34:02 | 6 | A. Yeah. |
| 03:34:04 | 7 | Q. And what happened at the restaurant? |
| 03:34:07 | 8 | A. We met up with some other guys. |
| 03:34:09 | 9 | Q. How many other guys? |
| 03:34:11 | 10 | A. Two. |
| 03:34:12 | 11 | Q. Do you know their names? |
| 03:34:15 | 12 | A. I think one was Rio, and I don't know the other one's |
| 03:34:20 | 13 | name. |
| 03:34:20 | 14 | Q. Did you eat at the restaurant with the defendant? |
| 03:34:22 | 15 | A. Yes. |
| 03:34:23 | 16 | Q. And what happened when you all ate? |
| 03:34:27 | 17 | A. You know, we just talked and he introduced me to the other |
| 03:34:32 | 18 | two guys. |
| 03:34:33 | 19 | Q. And who paid for dinner? |
| 03:34:35 | 20 | A. He did. |
| 03:34:36 | 21 | Q. And how did he -- who is he? Excuse me. |
| 03:34:38 | 22 | A. Ron Ron paid. |
| 03:34:39 | 23 | Q. And how did -- did he pay for everyone at dinner? |
| 03:34:43 | 24 | A. I think so. |
| 03:34:44 | 25 | Q. And how did he pay? |

| | | |
|---|---|---|
| 03:34:45 | 1 | A.  Cash. |
| 03:34:46 | 2 | Q.  What happened after dinner? |
| 03:34:50 | 3 | A.  We separated from the other two guys and went back to my |
| 03:34:57 | 4 | car. |
| 03:34:58 | 5 | Q.  And where was your car? |
| 03:34:59 | 6 | A.  At Lee's. |
| 03:35:01 | 7 | Q.  And what happened when you got back to your car? |
| 03:35:05 | 8 | A.  He had asked me like what was I willing to spend, what did |
| 03:35:14 | 9 | I have to spend. |
| 03:35:15 | 10 | Q.  And where were you when you had the conversation with the |
| 03:35:18 | 11 | defendant? |
| 03:35:18 | 12 | A.  We were still in his car in front -- |
| 03:35:21 | 13 | Q.  Back at Lee's? |
| 03:35:22 | 14 | A.  Yeah. |
| 03:35:22 | 15 | Q.  And were you parked somewhere? |
| 03:35:24 | 16 | A.  Like across the street. |
| 03:35:26 | 17 | Q.  Across the street from where? |
| 03:35:28 | 18 | A.  Lee's. |
| 03:35:30 | 19 | Q.  And what did the defendant say to you during that |
| 03:35:33 | 20 | conversation? |
| 03:35:34 | 21 | A.  He said like what am I -- like how-much-do-I-want-to- |
| 03:35:40 | 22 | spend-type of stuff. |
| 03:35:41 | 23 | Q.  And what did you understand him to be referring to? |
| 03:35:43 | 24 | A.  Like to the cocaine. |
| 03:35:48 | 25 | Q.  To do what with cocaine? |

| | | |
|---|---|---|
| 03:35:50 | 1 | A.  To -- how much to -- like, what was I going to buy it for. |
| 03:35:55 | 2 | Q.  And what did you say to the defendant? |
| 03:35:57 | 3 | A.  I told him I wasn't really getting any but nine ounces at |
| 03:36:03 | 4 | the time and my money was kind of funny. |
| 03:36:06 | 5 | Q.  And did the defendant say anything back to you? |
| 03:36:09 | 6 | A.  He just told me to wait right here. |
| 03:36:11 | 7 | Q.  And what happened next? |
| 03:36:12 | 8 | A.  He left. |
| 03:36:13 | 9 | Q.  Did the defendant come back? |
| 03:36:15 | 10 | A.  Yeah. |
| 03:36:17 | 11 | Q.  About how much time passed before he came back? |
| 03:36:19 | 12 | A.  Fifteen, twenty minutes. |
| 03:36:22 | 13 | Q.  And what happened when the defendant returned? |
| 03:36:25 | 14 | A.  He came back with -- with nine ounces. |
| 03:36:28 | 15 | Q.  Nine ounces of what? |
| 03:36:30 | 16 | A.  Cocaine. |
| 03:36:31 | 17 | Q.  And how was the nine ounces of cocaine packaged that the |
| 03:36:34 | 18 | defendant brought back? |
| 03:36:35 | 19 | A.  In plastic. |
| 03:36:38 | 20 | Q.  Did he give the cocaine to you? |
| 03:36:41 | 21 | A.  Yes. |
| 03:36:42 | 22 | Q.  Did he say anything when he gave you the cocaine? |
| 03:36:45 | 23 | A.  He told me -- he's like it -- he giving it to me.  You |
| 03:36:55 | 24 | know, he didn't really know me, so he's like -- it really |
| 03:36:58 | 25 | ain't nothing to him.  I can burn my own bridges, if I want |

| | | |
|---|---|---|
| 03:37:02 | 1 | to. |
| 03:37:02 | 2 | Q. Did you take the cocaine from the defendant? |
| 03:37:04 | 3 | A. Oh, yeah. |
| 03:37:05 | 4 | Q. Did you say anything to respond to him telling you that? |
| 03:37:10 | 5 | A. Did I say anything? |
| 03:37:11 | 6 | Q. Yes. |
| 03:37:12 | 7 | A. No, I ain't say nothing. |
| 03:37:14 | 8 | Q. What happened after the defendant gave you the nine |
| 03:37:16 | 9 | ounces? |
| 03:37:17 | 10 | A. I got back in my car. |
| 03:37:19 | 11 | Q. And where did you go? |
| 03:37:20 | 12 | A. To Milwaukee. |
| 03:37:21 | 13 | Q. Where did you put the cocaine that the defendant gave you? |
| 03:37:24 | 14 | A. In the tuck spot. |
| 03:37:27 | 15 | Q. And what is a tuck spot? |
| 03:37:29 | 16 | A. A little secret place where the police don't find it. |
| 03:37:32 | 17 | Q. Find what? |
| 03:37:33 | 18 | A. The cocaine. |
| 03:37:34 | 19 | Q. And what kind of car were you driving that day? |
| 03:37:36 | 20 | A. An Audi. |
| 03:37:40 | 21 | Q. Did you pay the defendant for the nine ounces of cocaine |
| 03:37:43 | 22 | he gave you that day? |
| 03:37:45 | 23 | A. When I came back to Chicago. |
| 03:37:51 | 24 | Q. Now, when the defendant told you -- when he gave you the |
| 03:37:54 | 25 | cocaine that you could burn your own bridges, what did you |

| | | |
|---|---|---|
| 03:37:58 | 1 | understand that to mean? |
| 03:37:59 | 2 | A.  That -- you know, like he saying that, like, either you |
| 03:38:07 | 3 | can run off with the money, if you want to, or bring it back. |
| 03:38:12 | 4 | Burn your own bridges, like, running off with the money. |
| 03:38:15 | 5 | Q.  Did the defendant give you money to run off with? |
| 03:38:18 | 6 | A.  No.  But run off with the cocaine. |
| 03:38:21 | 7 | Q.  And you ultimately paid the defendant for those nine |
| 03:38:23 | 8 | ounces? |
| 03:38:24 | 9 | A.  Yeah. |
| 03:38:25 | 10 | Q.  And when did you pay him for it? |
| 03:38:27 | 11 | A.  I think the next day. |
| 03:38:28 | 12 | Q.  Had you sold the cocaine? |
| 03:38:30 | 13 | A.  Yeah. |
| 03:38:32 | 14 | Q.  Where did you meet the defendant to give him the money? |
| 03:38:36 | 15 | A.  At Lee's. |
| 03:38:38 | 16 | Q.  So you returned to Chicago to give the defendant the |
| 03:38:42 | 17 | money? |
| 03:38:42 | 18 | A.  Yes. |
| 03:38:43 | 19 | Q.  Was anyone with the defendant at that time when you met |
| 03:38:45 | 20 | him? |
| 03:38:47 | 21 | A.  No, I don't think so. |
| 03:38:49 | 22 | Q.  How much money did you give the defendant for the nine |
| 03:38:51 | 23 | ounces? |
| 03:38:55 | 24 | A.  If -- 9500, around there.  I think he gave it to me for |
| 03:39:04 | 25 | 19, so around that. |

772

03:39:05  1  Q.  And do you know how many grams is in nine ounces?

03:39:08  2  A.  250.

03:39:11  3  Q.  Did you say anything to the defendant when you gave him

03:39:14  4  the money for the nine ounces?

03:39:17  5  A.  Nothing than I wanted another nine ounces.

03:39:23  6  Q.  And did the defendant accept the money from you?

03:39:25  7  A.  Yeah.

03:39:26  8  Q.  And what did he do after he took your money?

03:39:28  9  A.  He left again.

03:39:29  10  Q.  Did he come back that same day?

03:39:32  11  A.  Yes.

03:39:32  12  Q.  Did he have anything with him?

03:39:34  13  A.  Yes.

03:39:34  14  Q.  What?

03:39:35  15  A.  Another nine ounces.

03:39:37  16  Q.  Of cocaine?

03:39:38  17  A.  Yes.

03:39:38  18  Q.  Did he give that cocaine to you?

03:39:41  19  A.  Yes.

03:39:41  20  Q.  Did he say anything to you when he gave it to you?

03:39:45  21  A.  Be careful about -- because I had some tint on my car.

03:39:51  22  Q.  And what car were you driving during that meeting?

03:39:53  23  A.  I think the next day I had the Audi.

03:39:56  24  Q.  You had tint on your Audi car?

03:40:00  25  A.  Yeah.

03:40:00    1    Q.  Referring to the windows?

03:40:01    2    A.  Yeah, the window tint.

03:40:02    3    Q.  What did he say about the window tint?

03:40:05    4    A.  You know, the police will pull you over for the tint.

03:40:07    5    Q.  What did you say in response?

03:40:09    6    A.  I told him that, Yeah, I knew that.  I told him that I

03:40:13    7    knew that.

03:40:14    8    Q.  After you took the cocaine from the defendant, what did

03:40:18    9    you do?

03:40:18    10    A.  I came back to Milwaukee.

03:40:20    11    Q.  Did you see the defendant again after that second meeting?

03:40:23    12    A.  Yes.

03:40:24    13    Q.  Approximately how much time passed before you saw the

03:40:27    14    defendant again?

03:40:28    15    A.  Like, two days that time.

03:40:30    16    Q.  And why did you meet the defendant again?

03:40:33    17    A.  To get more cocaine.

03:40:36    18    Q.  Had you sold the nine ounces you received that second

03:40:39    19    time?

03:40:41    20    A.  Yes.

03:40:42    21    Q.  How was that meeting set up, the third meeting?

03:40:47    22    A.  He told me to come to the shop again.

03:40:50    23    Q.  Did you talk to the defendant by phone?

03:40:52    24    A.  Yes.

03:40:53    25    Q.  Did you call the defendant or did he call you?

03:40:55  1   A.  I called.

03:40:58  2   Q.  And did you return to Lee's to meet the defendant that

03:41:02  3   third time?

03:41:02  4   A.  Yeah.

03:41:03  5   Q.  Was anyone else present with the defendant at that

03:41:06  6   meeting?

03:41:10  7   A.  I don't think nobody was present with him, just the people

03:41:13  8   at Lee's.  You know, nobody was there.

03:41:18  9   Q.  And describe what happened at that third meeting.

03:41:21  10  A.  The third meeting.  I think after the third meeting ...

03:41:27  11  Q.  At the third meeting what happened?

03:41:29  12  A.  At the third meeting?  I think I asked him for more than

03:41:37  13  nine ounces.

03:41:38  14  Q.  Did you receive anything from the defendant at that

03:41:41  15  meeting?

03:41:41  16  A.  I think I received -- I think I received the nine ounces,

03:41:48  17  though.

03:41:48  18  Q.  Did you give anything to the defendant at that meeting?

03:41:50  19  A.  The money from the previous nine ounces.

03:41:55  20  Q.  And what did you do after you received the nine ounces

03:41:58  21  from the defendant that time?

03:42:01  22  A.  Came back to Milwaukee.

03:42:02  23  Q.  Did you sell the cocaine?

03:42:04  24  A.  Yes.

03:42:05  25  Q.  Did you continue to purchase cocaine from the defendant

| | | |
|---|---|---|
| 03:42:08 | 1 | after that third meeting? |
| 03:42:10 | 2 | A. Yes. |
| 03:42:12 | 3 | Q. Approximately how long did you continue to buy cocaine |
| 03:42:16 | 4 | from the defendant? |
| 03:42:18 | 5 | A. 'Til early '09. |
| 03:42:24 | 6 | Q. Approximately, how often did you buy cocaine from the |
| 03:42:27 | 7 | defendant between early 2006 and early 2009? |
| 03:42:30 | 8 | A. Times varied, but like once every week or two. |
| 03:42:38 | 9 | Q. How did you contact the defendant to get cocaine from him? |
| 03:42:42 | 10 | A. By phone. |
| 03:42:43 | 11 | Q. Did you use the same phone to contact the defendant each |
| 03:42:47 | 12 | time? |
| 03:42:49 | 13 | A. No. |
| 03:42:50 | 14 | Q. Did you use more than one phone to contact the defendant? |
| 03:42:53 | 15 | A. Yes. |
| 03:42:53 | 16 | Q. Approximately how many different cellphones did you use to |
| 03:42:57 | 17 | contact the defendant? |
| 03:42:58 | 18 | A. Like, seven. |
| 03:43:01 | 19 | Q. Over what period of time did you use those seven phones? |
| 03:43:05 | 20 | A. Like from '06 to '09. |
| 03:43:07 | 21 | Q. Who gave you the cellphones that you used to contact the |
| 03:43:11 | 22 | defendant? |
| 03:43:11 | 23 | A. Ron Ron. |
| 03:43:17 | 24 | Q. And where were you when he gave you the cellphones? |
| 03:43:21 | 25 | A. I was different places, sometimes at Lee's, sometimes he |

| | | |
|---|---|---|
| 03:43:30 | 1 | gave them to me when we went to the store together. |
| 03:43:33 | 2 | Q. What kind of store? |
| 03:43:34 | 3 | A. A phone store. |
| 03:43:35 | 4 | Q. Approximately when did the defendant begin giving you |
| 03:43:38 | 5 | cellphones? |
| 03:43:40 | 6 | A. Like, around the next month after I had met him. |
| 03:43:44 | 7 | Q. 2006? |
| 03:43:46 | 8 | A. Yeah. |
| 03:43:50 | 9 | Q. What happened the first time the defendant gave you a |
| 03:43:52 | 10 | cellphone? |
| 03:43:56 | 11 | A. He told me to call him on the phone that he gave me. |
| 03:44:02 | 12 | Q. Explain how you got the phone from the defendant that |
| 03:44:05 | 13 | first time. |
| 03:44:06 | 14 | A. The first time I think -- I think we went to a phone store |
| 03:44:14 | 15 | and he bought a phone, and he gave it to me. And I think he |
| 03:44:21 | 16 | bought a phone for hisself also. |
| 03:44:26 | 17 | Q. How did you know what number to contact the defendant, |
| 03:44:30 | 18 | when he gave you this phone? |
| 03:44:32 | 19 | A. He would lock the number in hisself from the phone that he |
| 03:44:38 | 20 | had. He would lock his number in my phone. |
| 03:44:42 | 21 | Q. And when you say lock, do you mean he put his number in |
| 03:44:46 | 22 | your phone? |
| 03:44:47 | 23 | A. Yeah. |
| 03:44:48 | 24 | Q. And how did he program his number in your phone, under |
| 03:44:52 | 25 | what name? |

| | | |
|---|---|---|
| 03:44:52 | 1 | A.  Two Rs. |
| 03:45:00 | 2 | Q.  Did you get the defendant's phone number in any other way |
| 03:45:05 | 3 | when he gave you a phone? |
| 03:45:06 | 4 | A.  Yeah, sometimes he'll take the battery off -- the battery |
| 03:45:10 | 5 | cover off the back and put it on, and we'll swap battery |
| 03:45:15 | 6 | cover. |
| 03:45:15 | 7 | Q.  The battery cover off the back of what? |
| 03:45:17 | 8 | A.  Off the back of the phones. |
| 03:45:19 | 9 | Q.  Your phone or his phone? |
| 03:45:20 | 10 | A.  Both phones. |
| 03:45:22 | 11 | Q.  And where did he do this? |
| 03:45:24 | 12 | A.  At the phone store. |
| 03:45:26 | 13 | Q.  And what was on the battery cover? |
| 03:45:29 | 14 | A.  At the phone store they put the number of the phone on the |
| 03:45:32 | 15 | little sticky piece of paper and they glue the number -- with |
| 03:45:36 | 16 | the number of that phone on it. |
| 03:45:38 | 17 | Q.  And you switched battery covers with the defendant? |
| 03:45:41 | 18 | A.  Yeah. |
| 03:45:42 | 19 | Q.  How often did the defendant give you a new cellphone? |
| 03:45:46 | 20 | A.  Whenever he felt that we was using the phone too much. |
| 03:45:51 | 21 | Q.  How often was that? |
| 03:45:54 | 22 | A.  Every couple months or something. |
| 03:45:59 | 23 | Q.  Did the defendant program his number in each new phone |
| 03:46:03 | 24 | that he gave you? |
| 03:46:04 | 25 | A.  No. |

| | | |
|---|---|---|
| 03:46:05 | 1 | Q.  How did you get the number in your phone, if he didn't do |
| 03:46:09 | 2 | it? |
| 03:46:11 | 3 | A.  What I would do? |
| 03:46:12 | 4 | Q.  If the defendant did not program the number in your phone, |
| 03:46:15 | 5 | how did you get the number in your phone? |
| 03:46:17 | 6 | A.  I would program it in there. |
| 03:46:19 | 7 | Q.  And under what name did you store the defendant's number |
| 03:46:21 | 8 | in your phone? |
| 03:46:22 | 9 | A.  R-R. |
| 03:46:24 | 10 | Q.  Now, other than talking to the defendant by phone, how |
| 03:46:27 | 11 | else did you communicate with him? |
| 03:46:29 | 12 | A.  Texts. |
| 03:46:31 | 13 | Q.  Is that a text message? |
| 03:46:34 | 14 | A.  Yeah. |
| 03:46:34 | 15 | Q.  How frequently did you text the defendant? |
| 03:46:40 | 16 | A.  Once every week or two. |
| 03:46:46 | 17 | Q.  Did you text and talk to the defendant at the same time? |
| 03:46:49 | 18 | A.  No. |
| 03:46:51 | 19 | Q.  When did you talk to the defendant by phone? |
| 03:46:55 | 20 | A.  When I called him from my 807 number. |
| 03:46:59 | 21 | Q.  And when did you begin texting the defendant? |
| 03:47:04 | 22 | A.  Like, a few -- like, a month after I met him, when I got |
| 03:47:08 | 23 | the different phone -- I started texting him -- I called him |
| 03:47:13 | 24 | on the phone first, texting him, like, four months after that. |
| 03:47:18 | 25 | Q.  And did you continue to text the defendant after that |

| | | |
|---|---|---|
| 03:47:21 | 1 | time? |
| 03:47:21 | 2 | A.  Yeah. |
| 03:47:23 | 3 | Q.  And what was the purpose of you exchanging text messages |
| 03:47:25 | 4 | with the defendant? |
| 03:47:27 | 5 | A.  To tell him that I was finished. |
| 03:47:30 | 6 | Q.  Finished doing what? |
| 03:47:32 | 7 | A.  With the cocaine that I had. |
| 03:47:40 | 8 | Q.  Now, I'm going to show you what's been marked as |
| 03:47:42 | 9 | Government Exhibit Phone 4.  Do you recognize that exhibit, |
| 03:47:52 | 10 | Mr. Gregory? |
| 03:47:53 | 11 | A.  Yeah. |
| 03:47:54 | 12 | Q.  And what is it? |
| 03:47:55 | 13 | A.  It's a phone. |
| 03:47:58 | 14 | Q.  How do you recognize the exhibit? |
| 03:48:01 | 15 | A.  Because I signed the exhibit. |
| 03:48:06 | 16 | Q.  Whose phone is it? |
| 03:48:07 | 17 | A.  It's mine. |
| 03:48:09 | 18 | Q.  And how did you recognize it as your phone? |
| 03:48:11 | 19 | A.  Went through the -- powered it up and went through the |
| 03:48:15 | 20 | call log. |
| 03:48:16 | 21 | Q.  And did you recognize items when you looked through the |
| 03:48:18 | 22 | call log? |
| 03:48:19 | 23 | A.  Yes. |
| 03:48:19 | 24 | Q.  And did you sign the exhibit sticker after you reviewed |
| 03:48:22 | 25 | the contents of the phone? |

| | | |
|---|---|---|
| 03:48:24 | 1 | A.  Yes. |
| 03:48:25 | 2 | Q.  What did you use that phone for? |
| 03:48:28 | 3 | A.  Texting. |
| 03:48:29 | 4 | Q.  To text who? |
| 03:48:30 | 5 | A.  Ron. |
| 03:48:34 | 6 | Q.  Whose name is stored in that phone? |
| 03:48:36 | 7 | A.  Ron Ron. |
| 03:48:37 | 8 | Q.  How is it stored? |
| 03:48:38 | 9 | A.  With two Rs. |
| 03:48:41 | 10 | Q.  Does Government Exhibit Phone 4 appear to be in |
| 03:48:45 | 11 | substantially the same condition as it was when you used it? |
| 03:48:49 | 12 | A.  Yes. |
| 03:48:49 | 13 | MS. RODNEY:  Your Honor, Government moves into |
| 03:48:51 | 14 | evidence Government Exhibit Phone 4. |
| 03:48:53 | 15 | THE COURT:  Okay.  It will be admitted. |
| 03:48:55 | 16 | BY MS. RODNEY: |
| 03:48:55 | 17 | Q.  How did you get Government Exhibit Phone 4? |
| 03:48:58 | 18 | A.  He gave it to me. |
| 03:49:00 | 19 | Q.  Who are you referring to? |
| 03:49:01 | 20 | A.  Ron Ron gave it to me. |
| 03:49:04 | 21 | Q.  And where were you when he gave you that phone? |
| 03:49:07 | 22 | A.  In Chicago. |
| 03:49:09 | 23 | Q.  Where in Chicago? |
| 03:49:10 | 24 | A.  At a phone store. |
| 03:49:13 | 25 | Q.  And do you see a sticker on the back of that phone? |

| | | |
|---|---|---|
| 03:49:16 | 1 | A. Yes. |
| 03:49:17 | 2 | Q. Do you recognize that sticker? |
| 03:49:20 | 3 | A. Yes. |
| 03:49:21 | 4 | Q. And who put that sticker on the phone? |
| 03:49:23 | 5 | A. Probably the phone store. |
| 03:49:25 | 6 | Q. And what does that sticker say? |
| 03:49:28 | 7 | A. (708) 566-7482. |
| 03:49:36 | 8 | Q. And is that your phone number? |
| 03:49:38 | 9 | A. Probably not, no. |
| 03:49:41 | 10 | Q. Would you need your own phone number on the back of your |
| 03:49:46 | 11 | phone? |
| 03:49:46 | 12 | A. Not this phone, no. |
| 03:49:49 | 13 | Q. Do you know whose phone number that is? |
| 03:49:51 | 14 | A. It's -- it has to be Ron Ron's phone number. |
| 03:49:59 | 15 | Q. Now, when you're at the phone store with the defendant, |
| 03:50:02 | 16 | other than obtaining cellphones, did you get anything else |
| 03:50:05 | 17 | from the cellphone store? |
| 03:50:09 | 18 | A. Like SIM cards. |
| 03:50:12 | 19 | Q. What is a SIM card? |
| 03:50:14 | 20 | A. It's the little cards you put in the phone to change the |
| 03:50:18 | 21 | number. |
| 03:50:19 | 22 | Q. Were you with the defendant when you got these SIM cards? |
| 03:50:22 | 23 | A. Sometimes. |
| 03:50:23 | 24 | Q. Did you buy the SIM cards or did the defendant buy them? |
| 03:50:27 | 25 | A. The defendant. |

| | | |
|---|---|---|
| 03:50:28 | 1 | Q. And what information is stored on the SIM card? |
| 03:50:33 | 2 | A. Like contacts and text messages and stuff like that. |
| 03:50:39 | 3 | Q. And did the defendant give you the SIM cards he bought at |
| 03:50:42 | 4 | the store, when you were with him? |
| 03:50:44 | 5 | A. Yeah. |
| 03:50:45 | 6 | Q. How often did the defendant give you SIM cards? |
| 03:50:48 | 7 | A. Every couple months or whatever. |
| 03:50:51 | 8 | Q. And why did you accept these SIM cards from the defendant? |
| 03:50:56 | 9 | A. Because it was the means of communicating with him. |
| 03:51:00 | 10 | Q. What did you do with the SIM card, once you received a new |
| 03:51:04 | 11 | one? What did you do with the old SIM card, once you received |
| 03:51:07 | 12 | a new one from the defendant? |
| 03:51:08 | 13 | A. I put them in the -- in a drawer. |
| 03:51:13 | 14 | Q. Where? |
| 03:51:14 | 15 | A. At my mother's house. |
| 03:51:16 | 16 | Q. And in what room in your mother's house? |
| 03:51:19 | 17 | A. In an upstairs room. |
| 03:51:21 | 18 | Q. So you would leave old SIM cards at your mother's house? |
| 03:51:26 | 19 | A. Yes. |
| 03:51:35 | 20 | Q. Now, did you always meet the defendant at Lee's, when you |
| 03:51:38 | 21 | bought cocaine from him? |
| 03:51:40 | 22 | A. No. |
| 03:51:41 | 23 | Q. What other locations did you meet the defendant? |
| 03:51:45 | 24 | A. I met him in Dalton, on Wabash, some street, Wabash, and |
| 03:51:54 | 25 | other little places around Lee's. |

| | | |
|---|---|---|
| 03:51:58 | 1 | Q. And are those places all in Chicago? |
| 03:52:02 | 2 | A. Yes. |
| 03:52:04 | 3 | Q. When did you start meeting the defendant in Dalton? |
| 03:52:15 | 4 | A. It had to be around five months after I met him. |
| 03:52:20 | 5 | Q. And where in Dalton did you meet the defendant? |
| 03:52:22 | 6 | A. I think like 147th by a little car wash thing. |
| 03:52:29 | 7 | Q. Can you make sure you speak into the microphone, |
| 03:52:32 | 8 | Mr. Gregory. I cannot hear you. |
| 03:52:33 | 9 | A. By 147 at this little car wash. |
| 03:52:37 | 10 | Q. And what happened when you met the defendant on 147th at |
| 03:52:41 | 11 | the car wash? |
| 03:52:42 | 12 | A. I would bring him the money for the cocaine. |
| 03:52:46 | 13 | Q. At the car wash? |
| 03:52:48 | 14 | A. Yes. |
| 03:52:49 | 15 | Q. Did you meet the defendant any other places in Dalton? |
| 03:52:53 | 16 | A. (Indicating.) |
| 03:52:54 | 17 | Q. Did you meet the defendant in any other places in Dalton? |
| 03:52:58 | 18 | A. Yeah, like an apartment complex and a coloring [sic] store |
| 03:53:01 | 19 | before. |
| 03:53:05 | 20 | Q. How long did you meet the defendant in the Dalton area? |
| 03:53:09 | 21 | A. We met in Dalton for almost, like, a year. |
| 03:53:14 | 22 | Q. How did you know where to meet the defendant in Dalton? |
| 03:53:17 | 23 | A. He told me. |
| 03:53:18 | 24 | Q. How did he tell you? |
| 03:53:22 | 25 | A. He -- I think I followed him there the first time, I |

| | | |
|---|---|---|
| 03:53:29 | 1 | think, yeah. |
| 03:53:31 | 2 | Q.  And what route did you take to get to Dalton? |
| 03:53:34 | 3 | A.  You go through downtown Chicago, and then you go left the |
| 03:53:41 | 4 | Indiana way, and then you go left, and then it curves back |
| 03:53:46 | 5 | south. |
| 03:53:47 | 6 | Q.  Did you travel on an expressway or by streets to get to |
| 03:53:50 | 7 | Dalton? |
| 03:53:51 | 8 | A.  Expressway. |
| 03:53:52 | 9 | Q.  Do you know what expressway you took there? |
| 03:53:55 | 10 | A.  I don't know the name of it. |
| 03:54:00 | 11 | Q.  You talk about meeting the defendant on Wabash.  Where is |
| 03:54:06 | 12 | that? |
| 03:54:06 | 13 | A.  It's by some little train and a BP gas station.  You make |
| 03:54:11 | 14 | a right.  It's -- I don't know the name of the streets, |
| 03:54:15 | 15 | though, but -- |
| 03:54:16 | 16 | Q.  When did you start meeting the defendant at the Wabash |
| 03:54:19 | 17 | location? |
| 03:54:19 | 18 | A.  It was after Dalton. |
| 03:54:23 | 19 | Q.  How many times did you meet the defendant on Wabash? |
| 03:54:31 | 20 | A.  I met him several times on Wabash. |
| 03:54:34 | 21 | Q.  For what period of time did you meet him on Wabash? |
| 03:54:38 | 22 | A.  Late '08, early '09. |
| 03:54:40 | 23 | Q.  So for a year, between '08 and '09? |
| 03:54:45 | 24 | A.  Not probably the whole year, but late '08, I'd say.  I |
| 03:54:50 | 25 | don't know exactly, but it's late '08, though. |

| | |
|---|---|
| 03:54:54 | 1 |
| 03:54:57 | 2 |
| 03:54:58 | 3 |
| 03:55:05 | 4 |
| 03:55:08 | 5 |
| 03:55:11 | 6 |
| 03:55:18 | 7 |
| 03:55:19 | 8 |
| 03:55:24 | 9 |
| 03:55:38 | 10 |
| 03:55:49 | 11 |
| 03:55:53 | 12 |
| 03:55:54 | 13 |
| 03:55:57 | 14 |
| 03:56:03 | 15 |
| 03:56:04 | 16 |
| 03:56:09 | 17 |
| 03:56:10 | 18 |
| 03:56:11 | 19 |
| 03:56:15 | 20 |
| 03:56:21 | 21 |
| 03:56:23 | 22 |
| 03:56:25 | 23 |
| 03:56:30 | 24 |
| 03:56:33 | 25 |

Q.  And what were the particular places around Wabash where you met the defendant?

A.  It's up Wabash from a BP gas station.  It's, like, a police station around the corner or something.

Q.  Where did you meet the defendant at?

A.  Like on the next block from the police station.

Q.  Did you meet the defendant at any other locations, other than in Dalton, Wabash, and Lee's?

A.  Other little places around Lee's and little alleyways, and I've been to some house by Wabash, apartment or whatever.

Q.  Did you meet the defendant outside of Chicago?

A.  (Indicating.)

Q.  Did you meet the defendant outside of Chicago?

A.  I met him -- he came once to the -- close to the oasis.

Q.  And where is that?

A.  It's, like, on between -- it's in Libertyville, Illinois. That's what it's called.

Q.  And what is the oasis?

A.  The oasis is the thing that goes up on the top of the expressway and with the Wendy's and, like, a rest stop thing or whatever.

Q.  Now, when you met the defendant at each of these locations, how did you get the cocaine from him?

A.  I got it from -- how did I --

Q.  How did he give you the cocaine, when you met him at these

| | | |
|---|---|---|
| 03:56:37 | 1 | locations? |
| 03:56:38 | 2 | A.  He handed it to me. |
| 03:56:39 | 3 | Q.  In what? |
| 03:56:40 | 4 | A.  We was using book bags by this time. |
| 03:56:42 | 5 | Q.  By what time? |
| 03:56:44 | 6 | A.  By the time in Dalton.  After -- in Dalton we started |
| 03:56:50 | 7 | using book bags. |
| 03:56:52 | 8 | Q.  And did you use book bags each time after Dalton? |
| 03:56:55 | 9 | A.  Yes. |
| 03:56:56 | 10 | Q.  And did you give anything to the defendant, when you met |
| 03:56:58 | 11 | him at these locations? |
| 03:57:00 | 12 | A.  Yes. |
| 03:57:00 | 13 | Q.  What did you give him? |
| 03:57:02 | 14 | A.  The money from the previous cocaine. |
| 03:57:05 | 15 | Q.  And how did you give him this money? |
| 03:57:07 | 16 | A.  In the book bag. |
| 03:57:11 | 17 | Q.  You said it was for the previous cocaine.  What do you |
| 03:57:14 | 18 | mean by that? |
| 03:57:15 | 19 | A.  The cocaine that I had to sell. |
| 03:57:19 | 20 | Q.  That you had to sell when? |
| 03:57:21 | 21 | A.  Prior to coming there that time. |
| 03:57:26 | 22 | Q.  Now, when you met the defendant at these locations to get |
| 03:57:29 | 23 | cocaine from him, was he driving a car? |
| 03:57:34 | 24 | A.  Yes, a lot of cars. |
| 03:57:36 | 25 | Q.  So more than one type of car? |

| | | |
|---|---|---|
| 03:57:40 | 1 | A. Yes. |
| 03:57:41 | 2 | Q. What kind of cars did the defendant drive? |
| 03:57:43 | 3 | A. He had a silver BMW 645. |
| 03:57:47 | 4 | Q. Speak into the mic. |
| 03:57:49 | 5 | A. A silver BMW 645, a pearl white A8 Audi, a silver QF56, a |
| 03:57:58 | 6 | silver Grand Cherokee, the SRT kind, a burgundy mini-van, a |
| 03:58:05 | 7 | black Lincoln truck, a little Buick -- gold Buick truck, a |
| 03:58:18 | 8 | gray Bentley hard top GT, silver drop top Bentley GT.  It's |
| 03:58:25 | 9 | probably some of them I'm forgetting. |
| 03:58:28 | 10 | Q. Did the defendant have a different car each time you met |
| 03:58:31 | 11 | him in Chicago? |
| 03:58:32 | 12 | A. Not each time. |
| 03:58:33 | 13 | Q. How often did he have a different car? |
| 03:58:39 | 14 | A. Like, every couple times. |
| 03:58:45 | 15 | Q. Now, when you met the defendant to pick up cocaine, were |
| 03:58:48 | 16 | you by yourself during each of those pickups? |
| 03:58:51 | 17 | A. Yes. |
| 03:58:51 | 18 | Q. And did you drive to meet the defendant each time you met |
| 03:58:54 | 19 | him? |
| 03:58:55 | 20 | A. Yeah. |
| 03:58:56 | 21 | Q. And how did you transport the cocaine that you picked up |
| 03:58:58 | 22 | from the defendant? |
| 03:58:59 | 23 | A. In my car. |
| 03:59:00 | 24 | Q. And where did you put it in your car? |
| 03:59:04 | 25 | A. Tuck spot. |

| | | |
|---|---|---|
| 03:59:04 | 1 | Q. Is that that hidden area that you referred to earlier? |
| 03:59:08 | 2 | A. Yeah. |
| 03:59:13 | 3 | Q. When you met the defendant, was he by himself or with |
| 03:59:17 | 4 | other people when you met him to pick up the cocaine? |
| 03:59:20 | 5 | A. Mostly by hisself. |
| 03:59:22 | 6 | Q. I'm sorry? |
| 03:59:22 | 7 | A. By hisself most of the time. |
| 03:59:25 | 8 | Q. Other times was he with other people? |
| 03:59:29 | 9 | A. Yes. |
| 03:59:30 | 10 | Q. And who were those people? |
| 03:59:31 | 11 | A. I didn't -- the one guy, I didn't know his name, but he |
| 03:59:36 | 12 | was with. And then the one guy I did know his name, Rio, he |
| 03:59:42 | 13 | was with him. |
| 03:59:42 | 14 | Q. Is Rio the person you met that first night at dinner? |
| 03:59:47 | 15 | A. Yes. |
| 03:59:48 | 16 | Q. When the defendant was with other people, where did those |
| 03:59:51 | 17 | deals occur? |
| 03:59:56 | 18 | A. One time at Lee's and in Dalton. |
| 04:00:02 | 19 | Q. Now, were each of your cocaine pickups from the defendant |
| 04:00:05 | 20 | set up the same way each time? |
| 04:00:09 | 21 | A. Yeah. |
| 04:00:10 | 22 | Q. Did you always contact the defendant when you needed |
| 04:00:13 | 23 | cocaine? |
| 04:00:13 | 24 | A. Yes. Or he would call me. |
| 04:00:16 | 25 | Q. And why did the defendant call you? |

04:00:20 1  A.  I guess to -- he needed the money or the check to see how

04:00:24 2  much longer I needed to finish.

04:00:26 3  Q.  To finish what?

04:00:28 4  A.  Selling the cocaine.

04:00:34 5  Q.  Now, you talked about purchasing nine-ounce quantities of

04:00:37 6  cocaine from the defendant at Lee's.  Did you continue to

04:00:40 7  purchase that same quantity of cocaine from the defendant

04:00:43 8  between 2006 and 2009?

04:00:46 9  A.  No.

04:00:47 10  Q.  Did you purchase more or less than nine quantities --

04:00:51 11  nine-ounce quantities from the defendant?

04:00:53 12  A.  More.

04:00:58 13  Q.  What is the next amount of cocaine that you purchased from

04:01:00 14  the defendant?

04:01:01 15  A.  A half a key.

04:01:03 16  Q.  Is a key a kilogram?

04:01:05 17  A.  Yeah.

04:01:06 18  Q.  Approximately when did you begin purchasing

04:01:08 19  half-kilogram-quantities of cocaine from the defendant?

04:01:11 20  A.  Probably a month after I had met him.

04:01:15 21  Q.  And why did you begin purchasing more cocaine from the

04:01:18 22  defendant?

04:01:19 23  A.  Because I needed more, and I didn't want to run up and

04:01:25 24  down the highway for that little bit.

04:01:29 25  Q.  How long did you purchase half-kilogram-quantities of

| | | |
|---|---|---|
| 04:01:32 | 1 | cocaine from the defendant? |
| 04:01:36 | 2 | A.  A couple months. |
| 04:01:38 | 3 | Q.  How often did you purchase half-kilogram-quantities of |
| 04:01:41 | 4 | cocaine from the defendant during that couple-month period? |
| 04:01:44 | 5 | A.  Probably every week, every two weeks. |
| 04:01:47 | 6 | Q.  Did you purchase any other quantities of cocaine from the |
| 04:01:50 | 7 | defendant after that couple-month period? |
| 04:01:54 | 8 | A.  Yes. |
| 04:01:55 | 9 | Q.  How much? |
| 04:01:57 | 10 | A.  A whole kilogram. |
| 04:02:01 | 11 | Q.  How long did you purchase one whole-kilogram-quantities of |
| 04:02:05 | 12 | cocaine from the defendant? |
| 04:02:08 | 13 | A.  A couple months. |
| 04:02:10 | 14 | Q.  How often did you purchase whole-kilogram-quantities of |
| 04:02:14 | 15 | cocaine from the defendant during that period? |
| 04:02:17 | 16 | A.  Like every week or two. |
| 04:02:26 | 17 | Q.  After that period did you purchase any other quantities of |
| 04:02:29 | 18 | cocaine from the defendant? |
| 04:02:33 | 19 | A.  Yes. |
| 04:02:34 | 20 | Q.  And what were those quantities? |
| 04:02:36 | 21 | A.  Two kilograms. |
| 04:02:38 | 22 | Q.  Approximately when did you increase to two kilograms? |
| 04:02:45 | 23 | A.  I'd say it had to be, like, three months after that, the |
| 04:02:49 | 24 | one kilogram. |
| 04:02:51 | 25 | Q.  How often did you meet the defendant to purchase |

04:02:54   1   one-kilogram-quantities of cocaine from him?

04:02:57   2   A.  A couple months, three months, two, three months.

04:03:07   3   Q.  And how often did you meet him to purchase those

04:03:12   4   two-kilogram quantities?

04:03:13   5   A.  Probably every two to three weeks.

04:03:15   6   Q.  Did you purchase more than two-kilogram quantities of

04:03:18   7   cocaine from the defendant?

04:03:19   8   A.  Yes.

04:03:20   9   Q.  How much did you purchase?

04:03:21   10  A.  Four kilos.

04:03:23   11  Q.  How did you increase to four-kilogram-quantities of

04:03:27   12  cocaine?

04:03:29   13  A.  I had a bigger tuck spot for it.

04:03:34   14  Q.  Did you have people to sell it to?

04:03:36   15  A.  Yes.

04:03:41   16  Q.  And how long did you stay at purchasing

04:03:43   17  four-kilogram-quantities of cocaine from the defendant?

04:03:46   18  A.  I stayed at four for the whole time, when it was

04:03:51   19  available.

04:03:52   20  Q.  And if it wasn't available, how much did you purchase?

04:03:55   21  A.  Two, sometimes three, to one sometimes, or whatever was

04:04:02   22  available after that, up to four.

04:04:08   23  Q.  And when you stopped buying cocaine from the defendant in

04:04:12   24  early 2009, how much were you purchasing?

04:04:17   25  A.  Four kilograms.

| | | |
|---|---|---|
| 04:04:21 | 1 | Q.  And when you were purchasing four-kilogram-quantities of |
| 04:04:24 | 2 | cocaine, how often did you meet the defendant to purchase that |
| 04:04:27 | 3 | quantity? |
| 04:04:28 | 4 | A.  That was like every -- sometimes two or three weeks. |
| 04:04:36 | 5 | Q.  Every two or three weeks. |
| 04:04:39 | 6 | Why did you stop buying cocaine from the defendant? |
| 04:04:44 | 7 | A.  Because he really wasn't having it like that anymore. |
| 04:04:48 | 8 | Q.  What do you mean? |
| 04:04:49 | 9 | A.  It was like periods that he wasn't -- when I say two or |
| 04:04:55 | 10 | three weeks, that's when it was available.  Sometimes he |
| 04:04:58 | 11 | wouldn't have it.  Like I'll text him and he wouldn't text me |
| 04:05:01 | 12 | back. |
| 04:05:06 | 13 | Q.  So did -- the defendant just ultimately stopped responding |
| 04:05:09 | 14 | to you? |
| 04:05:10 | 15 | A.  When he didn't have it. |
| 04:05:14 | 16 | Q.  Do you know where the defendant got his cocaine from? |
| 04:05:19 | 17 | A.  I don't know exactly where. |
| 04:05:21 | 18 | Q.  Did you discuss the defendant's cocaine supplier with him? |
| 04:05:29 | 19 | A.  A little bit. |
| 04:05:29 | 20 | Q.  When? |
| 04:05:30 | 21 | A.  When I asked him, like, What's going on?  Why it ain't |
| 04:05:34 | 22 | like it used to be? |
| 04:05:36 | 23 | Q.  And when did that conversation take place? |
| 04:05:38 | 24 | A.  That had to be like early '09 or late '08, around that |
| 04:05:42 | 25 | time. |

| | | |
|---|---|---|
| 04:05:43 | 1 | Q. And where were you when that conversation took place with |
| 04:05:45 | 2 | the defendant? |
| 04:05:46 | 3 | A. I was downtown Chicago, around Lee's or something. |
| 04:05:54 | 4 | Q. Was anyone else with you? |
| 04:05:57 | 5 | A. My -- one of my buddies was with me. |
| 04:06:01 | 6 | Q. And where were you when you had this conversation with the |
| 04:06:04 | 7 | defendant? |
| 04:06:04 | 8 | A. We was just at a stoplight. |
| 04:06:06 | 9 | Q. Were you inside of your car? |
| 04:06:08 | 10 | A. Yeah. |
| 04:06:08 | 11 | Q. And where was the defendant? |
| 04:06:09 | 12 | A. In his car. |
| 04:06:11 | 13 | Q. Was his car next to yours? |
| 04:06:13 | 14 | A. Yeah. |
| 04:06:14 | 15 | Q. And what happened during that meeting? |
| 04:06:16 | 16 | A. A buddy of mine had just got out of jail that he knew, and |
| 04:06:24 | 17 | I raised [sic] my window down, and they were talking like, |
| 04:06:27 | 18 | What's going on -- |
| 04:06:28 | 19 | Q. To be a bit more specific, who was talking to who? |
| 04:06:32 | 20 | A. Ron Ron was talking to my buddy, and he was talking back |
| 04:06:35 | 21 | to Ron Ron. And he was like, What's up? Because he had just |
| 04:06:39 | 22 | got out of jail and he was saying what's up to Ron Ron, and |
| 04:06:42 | 23 | Ron Ron was like, Nothing, the Mexicans telling. |
| 04:06:47 | 24 | Q. And what did you -- what did you understand the defendant |
| 04:06:50 | 25 | to mean when he said, The Mexicans was telling? |

04:06:54  1   A.  Because a conversation me and him had prior to that he was

04:06:57  2   telling me that I think one of his drivers had got caught up

04:07:02  3   or something.

04:07:03  4   Q.  And when did that conversation take place?

04:07:05  5   A.  A couple weeks before then.

04:07:06  6   Q.  And that was a conversation between you and the defendant?

04:07:09  7   A.  Yeah.

04:07:13  8   Q.  Now, Mr. Gregory, do you know anyone by the name of Danny

04:07:16  9   Torres?

04:07:17  10  A.  No.

04:07:18  11  Q.  Do you know anyone by the name of Antonio Aguilera?

04:07:22  12  A.  No.

04:07:23  13  Q.  Do you know anyone by the name of Cesar Perez?

04:07:26  14  A.  No.

04:07:27  15  Q.  Do you know anyone by the name of Jorge Llamas?

04:07:31  16  A.  No.

04:07:32  17  Q.  Do you know a Peter Flores?

04:07:35  18  A.  Uh-uh (shaking head).

04:07:37  19  Q.  Do you know a Margarito or Junior Flores?

04:07:40  20  A.  No.

04:07:43  21        MS. RODNEY:  Your Honor, may I have one moment?

04:07:45  22        THE COURT:  Yes.

04:07:47  23        MS. RODNEY:  I have no further questions at this

04:07:49  24  time.

04:07:49  25        THE COURT:  Okay.  All right, Mr. Rubino?

|  |  |  |
|--|--|--|
| 04:07:49 | 1 | - - - |
| 04:07:49 | 2 | ROBERT GREGORY, CROSS-EXAMINATION |
| 04:07:49 | 3 | BY MR. RUBINO: |
| 04:07:57 | 4 | Q.  Good afternoon, sir. |
| 04:07:59 | 5 | A.  Good afternoon. |
| 04:08:05 | 6 | Q.  Mr. Gregory, you want to go prison for the rest of your |
| 04:08:09 | 7 | life? |
| 04:08:10 | 8 | A.  No. |
| 04:08:12 | 9 | Q.  What would you do to avoid it? |
| 04:08:16 | 10 | A.  I would do what's in my ability. |
| 04:08:19 | 11 | Q.  I'm sorry? |
| 04:08:20 | 12 | A.  I would do what's in my ability. |
| 04:08:22 | 13 | Q.  Do anything you could, wouldn't you? |
| 04:08:24 | 14 | A.  Not anything. |
| 04:08:25 | 15 | Q.  There's certain things you wouldn't do?  You'd rather |
| 04:08:29 | 16 | spend the rest of your life in prison and die there? |
| 04:08:32 | 17 | A.  Saying -- |
| 04:08:32 | 18 | Q.  Like what? |
| 04:08:33 | 19 | A.  Go -- just killing nobody or nothing. |
| 04:08:35 | 20 | Q.  How about lying to somebody, would you lie to somebody if |
| 04:08:39 | 21 | you could avoid spending the rest of your life in prison? |
| 04:08:42 | 22 | A.  Would I lie to somebody?  To avoid spending the rest of my |
| 04:08:48 | 23 | life in prison? |
| 04:08:51 | 24 | Q.  Yeah. |
| 04:08:51 | 25 | A.  Over a lie? |

796

| | |
|---|---|
| 04:08:52 | 1 |
| 04:08:53 | 2 |
| 04:08:57 | 3 |
| 04:09:01 | 4 |
| 04:09:03 | 5 |
| 04:09:05 | 6 |
| 04:09:08 | 7 |
| 04:09:09 | 8 |
| 04:09:10 | 9 |
| 04:09:16 | 10 |
| 04:09:17 | 11 |
| 04:09:18 | 12 |
| 04:09:23 | 13 |
| 04:09:27 | 14 |
| 04:09:28 | 15 |
| 04:09:31 | 16 |
| 04:09:31 | 17 |
| 04:09:32 | 18 |
| 04:09:34 | 19 |
| 04:09:36 | 20 |
| 04:09:41 | 21 |
| 04:09:43 | 22 |
| 04:09:45 | 23 |
| 04:09:50 | 24 |
| 04:09:55 | 25 |

1  Q.  Yeah.

2  A.  I can't really say I wouldn't lie to nobody, though.

3  Q.  So you would rather spend the rest of your life in prison

4  than lie?  Is that what you're telling us?

5  A.  No, that ain't what --

6  Q.  The opposite.  If you could, you would?

7  A.  To -- over a lie?

8  Q.  Yeah.

9       So you'd lie to avoid spending the rest of your life

10  in prison, wouldn't you?

11  A.  That's what I said.

12  Q.  Now, you told us that you first met Ron Collins at Lee's,

13  which is an auto repair and paint and body shop, right?

14  A.  Yes.

15  Q.  And you were there getting your car repaired?

16  A.  Yes.

17  Q.  What kind of car?

18  A.  A BMW.

19  Q.  And what was wrong with it?

20  A.  I think I was getting some suspension work done to it that

21  day.

22  Q.  What year BMW?

23  A.  It was a '97.

24  Q.  Now, Milwaukee's a good hour and a half to two hours from

25  Chicago, isn't it?

| | | |
|---|---|---|
| 04:09:56 | 1 | A.  Yeah. |
| 04:09:57 | 2 | Q.  So you drove this car an hour and a half to two hours to |
| 04:10:05 | 3 | Lee's to get it fixed? |
| 04:10:07 | 4 | A.  Yes. |
| 04:10:08 | 5 | Q.  There isn't anybody in Milwaukee that could fix a '97 BMW? |
| 04:10:13 | 6 | A.  Plenty of people. |
| 04:10:14 | 7 | Q.  What made Lee's so special that you would drive an hour |
| 04:10:19 | 8 | and a half to two hours to go there? |
| 04:10:21 | 9 | A.  He had different performance parts that you can put on |
| 04:10:23 | 10 | that type of car that I can't get up there. |
| 04:10:27 | 11 | Q.  On that BMW? |
| 04:10:29 | 12 | A.  Yes. |
| 04:10:29 | 13 | Q.  Now, while you're there, Mr. Collins -- who is a total |
| 04:10:36 | 14 | stranger -- never seen this man in your whole life, right? |
| 04:10:40 | 15 | A.  No, I never seen him. |
| 04:10:41 | 16 | Q.  Just walks up to you and says, What are they going for |
| 04:10:48 | 17 | there?  A total stranger walks up and asks you that, right? |
| 04:10:54 | 18 | A.  It was -- he asked me, Did I want something to eat, first. |
| 04:10:58 | 19 | It was little -- |
| 04:10:59 | 20 | Q.  Oh.  Now, you're not strangers anymore, right? |
| 04:11:01 | 21 | A.  No, it's -- we're still strangers. |
| 04:11:04 | 22 | Q.  You had lunch. |
| 04:11:05 | 23 | Okay.  So you and this man, who you now have had |
| 04:11:09 | 24 | lunch with -- |
| 04:11:10 | 25 | A.  Yes. |

798

| | | |
|---|---|---|
| 04:11:10 | 1 | Q.  -- and that just sort of warms you right up to him, |
| 04:11:14 | 2 | doesn't it? |
| 04:11:14 | 3 | MS. RODNEY:  Objection, your Honor, a bit |
| 04:11:16 | 4 | argumentative. |
| 04:11:16 | 5 | THE COURT:  Overruled.  So the question is ... |
| 04:11:23 | 6 | (Record read.) |
| 04:11:23 | 7 | THE WITNESS:  Not really, because I didn't even |
| 04:11:25 | 8 | receive the lunch. |
| 04:11:27 | 9 | BY MR. RUBINO: |
| 04:11:28 | 10 | Q.  Well, you know he could have been a cop.  You didn't know |
| 04:11:31 | 11 | who he was? |
| 04:11:32 | 12 | A.  No, I didn't. |
| 04:11:32 | 13 | Q.  Nobody recommended him, did they? |
| 04:11:34 | 14 | A.  No. |
| 04:11:34 | 15 | Q.  Nobody vouched for him, did they? |
| 04:11:36 | 16 | A.  No, nobody. |
| 04:11:37 | 17 | Q.  Nobody put their arm around him and said, You can trust |
| 04:11:40 | 18 | this guy, did they?  No friend of yours? |
| 04:11:41 | 19 | A.  No, nobody at all. |
| 04:11:43 | 20 | Q.  So a total stranger asked you, in so many words, How much |
| 04:11:47 | 21 | cocaine's selling for in Milwaukee, right? |
| 04:11:52 | 22 | A.  Yeah, that's what happened. |
| 04:11:56 | 23 | Q.  How would a total stranger know you were a drug dealer? |
| 04:12:00 | 24 | A.  He asked me what I do up there. |
| 04:12:02 | 25 | Q.  Oh.  And you told him, huh? |

| | |
|---|---|
| 04:12:03 | 1 |
| 04:12:04 | 2 |
| 04:12:05 | 3 |
| 04:12:11 | 4 |
| 04:12:12 | 5 |
| 04:12:15 | 6 |
| 04:12:19 | 7 |
| 04:12:20 | 8 |
| 04:12:21 | 9 |
| 04:12:25 | 10 |
| 04:12:29 | 11 |
| 04:12:32 | 12 |
| 04:12:38 | 13 |
| 04:12:42 | 14 |
| 04:12:42 | 15 |
| 04:12:46 | 16 |
| 04:12:49 | 17 |
| 04:12:50 | 18 |
| 04:12:56 | 19 |
| 04:13:00 | 20 |
| 04:13:04 | 21 |
| 04:13:04 | 22 |
| 04:13:07 | 23 |
| 04:13:08 | 24 |
| 04:13:11 | 25 |

1  A.  Yeah.

2  Q.  You said, I'm a drug dealer?

3  A.  I said, I do my thing, but -- you know, you can read

4  between the lines.

5  Q.  Okay.  So a total stranger says, What do you do, and you

6  sort of let him know you're a drug dealer, right?

7  A.  (No response.)

8  Q.  Isn't that what --

9  A.  That's why I didn't come right out and say, I'm a drug

10  dealer.  I said, I come out and do my thing.  If you're

11  another drug dealer, you're going to take it like that, yeah.

12  Q.  Okay.  So now this total stranger you answer to him, 19.

13  That's how much -- $19,000 a kilo, right?

14  A.  Yes.

15  Q.  And then this total stranger says, Well, what if I can get

16  it for you at that price too, right?

17  A.  Yes.

18  Q.  And with those two, three sentences, one from him, an

19  answer from you, and then, What if I can get it for you,

20  suddenly you two are dealing drugs together, right?

21  A.  Yeah.

22  Q.  Just like that, three sentences, and you're dealing --

23  A.  And a phone call.

24  Q.  Oh, a phone call too.

25         Now, the Government then asked you about a phone,

800

| | | |
|---|---|---|
| 04:13:19 | 1 | Government Number 2.  And you said Ron's name is in the |
| 04:13:23 | 2 | phone -- |
| 04:13:24 | 3 | A.  Yeah. |
| 04:13:24 | 4 | Q.  -- correct? |
| 04:13:25 | 5 | Is that the only name in the phone? |
| 04:13:27 | 6 | A.  No. |
| 04:13:28 | 7 | Q.  How many other names are in the phone? |
| 04:13:30 | 8 | A.  Probably about 30. |
| 04:13:33 | 9 | Q.  And is it Ron?  Is it Ron Ron?  Is it RR?  What is it in |
| 04:13:38 | 10 | the phone? |
| 04:13:40 | 11 | A.  On that exhibit it's Ron. |
| 04:13:43 | 12 | Q.  It's Ron, R-o-n? |
| 04:13:45 | 13 | A.  Yes. |
| 04:13:45 | 14 | Q.  And what is the number for Ron in the phone? |
| 04:13:49 | 15 | A.  I don't know it by heart. |
| 04:13:51 | 16 | Q.  I'm sorry? |
| 04:13:53 | 17 | A.  I don't know it by heart. |
| 04:13:55 | 18 | Q.  Well, can you power it up and tell us? |
| 04:13:59 | 19 | A.  It's on the phone.  I don't know the number by heart, |
| 04:14:02 | 20 | though. |
| 04:14:09 | 21 | Q.  Now, you told us he was driving an Audi A8 that was pearl |
| 04:14:17 | 22 | white, right? |
| 04:14:19 | 23 | A.  Yes. |
| 04:14:19 | 24 | Q.  It wasn't silver, was it? |
| 04:14:21 | 25 | A.  No. |

| | | |
|---|---|---|
| 04:14:22 | 1 | Q.  It was white? |
| 04:14:23 | 2 | A.  Yes. |
| 04:14:25 | 3 | Q.  Now, he gives you -- or fronts you nine ounces of cocaine, |
| 04:14:32 | 4 | your new friend, right? |
| 04:14:34 | 5 | A.  Yes. |
| 04:14:36 | 6 | Q.  And you pay him $9,500 for nine ounces you told us, right? |
| 04:14:46 | 7 | A.  Yeah. |
| 04:14:47 | 8 | Q.  Now, nine ounces is a quarter of a kilo; am I correct? |
| 04:14:51 | 9 | A.  Yeah. |
| 04:14:52 | 10 | Q.  It's 250 grams, right -- |
| 04:14:54 | 11 | A.  Yeah. |
| 04:14:54 | 12 | Q.  -- give or take? |
| 04:14:55 | 13 | Which makes it a quarter or one-fourth of a kilo, |
| 04:15:00 | 14 | right? |
| 04:15:00 | 15 | A.  Yeah. |
| 04:15:02 | 16 | Q.  Makes it one-fourth or quarter of a kilo; am I right? |
| 04:15:06 | 17 | A.  Yeah. |
| 04:15:07 | 18 | Q.  But didn't you tell me he was going to give it to you for |
| 04:15:11 | 19 | 19,000 a kilo? |
| 04:15:13 | 20 | A.  Yes. |
| 04:15:14 | 21 | Q.  Well, if it's 19,000 a kilo, wouldn't 9500 be half of |
| 04:15:20 | 22 | 19,000? |
| 04:15:21 | 23 | A.  Yes. |
| 04:15:21 | 24 | Q.  Wouldn't that be the price for half a kilo, not the price |
| 04:15:25 | 25 | for a quarter of a kilo? |

| | | |
|---|---|---|
| 04:15:29 | 1 | A. Yes. |
| 04:15:29 | 2 | Q. And a quarter of a kilo should have been $4750, right? |
| 04:15:34 | 3 | A. Exactly. |
| 04:15:35 | 4 | Q. So he charged you double the amount, is your testimony? |
| 04:15:40 | 5 | A. No, he didn't. My math all the way wrong. |
| 04:15:41 | 6 | Q. Oh. |
| 04:15:42 | 7 | A. It was much better then. |
| 04:15:44 | 8 | Q. Well, what did you give him? Did you give him 4750, did |
| 04:15:48 | 9 | you give him 9500, or did you give him anything? |
| 04:15:51 | 10 | A. I gave him a quarter of 19. |
| 04:15:53 | 11 | Q. You gave him how much? |
| 04:15:54 | 12 | A. A quarter of 19,000. |
| 04:15:56 | 13 | Q. But you testified here on two or three occasions you gave |
| 04:15:59 | 14 | him $9500, did you not? |
| 04:16:02 | 15 | A. I did. |
| 04:16:03 | 16 | Q. And that testimony was wrong, wasn't it? |
| 04:16:06 | 17 | A. It really was. |
| 04:16:11 | 18 | Q. What number did you use when you would contact |
| 04:16:13 | 19 | Mr. Collins? |
| 04:16:14 | 20 | A. My phone? |
| 04:16:15 | 21 | Q. Yeah. |
| 04:16:16 | 22 | A. 807-1085 number. |
| 04:16:19 | 23 | Q. Okay. And what number did you dial him at? |
| 04:16:21 | 24 | A. I don't know it by heart. |
| 04:16:25 | 25 | Q. Now, you have before you Government Phone 4. |

| | | |
|---|---|---|
| 04:16:28 | 1 | Okay. Now, that phone did you have Mr. Collins' |
| 04:16:35 | 2 | number in? |
| 04:16:37 | 3 | A. Yes. |
| 04:16:37 | 4 | Q. Did you have other people's numbers or was his number the |
| 04:16:40 | 5 | only number in the phone? |
| 04:16:42 | 6 | A. I think his number was the only number in the phone, in |
| 04:16:48 | 7 | that phone. |
| 04:16:48 | 8 | Q. No other numbers. That was a one-number phone, right? |
| 04:16:51 | 9 | A. I'm not sure. |
| 04:16:52 | 10 | Q. Is that your testimony? |
| 04:16:53 | 11 | A. I'm not sure now since you keep -- I don't know how many |
| 04:16:57 | 12 | numbers in it, but I know his number is in it. |
| 04:17:00 | 13 | Q. Now, was his number under Ron, Ron Ron, Ron Collins? What |
| 04:17:05 | 14 | was it under? |
| 04:17:05 | 15 | A. Just two Rs. |
| 04:17:07 | 16 | Q. Well, why would you have it in two Rs in one phone and the |
| 04:17:12 | 17 | one word R-o-n -- or name -- in another phone? |
| 04:17:15 | 18 | A. Because when he first gave me another phone to call him, |
| 04:17:19 | 19 | he locked his own name in there under the RR, so I continued |
| 04:17:24 | 20 | that. |
| 04:17:26 | 21 | Q. Now, on all the deals you did with Ron Collins, there was |
| 04:17:34 | 22 | never anyone else present when you actually did a drug deal, |
| 04:17:38 | 23 | was there? |
| 04:17:39 | 24 | A. It was people around. |
| 04:17:41 | 25 | Q. And they saw the drug deal? |

04:17:43   1   A.   They weren't -- they were around, but they weren't like

04:17:46   2   looking at us or nothing like that, though.

04:17:48   3   Q.   You do drug deals in secret, though?

04:17:52   4   A.   Yeah.   But they knew what was going on, if he was to have

04:17:54   5   somebody with him.

04:17:57   6   Q.   Basically everything you told us, we only have your word.

04:18:02   7   We don't have any witnesses, do we?

04:18:05   8   A.   No, you ain't got no witnesses.

04:18:07   9   Q.   Right.

04:18:07   10        Now, let me ask you this:   In truth and in fact, you

04:18:14   11   met Ron Collins because you sold him a VW Jetta, didn't you?

04:18:18   12   A.   I have what?

04:18:19   13   Q.   You sold Ron Collins a Volkswagen Jetta, didn't you?

04:18:24   14   A.   Yeah, I sold him a Jetta.

04:18:26   15   Q.   That's how you met him, isn't it?   And you sold it to him

04:18:29   16   at that paint and body shop, did you not?

04:18:33   17   A.   I didn't sell it to him at the paint and body shop, no, I

04:18:37   18   didn't.

04:18:37   19   Q.   But that's how you met him, isn't it, by selling him a

04:18:41   20   Volkswagen Jetta?

04:18:42   21   A.   That's not how I met him.

04:18:44   22   Q.   It's not?

04:18:45   23   A.   No.

04:18:45   24   Q.   And that's why his name is in your phone because you sold

04:18:50   25   him a car, right?

| | | |
|---|---|---|
| 04:18:53 | 1 | A. His name was in the phone prior to the car sale. |
| 04:18:57 | 2 | Q. And you didn't have the title for the car and you had to |
| 04:18:59 | 3 | drive back to Milwaukee and get it, didn't you? When you sold |
| 04:19:04 | 4 | it to him. |
| 04:19:06 | 5 | A. No, I brought the title with me. |
| 04:19:09 | 6 | Q. In truth and in fact, that's how you know Ron Collins, |
| 04:19:12 | 7 | isn't it, from selling him a car? |
| 04:19:14 | 8 | A. I knew him before the car deal. |
| 04:19:17 | 9 | Q. And you're blaming him to shield who? |
| 04:19:22 | 10 | A. I'm not blaming him to shield me or nothing. I'm just |
| 04:19:27 | 11 | telling you how I know. |
| 04:19:28 | 12 | Q. You're just here to tell the truth, right? |
| 04:19:30 | 13 | A. Yeah. |
| 04:19:31 | 14 | MR. RUBINO: No further questions. |
| 04:19:33 | 15 | MS. RODNEY: Just one moment, your Honor? |
| 04:19:33 | 16 | - - - |
| 04:19:33 | 17 | ROBERT GREGORY, REDIRECT EXAMINATION |
| 04:19:33 | 18 | BY MS. RODNEY: |
| 04:20:01 | 19 | Q. Mr. Gregory, when you met the defendant for that first |
| 04:20:05 | 20 | time at Lee's, did you approach him or did he approach you? |
| 04:20:09 | 21 | A. He approached me. |
| 04:20:10 | 22 | Q. Okay. And after he approached you, he asked you, How much |
| 04:20:14 | 23 | they go for up there, correct? |
| 04:20:16 | 24 | A. Yes. |
| 04:20:17 | 25 | Q. Now, this Jetta that you sold the defendant, when did you |

| | |
|---|---|
| 04:20:21 | 1 |
| 04:20:25 | 2 |
| 04:20:29 | 3 |
| 04:20:32 | 4 |
| 04:20:33 | 5 |
| 04:20:37 | 6 |
| 04:20:40 | 7 |
| 04:20:41 | 8 |
| 04:20:43 | 9 |
| 04:20:45 | 10 |
| 04:20:47 | 11 |
| 04:20:49 | 12 |
| 04:20:51 | 13 |
| 04:20:51 | 14 |
| 04:20:55 | 15 |
| 04:20:55 | 16 |
| 04:21:00 | 17 |
| 04:21:04 | 18 |
| 04:21:04 | 19 |
| 04:21:11 | 20 |
| 04:21:19 | 21 |
| 04:21:22 | 22 |
| 04:21:26 | 23 |
| 04:21:26 | 24 |
| 04:21:26 | 25 |

1  sell him that?

2  A.  I don't remember the dates, but it's in the motor vehicle

3  record.  I didn't even buy the Jetta 'til after then.

4  Q.  After when?

5  A.  After I met him.  In DMV it's like the day that I bought

6  the Jetta I was already making money to buy the Jetta from

7  him.

8  Q.  And were you already buying cocaine from the defendant,

9  when you sold him this Jetta?

10  A.  Yes.

11       MS. RODNEY:  Now, your Honor, I have nothing further.

12       THE COURT:  Do you have anything, Mr. Rubino?

13       MR. RUBINO:  No, your Honor.

14       THE COURT:  Okay.  You may step down and be excused.

15       (Witness leaves the stand.)

16       THE COURT:  And you can call your next witness.

17       MS. GUREN:  Your Honor, the Government calls Officer

18  Dean Newport.

19       THE COURT:  Okay.

20       (Witness takes the stand.)

21       THE COURT:  Raise your right hand, sir.

22       (The witness was sworn.)

23       THE COURT:  All right.  Have a seat.

24                         - - -

25            DEAN NEWPORT, DIRECT EXAMINATION

| | | |
|---|---|---|
| 04:21:26 | 1 | BY MS. GUREN: |
| 04:21:31 | 2 | Q. Good afternoon. |
| 04:21:31 | 3 | A. Good afternoon. |
| 04:21:32 | 4 | Q. Can you introduce yourself to the jury and spell your last |
| 04:21:35 | 5 | name? |
| 04:21:35 | 6 | A. My name is Dean Newport, N-e-w-p-o-r-t. I'm a police |
| 04:21:41 | 7 | officer for the City of Milwaukee. |
| 04:21:43 | 8 | Q. How long have you been a police officer for the City of |
| 04:21:46 | 9 | Milwaukee? |
| 04:21:46 | 10 | A. A little over sixteen and a half years. |
| 04:21:48 | 11 | Q. What is your current assignment? |
| 04:21:51 | 12 | A. Currently, I'm assigned as a task force officer for the |
| 04:22:00 | 13 | Bureau of Alcohol, Tobacco, and Firearms. |
| 04:22:00 | 14 | Q. Is that sometimes known as ATF? |
| 04:22:03 | 15 | A. It is. |
| 04:22:05 | 16 | Q. In July 2009 what was your assignment? |
| 04:22:10 | 17 | A. I was assigned as a police officer on a different task |
| 04:22:14 | 18 | force with the Wisconsin Department of Justice. |
| 04:22:17 | 19 | Q. What were your responsibilities as a task force officer |
| 04:22:21 | 20 | for the Wisconsin Department of Justice? |
| 04:22:23 | 21 | A. It was to investigate large narcotic drug trafficking |
| 04:22:28 | 22 | organizations as it affected Milwaukee. |
| 04:22:31 | 23 | Q. In your career as an officer, how many searches have you |
| 04:22:34 | 24 | participated in? |
| 04:22:35 | 25 | A. Hundreds of searches. |

| | | |
|---|---|---|
| 04:22:38 | 1 | Q.  Turning your attention now to July 15th, 2009.  Did you |
| 04:22:43 | 2 | participate in a search related to an investigation into |
| 04:22:46 | 3 | Robert Gregory, among other individuals? |
| 04:22:49 | 4 | A.  Yes. |
| 04:22:49 | 5 | Q.  Without saying the address itself, what location did you |
| 04:22:54 | 6 | search, in terms of whose place it was? |
| 04:22:57 | 7 | A.  It was the mother of Robert Gregory. |
| 04:23:02 | 8 | Q.  What was your authority to search, first, based on? |
| 04:23:06 | 9 | A.  Was consent, I asked Robert Gregory's mother for consent |
| 04:23:10 | 10 | to search a garage. |
| 04:23:13 | 11 | Q.  Later did law enforcement get any additional authority to |
| 04:23:16 | 12 | search? |
| 04:23:17 | 13 | A.  Yes. |
| 04:23:17 | 14 | Q.  What was that authority? |
| 04:23:19 | 15 | A.  That was a search warrant that was authorized by a |
| 04:23:23 | 16 | commissioner, State of Wisconsin. |
| 04:23:25 | 17 | Q.  Did that allow you to search the rest of the house? |
| 04:23:28 | 18 | A.  It did. |
| 04:23:29 | 19 | Q.  In searching this location, what was your role? |
| 04:23:32 | 20 | A.  I played more of a supervisory role, so I oversaw and |
| 04:23:37 | 21 | communicated with a command post that was based out of |
| 04:23:41 | 22 | Milwaukee, and I oversaw the collection of evidence.  I did |
| 04:23:47 | 23 | drug testing and took photographs of evidence. |
| 04:23:53 | 24 | Q.  Was there a team of law enforcement officers with you? |
| 04:23:56 | 25 | A.  There was. |

| | | |
|---|---|---|
| 04:23:57 | 1 | Q.  What did the law enforcement officers do when they found |
| 04:24:00 | 2 | an item that needed to be collected as evidence? |
| 04:24:03 | 3 | A.  It was placed in a bag.  If the evidence was photographed, |
| 04:24:07 | 4 | I photographed it.  I was notified ultimately and that |
| 04:24:11 | 5 | evidence was then collected and brought down to another |
| 04:24:15 | 6 | location. |
| 04:24:16 | 7 | Q.  So did you go to where the evidence was found? |
| 04:24:19 | 8 | A.  I did, yes. |
| 04:24:21 | 9 | Q.  Once the evidence -- where was the location that the |
| 04:24:24 | 10 | evidence was then brought down to within the search location? |
| 04:24:27 | 11 | A.  It was brought down to a commonplace.  I believe it was |
| 04:24:31 | 12 | the dining room of Robert Gregory's mother's house. |
| 04:24:36 | 13 | Q.  Once it was brought down to that central location, what, |
| 04:24:40 | 14 | if anything, happened there? |
| 04:24:41 | 15 | A.  It was inventoried with an intelligence analyst, and |
| 04:24:49 | 16 | ultimately a receipt was printed for Robert Gregory's mother |
| 04:24:54 | 17 | on the evidence that we took. |
| 04:24:56 | 18 | Q.  Did you have any role in that inventorying process at all? |
| 04:24:59 | 19 | A.  No. |
| 04:25:00 | 20 | Q.  Once the items were inventoried, who took custody of the |
| 04:25:04 | 21 | items found? |
| 04:25:05 | 22 | A.  Ultimately, I released those items of evidence to an |
| 04:25:10 | 23 | officer, Jose Medina, it's M-e-d-i-n-a, and an intelligence |
| 04:25:15 | 24 | analyst Matt Parco, P-a-r-c-o.  They brought that evidence |
| 04:25:22 | 25 | down to the Milwaukee HIDTA office. |

04:25:24   1   Q.  And the Milwaukee HIDTA office, where was that?

04:25:27   2   A.  That is in Milwaukee.  It's downtown.  It's out of a

04:25:31   3   building in the southern half of downtown Milwaukee.

04:25:35   4   Q.  That day what was your understanding of what was

04:25:38   5   happening -- what the Milwaukee HIDTA office was being used

04:25:41   6   for?

04:25:41   7   A.  As -- like I indicated earlier, a command post, while I

04:25:45   8   was on scene.  That would be the building where I would call

04:25:50   9   to update information to relay other facts, as it related to

04:25:54   10  evidence found in Robert Gregory's mother's house.

04:25:59   11  Q.  In preparation for your testimony, did you review the

04:26:02   12  original evidence that you collected during the search of the

04:26:04   13  house?

04:26:05   14  A.  Yes, I did.

04:26:06   15  Q.  When was that that you did this?

04:26:08   16  A.  That was in March of this year.

04:26:10   17  Q.  In March of this year, when you were reviewing those

04:26:14   18  items, how did you know that the evidence that you were

04:26:17   19  reviewing at that time was the original evidence that you

04:26:20   20  found in the house?

04:26:21   21  A.  Based on the packaging that came with it, my recollection

04:26:24   22  of the evidence at the scene, a review of the photographs that

04:26:30   23  were taken at the scene, that's what I based my belief that

04:26:35   24  that was evidence taken out of that house.

04:26:37   25  Q.  Handing you at this time what's already been admitted as

04:26:40   1   Government Exhibit Phones 2 through 4 and then also handing
04:26:44   2   you Government Exhibit SIM Card 1 and SIM Card 2.  So here are
04:26:52   3   the SIM cards, and here are the phones.
04:27:04   4   A.  These are the items that I reviewed and just spoke of,
04:27:07   5   back in March of this year.
04:27:09   6   Q.  And to clarify, is this the original packaging that you
04:27:12   7   had found them in?
04:27:13   8   A.  No.
04:27:14   9   Q.  And -- I'm sorry -- that you had placed them in?
04:27:17  10   A.  No, it is not.
04:27:18  11   Q.  Where were these items found in the house?
04:27:21  12   A.  The phones were found in an upstairs attic bedroom
04:27:26  13   dresser.  These are just a portion of the phones that were
04:27:28  14   found in that dresser.
04:27:30  15        The SIM cards were found in a dresser in, like, an
04:27:34  16   attic storage room, which went into a bedroom that was up in
04:27:39  17   the attic where the phones were.
04:27:41  18   Q.  And to clarify, you mentioned that there were additional
04:27:44  19   phones to those found in that area as well?
04:27:46  20   A.  That's correct, yes.
04:27:48  21        MS. GUREN:  At this time, your Honor, the Government
04:27:51  22   would move into evidence Government Exhibit SIM Cards 1
04:27:53  23   through 2.
04:27:53  24        THE COURT:  Okay.  Any objection?
04:27:55  25        (No response.)

For a copy of this transcript, contact April Metzler, CRR
at (312) 408-5154

| | | |
|---|---|---|
| 04:27:56 | 1 | THE COURT:  They'll be admitted. |
| 04:28:01 | 2 | MS. GUREN:  One moment, your Honor? |
| 04:28:01 | 3 | BY MS. GUREN: |
| 04:28:10 | 4 | Q.  And just to clarify, could you just name the street but |
| 04:28:13 | 5 | not the street number of the house that you searched? |
| 04:28:15 | 6 | A.  West Glendale Avenue. |
| 04:28:19 | 7 | MS. GUREN:  Thank you.  No further questions. |
| 04:28:19 | 8 | - - - |
| 04:28:19 | 9 | DEAN NEWPORT, CROSS-EXAMINATION |
| 04:28:19 | 10 | BY MR. RUBINO: |
| 04:28:30 | 11 | Q.  Sir, you saw something else pretty significant at that |
| 04:28:33 | 12 | house, didn't you? |
| 04:28:34 | 13 | A.  A few other items, correct. |
| 04:28:36 | 14 | Q.  Like maybe $52,310 -- |
| 04:28:40 | 15 | A.  Yes. |
| 04:28:40 | 16 | Q.  -- of drug money? |
| 04:28:41 | 17 | MS. GUREN:  Objection, your Honor, foundation. |
| 04:28:44 | 18 | THE COURT:  He said -- he answered, yes, so it's |
| 04:28:47 | 19 | answered.  Overruled. |
| 04:28:48 | 20 | BY MR. RUBINO: |
| 04:28:48 | 21 | Q.  That money was seized.  That money was forfeited, was it |
| 04:28:51 | 22 | not? |
| 04:28:52 | 23 | A.  I don't know the outcome of that money. |
| 04:28:53 | 24 | MR. RUBINO:  Thank you. |
| 04:28:56 | 25 | MS. GUREN:  No redirect, your Honor. |

| | | |
|---|---|---|
| 04:28:58 | 1 | THE COURT: Okay. You can step down and be excused. |
| 04:29:00 | 2 | THE WITNESS: Thank you. |
| 04:29:02 | 3 | (Witness leaves the stand.) |
| 04:29:02 | 4 | THE COURT: Call your next witness. |
| 04:29:04 | 5 | MS. RODNEY: Your Honor, the Government calls Special |
| 04:29:06 | 6 | Agent Jason Soule, who's on his way. |
| 04:29:39 | 7 | (Witness takes the stand.) |
| 04:29:39 | 8 | THE COURT: Right here, sir. |
| 04:29:41 | 9 | Please raise your right hand. |
| 04:29:44 | 10 | (The witness was sworn.) |
| 04:29:47 | 11 | THE COURT: Okay. Have a seat. |
| 04:29:47 | 12 | - - - |
| 04:29:47 | 13 | JASON SOULE, DIRECT EXAMINATION |
| 04:29:47 | 14 | BY MS. RODNEY: |
| 04:29:55 | 15 | Q. Will you please state and spell your last name for the |
| 04:29:56 | 16 | record? |
| 04:29:56 | 17 | A. Yes. My name is Jason Soule. Last name is spelled |
| 04:30:01 | 18 | S-o-u-l-e. |
| 04:30:03 | 19 | Q. Where do you work? |
| 04:30:04 | 20 | A. I'm a special agent with the FBI, Milwaukee division. |
| 04:30:07 | 21 | Q. Is that the Federal Bureau of Investigation? |
| 04:30:09 | 22 | A. Yes, ma'am, it is. |
| 04:30:10 | 23 | Q. How long have you worked as a special agent? |
| 04:30:12 | 24 | A. Approximately three years as a special agent. |
| 04:30:15 | 25 | Q. Are you assigned to a particular squad or group in |

For a copy of this transcript, contact April Metzler, CRR
at (312) 408-5154

04:30:18   1   Milwaukee?
04:30:18   2   A.  I'm -- sorry.  I'm currently assigned to the High
04:30:23   3   Intensity Drug Trafficking Areas task force.
04:30:23   4   Q.  Is that also known as HIDTA?
04:30:25   5   A.  Yes, ma'am, it is.
04:30:27   6   Q.  And is that located in Milwaukee?
04:30:29   7   A.  Yes.
04:30:29   8   Q.  And prior to becoming a special agent, did you have any
04:30:33   9   other law enforcement [sic]?
04:30:34  10   A.  I was a police officer in Tucson, Arizona for
04:30:37  11   approximately three years.
04:30:38  12   Q.  And what are your current responsibilities as a special
04:30:41  13   agent?
04:30:41  14   A.  Currently responsible for investigating violent gangs and
04:30:46  15   narcotic trafficking on the north side of Milwaukee.
04:30:50  16   Q.  Do your responsibilities also include handling and
04:30:53  17   processing evidence?
04:30:55  18   A.  Yes.
04:30:55  19   Q.  I'd like to direct your attention to July 15th of 2009.
04:30:59  20   Were you working at the Milwaukee HIDTA office that day?
04:31:01  21   A.  Yes, ma'am, I was.
04:31:03  22   Q.  And what was your assignment?
04:31:05  23   A.  I was part of a search team.  Upon completion of the
04:31:10  24   location where I was responsible for, I came back and started
04:31:15  25   receiving property from other search teams, who had been out

04:31:17  1    on various search warrants throughout the city.

04:31:20  2    Q.  And how did you go about receiving that property from

04:31:23  3    those other search locations?

04:31:26  4    A.  When we'd receive the property, we'd separate the property

04:31:31  5    based on location.

04:31:33  6    Q.  Was anyone else working with you at the HIDTA office that

04:31:36  7    day?

04:31:37  8    A.  Typically we have about two or three special agents.

04:31:40  9    Since it is FBI property, we have two or three special agents

04:31:44  10   handling it and processing it, as FBI property, and then we

04:31:48  11   may have one or two support personnel assisting as well.

04:31:50  12   Q.  Can you just generally describe the categories of evidence

04:31:53  13   that you processed or property that you processed that day?

04:31:57  14   A.  Yes.  General evidence, such as maybe documents, such as

04:32:04  15   mail, cellphones.  Then you have narcotics; that's handled

04:32:14  16   differently.  You have weapons; that's also handled

04:32:17  17   differently.  And valuables, such as credit cards, currency,

04:32:21  18   jewelry.

04:32:26  19   Q.  I'm handing you five separate exhibits that have

04:32:33  20   previously been admitted into evidence.  And they are marked

04:32:36  21   Government Exhibit Phone 2, Government Exhibit Phone 3,

04:32:39  22   Government Exhibit Phone 4, and also Government Exhibit SIM

04:32:44  23   Card 1, and Government Exhibit SIM Card 2.  Do you recognize

04:32:49  24   those exhibits, Agent?

04:32:50  25   A.  Yes, I do.

| | | |
|---|---|---|
| 04:32:51 | 1 | Q.  And what are they? |
| 04:32:54 | 2 | A.  Several cellphones and several SIM cards. |
| 04:32:58 | 3 | Q.  How do you recognize those exhibits? |
| 04:33:00 | 4 | A.  They are evidence that was collected by me on July 15th. |
| 04:33:09 | 5 | I also recognize -- having just recently dealt with them -- |
| 04:33:13 | 6 | because my name is actually on -- when it was relinquished to |
| 04:33:21 | 7 | the Drug Enforcement Administration, I was required to sign |
| 04:33:21 | 8 | and date and, I believe, initial somewhere on here. |
| 04:33:25 | 9 | Q.  And when you said the evidence was collected by you, where |
| 04:33:28 | 10 | were you when you collected that evidence? |
| 04:33:30 | 11 | A.  I was at the HIDTA, the Milwaukee HIDTA when I originally |
| 04:33:35 | 12 | collected the evidence. |
| 04:33:36 | 13 | Q.  So you were not at the location that the -- |
| 04:33:39 | 14 | A.  No, I was not. |
| 04:33:40 | 15 | Q.  And from whom did you receive that evidence, when you were |
| 04:33:43 | 16 | at HIDTA? |
| 04:33:44 | 17 | A.  The evidence was received by the search team leader, which |
| 04:33:48 | 18 | is Detective Dean Newport of the Milwaukee Police Department. |
| 04:33:52 | 19 | Q.  And what did you do with the exhibits when you received |
| 04:33:55 | 20 | them -- I'm sorry.  Let me back up. |
| 04:33:57 | 21 | In what condition were the exhibits, when you |
| 04:34:00 | 22 | received them at the HIDTA office? |
| 04:34:02 | 23 | A.  The search team did a pretty good job of separating the |
| 04:34:07 | 24 | contents of the items that were taken from the residence into |
| 04:34:10 | 25 | the, you know, general -- the categories that I had mentioned |

| | | |
|---|---|---|
| 04:34:14 | 1 | earlier.  The cellphones, I believe, were in a large brown |
| 04:34:18 | 2 | paper bag. |
| 04:34:19 | 3 | Q.  Were there other phones in addition to the ones in front |
| 04:34:22 | 4 | of you? |
| 04:34:22 | 5 | A.  Yes, ma'am, there were. |
| 04:34:23 | 6 | Q.  Were the SIM cards also in that brown paper bag that you |
| 04:34:27 | 7 | referenced? |
| 04:34:28 | 8 | A.  Yes, some cellphones, some cards, and maybe a few chargers |
| 04:34:32 | 9 | as well. |
| 04:34:33 | 10 | Q.  And what did you do with those exhibits, when you received |
| 04:34:35 | 11 | them -- |
| 04:34:36 | 12 | A.  I would take the cellphones.  I would jot down the serial |
| 04:34:40 | 13 | numbers for each phone.  If I was able to get a serial |
| 04:34:43 | 14 | number -- or a phone number off the phone, I would also |
| 04:34:45 | 15 | include that as well.  But I basically inventoried the |
| 04:34:48 | 16 | property, once I received it. |
| 04:34:50 | 17 | Q.  Are those exhibits in substantially the same condition now |
| 04:34:53 | 18 | as they were when you first received them? |
| 04:34:57 | 19 | A.  Yes, except, you know, of course, it didn't have a |
| 04:35:01 | 20 | Government Exhibit sticker on it, when I received it. |
| 04:35:05 | 21 | Q.  And after you received the exhibits, what did you do with |
| 04:35:07 | 22 | them, after you inventoried them, what did you do with them? |
| 04:35:11 | 23 | A.  Then we do a cellphone analysis where we -- while still |
| 04:35:19 | 24 | maintaining possession of the cellphones, we have one of our |
| 04:35:22 | 25 | analysts analyze the cellphones. |

| | | |
|---|---|---|
| 04:35:25 | 1 | Q. So did you give the exhibits to someone? |
| 04:35:28 | 2 | A. Yes. They were handed -- they were handed off to |
| 04:35:33 | 3 | intelligent analyst Nicole Smith. |
| 04:35:36 | 4 | Q. Who did you give the exhibits to on July 15th? |
| 04:35:39 | 5 | A. Well, originally I accepted custody of the phones, turned |
| 04:35:43 | 6 | them over to one of the support personnel, I had mentioned |
| 04:35:48 | 7 | earlier, who was there. Her responsibility was to have the |
| 04:35:51 | 8 | phones analyzed. However, due to time constraints, we weren't |
| 04:35:55 | 9 | able to. So she ended up returning the phones to me, which I |
| 04:35:59 | 10 | signed custody for once again. I think that is probably |
| 04:36:02 | 11 | within a five- or ten-minute span. And then the phones were |
| 04:36:06 | 12 | turned over to the intelligence analyst, Nicole Smith, |
| 04:36:11 | 13 | several, several minutes later. |
| 04:36:13 | 14 | Q. Did you receive those exhibits back into your custody? |
| 04:36:18 | 15 | A. The -- all evidence was maintained in our secure storage |
| 04:36:23 | 16 | over at the HIDTA. The FBI has a room where we conduct a lot |
| 04:36:30 | 17 | of our in-house reports that the rest of the HIDTA, the task |
| 04:36:34 | 18 | force, do not have access to. It is a secured door, and we |
| 04:36:39 | 19 | also do have a safe inside of that room. |
| 04:36:41 | 20 | Q. Did you put the phones and SIM cards -- |
| 04:36:44 | 21 | A. Yes. |
| 04:36:44 | 22 | Q. -- in that facility? |
| 04:36:46 | 23 | A. Yes, ma'am, I did. |
| 04:36:47 | 24 | Q. How long did you -- |
| 04:36:48 | 25 | A. Well, FBI standards, we are required to turn evidence in |

04:36:52  1  within ten days of receiving it.  Because of the amount -- the
04:36:58  2  volume of cellphones that were recovered during this
04:37:01  3  particular operation, it was -- it ended up being a few days
04:37:06  4  before we were actually able to download the phones.  I ended
04:37:10  5  up relinquishing custody of the phones on July 23rd, I
04:37:15  6  believe, to our evidence custodian technician, Frank
04:37:21  7  Majestrial (phonetic).
04:37:21  8  Q.  And was that in a different location than the HIDTA
04:37:25  9  office?
04:37:25  10  A.  Yes, it's actually at our main building.  Again, I'm at a
04:37:31  11  satellite office where the evidence was collected.  Usually
04:37:34  12  when you collect evidence there, we'll bring it over to our
04:37:37  13  main office, which is approximately two miles away.
04:37:40  14  Q.  And why did you relinquish the evidence to your evidence
04:37:43  15  technician at their office?
04:37:45  16  A.  He puts it into our database and takes sole custody, and
04:37:50  17  he actually ends up taking all items of evidentiary value and
04:37:55  18  placing them in a vault.
04:37:56  19  Q.  Did he place those items in a vault?
04:37:59  20  A.  Yes, ma'am, he did.
04:38:00  21  Q.  And I'm referring Government Exhibits Phones 2 through 4
04:38:03  22  and SIM Cards 1 through 2.
04:38:06  23  A.  Yes, ma'am, he did.
04:38:07  24  Q.  Did you remove this evidence from FBI's evidence vault?
04:38:13  25  A.  Yes.

| | | |
|---|---|---|
| 04:38:13 | 1 | Q.  When did you do so? |
| 04:38:14 | 2 | A.  The date, I believe, was March 10th. |
| 04:38:16 | 3 | Q.  Of what year? |
| 04:38:17 | 4 | A.  I'm sorry.  Of this year, 2011. |
| 04:38:20 | 5 | Q.  And why did you remove them from the evidence vault? |
| 04:38:22 | 6 | A.  Well, to meet with the prosecution and to, I guess -- |
| 04:38:31 | 7 | Q.  What -- |
| 04:38:31 | 8 | A.  Oh, I'm sorry.  Go ahead. |
| 04:38:32 | 9 | Q.  I'm sorry. |
| 04:38:32 | 10 | What did you do with the exhibits, when you removed |
| 04:38:35 | 11 | them from the evidence vault? |
| 04:38:36 | 12 | A.  I brought them from the FBI building to the HIDTA where |
| 04:38:42 | 13 | we -- |
| 04:38:42 | 14 | Q.  Did you transfer custody of the exhibits to someone? |
| 04:38:46 | 15 | A.  On this day, yes.  The phones were transferred custody to |
| 04:38:50 | 16 | DEA Special Agent Tuskman (phonetic). |
| 04:38:54 | 17 | Q.  And is that indicated on the evidence bag? |
| 04:38:56 | 18 | A.  Yes.  As mentioned before, my name is up top there, |
| 04:39:00 | 19 | signature, and the date. |
| 04:39:03 | 20 | Q.  And were the exhibits put into the packaging they are |
| 04:39:09 | 21 | currently in, in March 2011? |
| 04:39:10 | 22 | A.  Yes, ma'am, they were. |
| 04:39:12 | 23 | MS. RODNEY:  Your Honor, I have nothing further for |
| 04:39:13 | 24 | this witness. |
| 04:39:14 | 25 | THE COURT:  Okay. |

04:39:16   1          MR. RUBINO:  I have no questions of this witness.

04:39:17   2          THE COURT:  Okay.  All right, sir, you may step down

04:39:20   3  and be excused.

04:39:21   4          THE WITNESS:  Thank you, your Honor.

04:39:23   5          (Witness leaves the stand.)

04:39:25   6          MS. GUREN:  Your Honor, at this time the Government

04:39:26   7  calls Nicole Smith.

04:39:27   8          THE COURT:  Okay.

04:39:34   9          MS. GUREN:  And, your Honor, we have summary charts

04:39:37  10  that are copies for the jury.  I think in order to save time

04:39:41  11  because we're towards the end of the day, unless the jury is

04:39:44  12  having a hard time seeing the chart on the projector, we'll

04:39:48  13  try it that way first.  But we would just ask that if there

04:39:52  14  was any trouble, that we would be able to have the opportunity

04:39:55  15  to pass out the binders.

04:39:58  16          THE COURT:  Okay.

04:40:06  17          (Witness takes the stand.)

04:40:14  18          THE COURT:  Please raise your right hand.

04:40:17  19          (The witness was sworn.)

04:40:21  20          THE COURT:  Okay.  You may proceed.

04:40:21  21                          - - -

04:40:21  22          NICOLE SMITH, DIRECT EXAMINATION

04:40:21  23  BY MS. GUREN:

04:40:26  24  Q.  Good afternoon.

04:40:26  25          Can you state your name and spell your last name for

| | | |
|---|---|---|

04:40:28  1   the jury?

04:40:29  2   A.  My name is Nicole Marie Smith, S-m-i-t-h.

04:40:33  3   Q.  What is your current position?

04:40:34  4   A.  I'm an intelligence analyst at the Milwaukee HIDTA.

04:40:38  5   Q.  What does it mean to be an intelligence analyst?

04:40:41  6   A.  I aid investigators with their investigation, do a lot of

04:40:45  7   phone analysis, find people, identification, things like that.

04:40:49  8   Q.  What is your formal educational background?

04:40:51  9   A.  I have my master's degree in criminal justice.

04:40:54  10  Q.  Did you receive any special training as an intelligence

04:40:58  11  analyst?

04:40:59  12  A.  Yes.

04:41:00  13  Q.  What training was that?

04:41:01  14  A.  When you get the job, they send you to various schools to

04:41:04  15  learn how to conduct investigations.

04:41:05  16  Q.  Did you receive any specific training in analyzing phones?

04:41:09  17  A.  Yes.

04:41:10  18  Q.  What training was that?

04:41:11  19  A.  We had a representative from Cellebrite come and teach us

04:41:15  20  how to use the equipment that they gave us.

04:41:18  21  Q.  What is Cellebrite?

04:41:19  22  A.  It's a cellphone downloading machine.

04:41:21  23  Q.  I'm sorry.  I didn't hear that.

04:41:24  24  A.  It's a cellphone downloading machine.

04:41:26  25  Q.  Okay.  Approximately how many cellphones have you searched

| | | |
|---|---|---|
| 04:41:30 | 1 | or analyzed during your time as an intelligence analyst? |
| 04:41:35 | 2 | A.  Hundreds. |
| 04:41:36 | 3 | Q.  What is a SIM card? |
| 04:41:37 | 4 | A.  A SIM card is like a memory device that you hold inside |
| 04:41:41 | 5 | the card.  Sometimes it has cellphone numbers.  It'll hold |
| 04:41:44 | 6 | text messages.  Depending on the phone company, it holds |
| 04:41:48 | 7 | different things. |
| 04:41:49 | 8 | Q.  And does that go inside a phone? |
| 04:41:51 | 9 | A.  Yes. |
| 04:41:51 | 10 | Q.  How many SIM cards have you searched? |
| 04:41:53 | 11 | A.  Hundreds as well. |
| 04:41:54 | 12 | Q.  Turning to July 15th, 2009, what, if anything, was your |
| 04:41:58 | 13 | assignment related to phones that day? |
| 04:42:00 | 14 | A.  I was to download all the cellphones that we got from |
| 04:42:03 | 15 | search warrants that we conducted that day. |
| 04:42:05 | 16 | Q.  What location were you at when you were doing this? |
| 04:42:08 | 17 | A.  The Milwaukee HIDTA. |
| 04:42:10 | 18 | Q.  Did you conduct a search of cellphones related to an |
| 04:42:13 | 19 | investigation in this case? |
| 04:42:14 | 20 | A.  Yes. |
| 04:42:14 | 21 | Q.  And SIM cards? |
| 04:42:15 | 22 | A.  Yes. |
| 04:42:16 | 23 | Q.  How did you receive those phones and SIM cards? |
| 04:42:19 | 24 | A.  After the search warrant was conducted on the address, |
| 04:42:23 | 25 | they were given to me in a bag. |

824

| | | |
|---|---|---|
| 04:42:25 | 1 | Q.  What day were they given to you? |
| 04:42:27 | 2 | A.  July 15th. |
| 04:42:30 | 3 | Q.  At this time I'm going to show you what's already been |
| 04:42:32 | 4 | admitted into evidence as Government Exhibit Phone 2, |
| 04:42:36 | 5 | Government Exhibit Phone 3 and Phone 4, as well as Government |
| 04:42:41 | 6 | Exhibit SIM Card 1 and SIM Card 2.  Do you recognize these |
| 04:42:51 | 7 | exhibits? |
| 04:42:52 | 8 | A.  Yes. |
| 04:42:52 | 9 | Q.  What are they? |
| 04:42:53 | 10 | A.  These are the phones that were given to me and SIM cards |
| 04:42:56 | 11 | from 4223 Glendale. |
| 04:42:59 | 12 | Q.  And how do you recognize them? |
| 04:43:01 | 13 | A.  Some of them have my sticky notes on them that I use when |
| 04:43:06 | 14 | I analyze them, and I was able to review them beforehand and |
| 04:43:10 | 15 | know that these are the phones. |
| 04:43:11 | 16 | Q.  When you say the sticky note, is that the tag -- |
| 04:43:15 | 17 | A.  Yeah, on the SIM cards I put little tags to tell them |
| 04:43:20 | 18 | apart. |
| 04:43:21 | 19 | Q.  And what are those tags labeled? |
| 04:43:24 | 20 | A.  SIM 1 and SIM 2 in my handwriting. |
| 04:43:27 | 21 | Q.  Did you end up analyzing Government Exhibit Phones 2 |
| 04:43:32 | 22 | through 4 and SIM Card 1 and 2? |
| 04:43:35 | 23 | A.  Yes. |
| 04:43:35 | 24 | Q.  Did you analyze that day, on July 15th? |
| 04:43:38 | 25 | A.  No. |

| | | |
|---|---|---|
| 04:43:39 | 1 | Q.  What date? |
| 04:43:40 | 2 | A.  The 16th. |
| 04:43:40 | 3 | Q.  Where were the Government Exhibits 2 through 4 and |
| 04:43:43 | 4 | Government Exhibits SIM Card 1 and 2 kept in the meantime? |
| 04:43:46 | 5 | A.  In the bag that they were given to me in in the cellphone |
| 04:43:49 | 6 | downloading room at the Milwaukee HIDTA. |
| 04:43:51 | 7 | Q.  What was the first thing you did in your examination of |
| 04:43:54 | 8 | just Government Exhibits Phones 2 and 3? |
| 04:43:56 | 9 | A.  2 and 3, I opened them up, looked at the back to get the |
| 04:44:01 | 10 | model number, so I could plug them into the system correctly. |
| 04:44:04 | 11 | And then I do a manual search to find the telephone number |
| 04:44:09 | 12 | associated with them. |
| 04:44:09 | 13 | Q.  Were you able to find the telephone number associated with |
| 04:44:12 | 14 | those phones? |
| 04:44:13 | 15 | A.  Yes. |
| 04:44:13 | 16 | Q.  What was the telephone number for Government Exhibit? |
| 04:44:16 | 17 | A.  807-1085, 414 area code. |
| 04:44:21 | 18 | MR. RUBINO:  I'm sorry.  I couldn't hear the number, |
| 04:44:23 | 19 | please. |
| 04:44:30 | 20 | (Record read.) |
| 04:44:30 | 21 | BY MS. GUREN: |
| 04:44:31 | 22 | Q.  And, actually, Ms. Smith, do you mind slowing down a |
| 04:44:33 | 23 | little bit -- |
| 04:44:33 | 24 | MR. RUBINO:  I'm sorry, your Honor. |
| 04:44:34 | 25 | MS. GUREN:  Thank you. |

| | | |
|---|---|---|
| 04:44:34 | 1 | THE COURT: It's no problem. |
| 04:44:36 | 2 | BY MS. GUREN: |
| 04:44:36 | 3 | Q. In terms of Government Exhibit Phone 3, what phone number |
| 04:44:39 | 4 | did you find with that phone? |
| 04:44:40 | 5 | A. That was a 708 number. It's on the back. |
| 04:44:44 | 6 | Q. And I think I confused you. I'm not referring to |
| 04:44:46 | 7 | Government Exhibit Phone 4. |
| 04:44:47 | 8 | A. Oh, I'm sorry. |
| 04:44:48 | 9 | Q. For Government Exhibit Phone 3, what was -- |
| 04:44:51 | 10 | A. Oh, that was the same, the 807-1085, 414 area code. |
| 04:44:57 | 11 | Q. Are you familiar with the term contact list or phonebook? |
| 04:45:00 | 12 | A. Yes. |
| 04:45:00 | 13 | Q. What is that? |
| 04:45:01 | 14 | A. It's the numbers that you put into your phone that you |
| 04:45:05 | 15 | want to keep by name and phone -- associated phone number. |
| 04:45:08 | 16 | Q. Did Cellebrite recover any contacts from Government |
| 04:45:13 | 17 | Exhibits Phones 2 and 3? |
| 04:45:14 | 18 | A. Could I see the report? |
| 04:45:16 | 19 | Q. Are you asking to refresh your memory? |
| 04:45:18 | 20 | A. Yes, ma'am. |
| 04:45:19 | 21 | Q. And what would refresh your memory? |
| 04:45:21 | 22 | A. Seeing the report that I generated from the Cellebrite. |
| 04:45:25 | 23 | Q. And what I'm going to do is I anticipated that you may |
| 04:45:29 | 24 | need to refer to this on other occasions, so I'm going to hand |
| 04:45:32 | 25 | you all of the Cellebrite reports that are associated with |

| | |
|---|---|
| 04:45:35 | 1 |
| 04:45:39 | 2 |
| 04:45:43 | 3 |
| 04:45:46 | 4 |
| 04:45:51 | 5 |
| 04:45:55 | 6 |
| 04:45:57 | 7 |
| 04:46:05 | 8 |
| 04:46:08 | 9 |
| 04:46:08 | 10 |
| 04:46:09 | 11 |
| 04:46:13 | 12 |
| 04:46:16 | 13 |
| 04:46:17 | 14 |
| 04:46:20 | 15 |
| 04:46:25 | 16 |
| 04:46:29 | 17 |
| 04:46:32 | 18 |
| 04:46:34 | 19 |
| 04:46:37 | 20 |
| 04:46:41 | 21 |
| 04:46:42 | 22 |
| 04:46:45 | 23 |
| 04:46:48 | 24 |
| 04:46:52 | 25 |

1 these items, and at the same time hand them to defense

2 counsel, so that he has access to them as well.

3          And what I would ask you to do is when you do look at

4 the report, can you ask to refresh your memory with it, and

5 otherwise keep the reports facedown?

6 A.  We're talking about Phone 2 right now?

7 Q.  So Phones 2 and 3.

8          The question is:  Did Cellebrite recover any

9 contacts?

10 A.  Yes.

11 Q.  In phones -- Government Phones 2 and 3, are you familiar

12 with the contact Ron?

13 A.  Yes.

14 Q.  What was the phone number listed with the contact Ron?

15 A.  I'm going to refresh my memory with the report.

16          (773) 858- --

17 Q.  I would just ask you when you do refresh your memory read

18 it and turn it back over.

19 A.  Okay.  (773) 858-6892.

20 Q.  And -- I'm sorry.  Read it to yourself and refresh your

21 memory, and then turn it back over.

22          But did you -- so in the future.

23          For that number associated with Ron, did you just say

24 it was (773) 858-6892?

25 A.  Yes.

| | | |
|---|---|---|
| 04:46:52 | 1 | Q.  Okay.  For Government Exhibit Phone 2, was there any set |
| 04:46:55 | 2 | of numbers or symbols before this contact number for Ron |
| 04:46:59 | 3 | before that phone number? |
| 04:47:00 | 4 | A.  Yes, star 82. |
| 04:47:02 | 5 | Q.  Are you familiar with what star 82 means? |
| 04:47:05 | 6 | A.  Yes. |
| 04:47:06 | 7 | Q.  What does it mean? |
| 04:47:07 | 8 | A.  When you have -- when you block your cellphone number. |
| 04:47:09 | 9 | What it means is that when you dial that person's cellphone |
| 04:47:13 | 10 | number, your contact information shows, so your number isn't |
| 04:47:16 | 11 | blocked, so they can see it's you calling them. |
| 04:47:18 | 12 | Q.  So in this case is it Government Phone 2 that was blocked, |
| 04:47:22 | 13 | with the star 82 unblocking it, when he calls that particular |
| 04:47:26 | 14 | contact? |
| 04:47:27 | 15 | A.  Correct. |
| 04:47:27 | 16 | Q.  Are you familiar with the term text message? |
| 04:47:29 | 17 | A.  Yes. |
| 04:47:30 | 18 | Q.  What is it? |
| 04:47:30 | 19 | A.  It's a written message that you can send via your |
| 04:47:34 | 20 | cellphone. |
| 04:47:34 | 21 | Q.  Were there any text messages recovered from Government |
| 04:47:38 | 22 | Exhibit Phone 2? |
| 04:47:38 | 23 | A.  Phone 2, I'm just going to refresh really quick with |
| 04:47:41 | 24 | the -- |
| 04:47:41 | 25 | Q.  Just read it silently to yourself, and when you're done |

| | | |
|---|---|---|
| 04:47:45 | 1 | turn it back over. |
| 04:47:51 | 2 | A.  No, there were no text messages with Phone 2. |
| 04:47:54 | 3 | Q.  For Government Exhibit Phone 3 were there any text |
| 04:47:58 | 4 | messages recovered? |
| 04:47:59 | 5 | A.  Yes. |
| 04:47:59 | 6 | Q.  Do you want to check your -- |
| 04:48:01 | 7 | A.  Oh, sure. |
| 04:48:10 | 8 | Oh, I'm sorry.  No, there were not. |
| 04:48:12 | 9 | Q.  Now, turning to Government Exhibit Phone 4, for Government |
| 04:48:18 | 10 | Exhibit Phone 4, were you able to analyze the actual phone |
| 04:48:20 | 11 | with Cellebrite? |
| 04:48:21 | 12 | A.  No. |
| 04:48:21 | 13 | Q.  What instead did you do? |
| 04:48:23 | 14 | A.  I took the SIM card out of it and analyzed the SIM card. |
| 04:48:26 | 15 | Q.  Were you able to recover a contacts list from that phone? |
| 04:48:30 | 16 | A.  I'm going to have a look again. |
| 04:48:32 | 17 | Q.  And just look at it, and when you're done, turn it back |
| 04:48:35 | 18 | over. |
| 04:48:37 | 19 | A.  Yes. |
| 04:48:38 | 20 | Q.  How many contacts did you recover? |
| 04:48:40 | 21 | A.  Four. |
| 04:48:41 | 22 | Q.  What were the names listed for the contact? |
| 04:48:43 | 23 | A.  They were 414 and more, customer service, voice-mail, and |
| 04:48:48 | 24 | RR. |
| 04:48:49 | 25 | Q.  What was the number listed for RR? |

04:48:52  1   A.  I'm going to refresh my memory again with this.

04:48:56  2            (708) 566- -- I'm going to have to look at it

04:49:01  3   again -- -7480.

04:49:03  4   Q.  And just so that's clear for the record, was that

04:49:05  5   (708) 566-7488?

04:49:09  6            MR. RUBINO:  88?

04:49:10  7            MS. GUREN:  I'm sorry.  7480.

04:49:12  8            MR. RUBINO:  8-0.  Sorry.  Thank you.

04:49:15  9            THE WITNESS:  Yes.

04:49:16  10  BY MS. GUREN:

04:49:16  11  Q.  Were any text messages recovered from that phone?

04:49:19  12  A.  I'm going to have to refresh my memory again.

04:49:21  13  Q.  Please do.

04:49:22  14  A.  Yes.

04:49:22  15  Q.  How many?

04:49:23  16  A.  Three.

04:49:24  17  Q.  What were the phone numbers or contact names associated

04:49:28  18  for those three text messages?

04:49:30  19  A.  One was RR.  And another one, I'll have to look at the

04:49:33  20  report again to get the number.  And that was 39411.

04:49:41  21  Q.  Turning now to Government Exhibit SIM Card 1, were you

04:49:45  22  able to analyze Government Exhibit SIM Card 1?

04:49:48  23  A.  Yes.

04:49:49  24  Q.  How did you analyze it?

04:49:51  25  A.  You can just plug the SIM cards into the Cellebrite

| | | |
|---|---|---|
| 04:49:53 | 1 | machine and get a report off of them. |
| 04:49:55 | 2 | Q.  Were you able to recover a contact list or a phonebook |
| 04:49:58 | 3 | from that cell -- from that SIM card? |
| 04:50:00 | 4 | A.  I'm going to refresh my memory with the report again. |
| 04:50:03 | 5 | With SIM 1. |
| 04:50:05 | 6 | Q.  SIM Card 1? |
| 04:50:07 | 7 | A.  Yes. |
| 04:50:08 | 8 | Q.  How many contacts did you recover -- did you -- were you |
| 04:50:11 | 9 | able to recover? |
| 04:50:12 | 10 | A.  Three. |
| 04:50:13 | 11 | Q.  What were those contacts? |
| 04:50:14 | 12 | A.  The customer care, voice-mail, and RR. |
| 04:50:17 | 13 | Q.  Did you also recover text messages? |
| 04:50:21 | 14 | A.  I'm going to look again. |
| 04:50:23 | 15 | Yes. |
| 04:50:24 | 16 | Q.  At this time I'm going to hand you Government Exhibit |
| 04:50:29 | 17 | Summary Chart 2.  I'm also going to put the first page on the |
| 04:50:32 | 18 | screen, but it might be easier for you to look at the hard |
| 04:50:36 | 19 | copy. |
| 04:50:57 | 20 | Do you recognize that? |
| 04:50:58 | 21 | A.  Yes. |
| 04:50:58 | 22 | Q.  What is it? |
| 04:50:59 | 23 | A.  It's a cell -- or I'm sorry -- it's a summary chart made |
| 04:51:03 | 24 | off of the report that I had made off of Cellebrite. |
| 04:51:07 | 25 | Q.  What were -- and you said it was made off of the |

04:51:11  1  Cellebrite report.

04:51:12  2      And did that information come from Government

04:51:14  3  Exhibit SIM Card 1?

04:51:16  4  A.  Yes.

04:51:16  5  Q.  Did you review this summary chart for accuracy?

04:51:19  6  A.  I did.

04:51:20  7  Q.  Is this exhibit a true and accurate summary of incoming

04:51:24  8  text messages from the contact RR that you recovered from

04:51:28  9  Government Exhibit SIM Card 1?

04:51:30  10  A.  Yes.

04:51:31  11      MS. GUREN:  At this time we would move Government

04:51:34  12  Exhibit Summary 2 into evidence.

04:51:34  13      THE COURT:  Okay.  It will be admitted.

04:51:36  14      MS. GUREN:  Permission to publish, your Honor?

04:51:38  15      THE COURT:  You may.

04:51:39  16  BY MS. GUREN:

04:51:39  17  Q.  I just want to go through with you the organization of

04:51:41  18  this.  And for purposes of the jury, just give me a moment to

04:51:48  19  better magnify.  I'm just going to magnify that top part.

04:51:51  20      Does that top part read Government Exhibit Summary 2,

04:51:55  21  Incoming Text Messages From RR from Government Exhibit Summary

04:52:02  22  Card 1?

04:52:03  23  A.  Yes.

04:52:03  24  Q.  Can you go through with me the organization of the chart

04:52:05  25  going through the column heads?

04:52:05  1   A.  It looks like the first column is just a numerical, how
04:52:09  2   many there were.  The next is the number that had contact with
04:52:14  3   the SIM card that I downloaded.  The next name is
04:52:18  4   associated -- the number that was associated with that phone
04:52:22  5   number.  The date, time, and then the context of the text
04:52:27  6   message.
04:52:27  7   Q.  Just taking it one step at a time, is the number and name
04:52:30  8   from the contact list of the SIM Card 1 that you looked at?
04:52:34  9   A.  Yes.
04:52:34  10  Q.  And is that number -- is that name RR?
04:52:37  11  A.  Yes.
04:52:37  12  Q.  Is that associated with the phone number (773) 290-3132?
04:52:43  13  A.  Yes.
04:52:43  14  Q.  And going through the date, is this the date that's
04:52:46  15  associated with the text message --
04:52:48  16  A.  Yes.
04:52:48  17  Q.  -- that was recovered?
04:52:49  18      And the time was also the time of that text message?
04:52:53  19  A.  Yes.
04:52:53  20  Q.  And for the time, it looks like, it's in 24-hour time or
04:52:56  21  military time --
04:52:57  22  A.  Yes.
04:52:58  23  Q.  -- is that accurate?
04:52:59  24      Looking at -- and this chart has two pages; is that
04:53:06  25  correct?

| | | |
|---|---|---|
| 04:53:06 | 1 | A.  Yes. |
| 04:53:07 | 2 | Q.  Turning to the second page, does looking at the second |
| 04:53:10 | 3 | page tell you the total number of incoming text messages from |
| 04:53:14 | 4 | the contact RR? |
| 04:53:15 | 5 | A.  Yes. |
| 04:53:16 | 6 | Q.  And I didn't ask you this earlier, but was there also |
| 04:53:19 | 7 | another text that was not from RR that was recovered from SIM |
| 04:53:23 | 8 | Card 1? |
| 04:53:23 | 9 | A.  Yes. |
| 04:53:24 | 10 | Q.  And was there a contact number associated -- contact name |
| 04:53:27 | 11 | associated with that? |
| 04:53:28 | 12 | A.  No. |
| 04:53:29 | 13 | Q.  Was there a phone number associated with that? |
| 04:53:31 | 14 | A.  Yes. |
| 04:53:32 | 15 | Q.  What was the area code to that number? |
| 04:53:36 | 16 | A.  773. |
| 04:53:36 | 17 | Q.  Now, looking -- I'm going to take you backwards, actually. |
| 04:53:40 | 18 | How many text messages in total were recovered from RR in |
| 04:53:45 | 19 | Government Exhibit SIM Card 1? |
| 04:53:47 | 20 | A.  27. |
| 04:53:48 | 21 | Q.  Was the -- and I'm going backwards, because I'm now on |
| 04:53:52 | 22 | page 2.  But was the last date of the text message |
| 04:53:57 | 23 | August 26th, 2006? |
| 04:53:58 | 24 | A.  Yes. |
| 04:53:58 | 25 | Q.  Turning to the first page, was the beginning date range of |

| | | |
|---|---|---|
| 04:54:03 | 1 | these text messages recovered July 24th, 2006? |
| 04:54:06 | 2 | A.  Yes. |
| 04:54:07 | 3 | Q.  I just want to ask you about some particular text |
| 04:54:10 | 4 | messages. |
| 04:54:11 | 5 | Looking at, for example, row eight, does that show a |
| 04:54:17 | 6 | text message at July 28, 2006, 13:08:25? |
| 04:54:25 | 7 | A.  Yes. |
| 04:54:25 | 8 | Q.  And would that be 1:08:25 p.m.? |
| 04:54:29 | 9 | A.  Yes. |
| 04:54:29 | 10 | Q.  Does that text message read, So what time you going to |
| 04:54:33 | 11 | come? |
| 04:54:34 | 12 | A.  Yes. |
| 04:54:34 | 13 | Q.  And looking down at the line that says 11 on that, what is |
| 04:54:37 | 14 | the date and time of that text message? |
| 04:54:39 | 15 | A.  On line 11 it should be July 30th, 2006 at 11:32:28. |
| 04:54:46 | 16 | Q.  What does that text message say? |
| 04:54:48 | 17 | A.  It says, I need you come up to bring that change and come |
| 04:54:53 | 18 | back tomorrow. |
| 04:54:54 | 19 | Q.  And, finally, just looking at the line 13, what date and |
| 04:54:59 | 20 | time is that text message? |
| 04:55:01 | 21 | A.  August 1st, 2006 at 7:16. |
| 04:55:05 | 22 | Q.  What does that text message read? |
| 04:55:07 | 23 | A.  When you coming. |
| 04:55:16 | 24 | Q.  Turning now to SIM Card 2, did you also analyze Government |
| 04:55:23 | 25 | Exhibit SIM Card 2? |

| | | |
|---|---|---|
| 04:55:23 | 1 | A.  I did. |
| 04:55:24 | 2 | Q.  How did you analyze that? |
| 04:55:25 | 3 | A.  Same way I did SIM Card 1.  I took the SIM card and put it |
| 04:55:31 | 4 | in the Cellebrite machine. |
| 04:55:33 | 5 | Q.  Did you recover a contact list or a phonebook for that |
| 04:55:35 | 6 | one? |
| 04:55:35 | 7 | A.  May I look at my report again?  I need to refresh my |
| 04:55:39 | 8 | memory. |
| 04:55:39 | 9 | Q.  You can. |
| 04:55:48 | 10 | A.  I did get a contact list. |
| 04:55:50 | 11 | Q.  And was there a contact associated with the name Ron? |
| 04:55:54 | 12 | A.  Yes. |
| 04:55:54 | 13 | Q.  What was the phone number associated with the contact |
| 04:55:57 | 14 | named Ron? |
| 04:55:58 | 15 | A.  I'll have to refer to the report again. |
| 04:56:19 | 16 | 858 -- sorry, I'm going to have to look again. |
| 04:56:23 | 17 | Q.  It's all right. |
| 04:56:27 | 18 | A.  (Continuing.) -- 6892, 773 area code. |
| 04:56:31 | 19 | Q.  Okay.  Were there any text messages associated -- or I'm |
| 04:56:35 | 20 | sorry -- recovered from Government Exhibit SIM Card 2? |
| 04:56:37 | 21 | A.  No. |
| 04:56:38 | 22 | Q.  After you completed your search of Government Exhibit |
| 04:56:42 | 23 | Phone 2, 3, 4, and Government Exhibit SIM Card 1 and 2, what |
| 04:56:46 | 24 | did you do with these phones and SIM cards? |
| 04:56:49 | 25 | A.  I put them back in the bag that they were given to me, and |

837

| | | |
|---|---|---|
| 04:56:52 | 1 | I handed them back to Special Agent Soule. |
| 04:56:55 | 2 | MS. GUREN: One moment, your Honor? |
| 04:57:05 | 3 | No further questions. |
| 04:57:05 | 4 | - - - |
| 04:57:05 | 5 | NICOLE SMITH, CROSS-EXAMINATION |
| 04:57:05 | 6 | BY MR. RUBINO: |
| 04:57:22 | 7 | Q. Good afternoon. |
| 04:57:22 | 8 | A. Hi. |
| 04:57:27 | 9 | Q. Ms. Smith, Mrs.? |
| 04:57:29 | 10 | A. Miss. |
| 04:57:30 | 11 | Q. Miss Smith, telephone number 2, the phone number was |
| 04:57:40 | 12 | (414) 807-1085; is that correct? |
| 04:57:46 | 13 | A. I'd have to refer to my -- |
| 04:57:47 | 14 | Q. You can use it all you want, turn it over, leave it over. |
| 04:57:51 | 15 | You don't have to flip it back and forth for me. |
| 04:57:53 | 16 | A. For Phone 2? |
| 04:57:55 | 17 | Q. Phone 2. |
| 04:58:00 | 18 | A. Yes. |
| 04:58:01 | 19 | Q. And stay there. |
| 04:58:03 | 20 | And Phone 3 had the exact same number, did it not? |
| 04:58:07 | 21 | A. Yes. |
| 04:58:07 | 22 | Q. So Phones 2 and 3 both have the same number -- |
| 04:58:11 | 23 | A. Yes. |
| 04:58:11 | 24 | Q. -- correct? |
| 04:58:12 | 25 | Okay. In the memory of Phone 2 and Phone 3, correct |

For a copy of this transcript, contact April Metzler, CRR
at (312) 408-5154

| | | |
|---|---|---|
| 04:58:23 | 1 | me if I'm wrong now, we don't have an RR, do we? |
| 04:58:28 | 2 | A.  No. |
| 04:58:29 | 3 | Q.  We do have a Ron, R-o-n? |
| 04:58:33 | 4 | A.  Correct. |
| 04:58:34 | 5 | Q.  And that number associated with Ron in the memory is |
| 04:58:41 | 6 | (773) 858-6892, correct? |
| 04:58:48 | 7 | A.  Yes. |
| 04:58:48 | 8 | Q.  Now, that is not the same number that the text came from, |
| 04:58:56 | 9 | is it? |
| 04:58:56 | 10 | A.  No. |
| 04:58:56 | 11 | Q.  The text came from (773) 290-3132? |
| 04:59:03 | 12 | A.  Yes. |
| 04:59:03 | 13 | Q.  So, clearly, neither one of these two phones caused this |
| 04:59:06 | 14 | text, did it? |
| 04:59:07 | 15 | A.  I'm sorry? |
| 04:59:08 | 16 | Q.  Neither one of the two phones, number 2 and number 3, were |
| 04:59:12 | 17 | the phones that initiated these text messages in number 2? |
| 04:59:17 | 18 | A.  Correct. |
| 04:59:17 | 19 | Q.  In Summary 2, am I right? |
| 04:59:23 | 20 | A.  (No response.) |
| 04:59:24 | 21 | Q.  You want me to try it again? |
| 04:59:25 | 22 | A.  No. |
| 04:59:26 | 23 | Q.  Summary 2 came from a number of 290-3132, correct? |
| 04:59:31 | 24 | A.  Summary -- no.  Summary 2 got -- received the text |
| 04:59:36 | 25 | messages from the 3132 number. |

04:59:41   1   Q.  Right.  But it -- okay.

04:59:42   2         Summary number 2 received the texts from

04:59:48   3   (713) 290-3132?

04:59:53   4   A.  Yes.

04:59:54   5   Q.  That's the sender, am I correct?  3132 is the sender?

05:00:00   6   A.  Yes.

05:00:00   7   Q.  The receiver is the SIM card and whatever phone it's in?

05:00:05   8   A.  Correct.

05:00:05   9   Q.  Okay.  So that's the sender.

05:00:06   10        So now the sender of those text messages is not the

05:00:11   11   number that was associated to the name Ron in Phones 2 and 3,

05:00:16   12   is it?

05:00:17   13   A.  No.

05:00:17   14   Q.  Okay, good.

05:00:19   15        Now, the next question I have is Phone 4, okay,

05:00:30   16   Phone 4 did have initials RR in it, didn't it?

05:00:36   17   A.  Yes.

05:00:37   18   Q.  And the number in the memory index, whatever -- what do

05:00:44   19   you call this?

05:00:44   20   A.  Just the contact list.

05:00:46   21   Q.  Contact list, okay.

05:00:47   22        The contact list had the initials RR, correct?

05:00:51   23   A.  Yes.

05:00:52   24   Q.  And Summary Chart 2 has the initials RR, correct?

05:00:56   25   A.  Yes.

840

| | | |
|---|---|---|
| 05:00:57 | 1 | Q. But they are not the same phone, are they? |
| 05:01:00 | 2 | A. No, they are not the same phone number, no. |
| 05:01:02 | 3 | Q. Entirely different. |
| 05:01:03 | 4 | One is (708) 566-7480 in phone number 4, right? |
| 05:01:09 | 5 | A. 566-7480, yes. |
| 05:01:12 | 6 | Q. So phone number 4 did not send these text messages, did |
| 05:01:18 | 7 | it? |
| 05:01:18 | 8 | A. Not with this SIM card in it, no. |
| 05:01:21 | 9 | Q. Right. |
| 05:01:21 | 10 | So that RR doesn't necessarily have -- the RR in |
| 05:01:26 | 11 | Phone 4 doesn't have to be the same RR as in Summary 2, does |
| 05:01:29 | 12 | it? |
| 05:01:30 | 13 | A. No. |
| 05:01:30 | 14 | Q. Two entirely different numbers? |
| 05:01:34 | 15 | A. (No response.) |
| 05:01:39 | 16 | Q. The SIM card number -- this is number one, your Summary |
| 05:01:47 | 17 | Chart 2. |
| 05:01:47 | 18 | SIM Card number 2, did SIM Card number 2, in its |
| 05:01:52 | 19 | memory list -- what do you -- there's a word -- |
| 05:01:55 | 20 | A. Contact list. |
| 05:01:56 | 21 | Q. Contact list. I'm getting closer. I have list. |
| 05:01:58 | 22 | In the contact list did that have an RR listed in it, |
| 05:02:06 | 23 | in the contact list? |
| 05:02:10 | 24 | A. No. |
| 05:02:11 | 25 | Q. No. |

05:02:13  1  So SIM Card 2 could not have been used to send these

05:02:19  2  text messages?

05:02:20  3  A.  Correct.

05:02:22  4  Q.  So we don't have either the phone or the SIM card that

05:02:25  5  sent these text messages, do we?

05:02:27  6  A.  That sent the text messages?

05:02:31  7  Q.  That sent them, the sender?

05:02:34  8  A.  No, we don't.

05:02:34  9  Q.  That's my point.

05:02:34  10  A.  We don't have the phone that --

05:02:35  11  Q.  We don't have that?

05:02:35  12  A.  No.

05:02:37  13  Q.  Okay.  So we don't know where that is, do we?

05:02:39  14  A.  I don't know where it is.

05:02:40  15  Q.  We don't have the faintest idea who owns it or who

05:02:44  16  subscribes to it, do we?

05:02:46  17  A.  I do not.

05:02:47  18  Q.  Last question.

05:02:48  19  Did you ever find the number (773) 691-1702 in

05:02:57  20  anything you examined?

05:03:00  21  A.  I would have to look through all the pages.  Could I write

05:03:03  22  the number down or --

05:03:05  23  Q.  I'm sorry.  I'm barely --

05:03:07  24  THE COURT:  Can she write the number down?

05:03:09  25  MR. RUBINO:  Of course, this is not a memory test.

| | | |
|---|---|---|
| 05:03:11 | 1 | Please, whatever I can ... |
| 05:03:13 | 2 | THE WITNESS:  There's a lot of numbers. |
| 05:03:15 | 3 | THE COURT:  Do you have a piece of paper? |
| 05:03:17 | 4 | MR. RUBINO:  Whatever I can do to help you is fine. |
| 05:03:20 | 5 | THE WITNESS:  Thank you. |
| 05:03:20 | 6 | BY MR. RUBINO: |
| 05:03:21 | 7 | Q.  The number is (773) 691-1702. |
| 05:03:28 | 8 | MS. GUREN:  Your Honor, we stipulate -- she doesn't |
| 05:03:30 | 9 | have to look through it -- that number is not in there. |
| 05:03:33 | 10 | THE COURT:  Okay. |
| 05:03:35 | 11 | MR. RUBINO:  I have no further questions and we've |
| 05:03:36 | 12 | saved you -- |
| 05:03:36 | 13 | THE COURT:  But I'll take my pen back. |
| 05:03:38 | 14 | MR. RUBINO:  -- some time.  Thank you. |
| 05:03:40 | 15 | MS. GUREN:  No questions, your Honor. |
| 05:03:41 | 16 | THE COURT:  Okay.  You may step down then and be |
| 05:03:43 | 17 | excused. |
| 05:03:45 | 18 | (Witness leaves the stand.) |
| 05:03:45 | 19 | THE COURT:  All right, folks.  Here is the situation. |
| 05:03:47 | 20 | It's good news for you.  We're moving very fast, much faster |
| 05:03:51 | 21 | than we thought, which means that we intend to finish the |
| 05:03:55 | 22 | trial much sooner than we thought.  And that means that one |
| 05:03:59 | 23 | way to not waste your time is if we do legal work tomorrow as |
| 05:04:04 | 24 | opposed to trial. |
| 05:04:05 | 25 | So we're not going to meet tomorrow for jury trial. |

| | | |
|---|---|---|
| 05:04:08 | 1 | We're going to meet up again on Monday, and we think that |
| 05:04:11 | 2 | we'll finish the case in chief on Monday, which means that you |
| 05:04:15 | 3 | might get the case as early as Monday evening or Tuesday.  So |
| 05:04:19 | 4 | it'll be a shorter jury trial for you. |
| 05:04:21 | 5 | Okay.  So do not come back tomorrow.  Come back on |
| 05:04:25 | 6 | Monday at 9:30.  Okay.  Thanks very much.  Have a nice long |
| 05:04:29 | 7 | weekend. |
| 05:04:29 | 8 | Oh, wait, before you go.  Remember, you know what I'm |
| 05:04:32 | 9 | going to say, right? |
| 05:04:33 | 10 | (Laughter.) |
| 05:04:35 | 11 | THE JURY:  Yeah. |
| 05:04:35 | 12 | THE COURT:  No Googling, no Twittering, no online |
| 05:04:39 | 13 | communications, don't discuss it with each other or others. |
| 05:04:42 | 14 | Please don't do outside research.  Keep it clean.  Thank you. |
| 05:05:07 | 15 | (The jury begins to leave the courtroom.) |
| 05:05:07 | 16 | THE JUROR:  Have a nice weekend. |
| 05:05:08 | 17 | THE COURT:  You too. |
| 05:05:17 | 18 | THE JUROR:  Judge, do I have to report to work |
| 05:05:19 | 19 | tomorrow? |
| 05:05:19 | 20 | THE COURT:  Oh, that's up to you. |
| 05:05:25 | 21 | (The jury leaves the courtroom.) |
| 05:05:25 | 22 | THE COURT:  Okay, folks.  Let me get a sense of what |
| 05:05:27 | 23 | we're up to next week. |
| 05:05:29 | 24 | MS. GUREN:  Yes, your Honor.  On Monday we will have |
| 05:05:31 | 25 | three witnesses.  One of them is the financial summary |

1  witness.

2      THE COURT:  Okay.

3      MS. GUREN:  So I anticipate this might take some

4  time.

5      THE COURT:  Okay.

6      MS. GUREN:  One of them will be a fairly quick

7  witness, and one of them will be a medium-sized one --

8      MR. RUBINO:  I'm sorry.  A what one is fairly quick

9  and -- I just --

10     THE COURT:  A fairly quick and a medium-sized one.

11     MR. RUBINO:  Oh, I'm sorry.

12     THE COURT:  Whatever that means.

13     MR. RUBINO:  Okay.

14     THE COURT:  And since we know that Ms. Guren doesn't

15  have a very good estimate on the time of things, I'm not sure

16  what that means.

17         (Laughter.)

18     MR. RUBINO:  Sorry.

19     MS. GUREN:  Fair enough.  I've definitely earned that

20  reputation.

21     THE COURT:  So do you think that we're talking about

22  finishing by early afternoon?  Is this a good estimate?

23     MS. GUREN:  I would say mid-afternoon.

24     THE COURT:  Okay.  All right.  Well, if it is

25  mid-afternoon, what we'll probably do is break at that point

| | | |
|---|---|---|
| 05:06:17 | 1 | and do jury instructions or clean up jury instructions, unless |
| 05:06:22 | 2 | you can let me know whether or not you're going to put on a |
| 05:06:27 | 3 | case. |
| 05:06:28 | 4 | Let me just take this time, before you say anything |
| 05:06:32 | 5 | on that, and inform you, Mr. Collins, that you do have an |
| 05:06:34 | 6 | absolute right not to testify and have the jury make any |
| 05:06:39 | 7 | inference of guilt from that refusal to testify. So if you |
| 05:06:43 | 8 | discussed -- |
| 05:06:44 | 9 | MS. GUREN: I'm sorry. I think you might have |
| 05:06:44 | 10 | misspoke, not make any inference of guilt. |
| 05:06:48 | 11 | THE COURT: Oh, I'm sorry if I just misspoke at |
| 05:06:51 | 12 | 5:00 p.m. Let me start over. |
| 05:06:52 | 13 | You have a constitutional right not to incriminate |
| 05:06:56 | 14 | yourself. And so if you chose not to testify, I would |
| 05:06:58 | 15 | instruct the jury that they could make no inference of guilt |
| 05:07:01 | 16 | from your refusal to testify. So one of the things that you |
| 05:07:04 | 17 | should be discussing with your attorney over the long weekend |
| 05:07:07 | 18 | is whether or not you want to testify, because I will ask you |
| 05:07:11 | 19 | on Monday, before your case starts, whether you want to do so. |
| 05:07:15 | 20 | Okay? |
| 05:07:15 | 21 | THE DEFENDANT: Okay. |
| 05:07:15 | 22 | THE COURT: And then I'll ask you whether you've had |
| 05:07:17 | 23 | an opportunity to talk with your attorney about that. All |
| 05:07:20 | 24 | right. Just so you understand that. |
| 05:07:21 | 25 | Do you understand that? |

846

| 05:07:22 | 1 | THE DEFENDANT: Yes. |

THE DEFENDANT: Yes.

THE COURT: Okay. All right, now go ahead, Mr. Rubino. You were going to say something about a defense case or --

MR. RUBINO: Yeah. I -- you have covered it. Until I spend the weekend with him going over what's happened this week, we are not able to tell you if Mr. Collins will or will not be testifying.

THE COURT: That's fine. But we'll find that out on Monday.

MR. RUBINO: Yeah, absolutely.

THE COURT: All right. Anything else that we need to address?

MS. GUREN: No, your Honor.

THE COURT: All right. Have a good long weekend then.

MS. GUREN: Thank you, your Honor.

(Adjourned at 5:07 p.m.)

- - -

1

2

3                    C E R T I F I C A T E

4

5      I certify that the foregoing is a correct transcript from

6   the record of proceedings in the above-entitled matter.

7

8   /s/April M. Metzler, RPR, CRR, FCRR   June 2, 2011

9   April M. Metzler, RPR, CRR, FCRR       Date

10   Official Federal Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25